Gmail

**Lingling Chen <chenlingling1002@gmail.com>**

---

## 10948628

**Paolini, Suzann** <SPaolini@ecfmg.org>                                  Wed, Oct 27, 2021 at 1:33 PM
To: "chenlingling1002@gmail.com" <chenlingling1002@gmail.com>

Dear Dr.

Ms. Jessica Yarrison,  Supervisor, Certification Program and Services, has referred your recent correspondence to me for response.

As we have communicated to you previously, your applications for the United States Medical Licensing Examinations (USMLE) have been rejected because you do not have the appropriate degree to move forward with the ECFMG certification process. The only medical degrees from graduates of medical schools in China accepted by ECFMG in order to be eligible for ECFMG Certification are the Bachelor of Medicine in Medicine, MBBS, Master of Clinical Medicine, or Doctor of Clinical Medicine degree certificate.

ECFMG carefully reviewed your degree from Bengbu Medical College and determined that your degree is not a Bachelor of Medicine majoring in Clinical Medicine or Medicine and thus is not acceptable. ECFMG changed its policy as of January 2020 and is only accepting degrees with a major/specialty of Medicine or Clinical Medicine and your major is Clinical Pathology as noted on your degree. ECFMG is not considering requests for exception to the above-mentioned degrees/majors required for graduates of your medical school.

You currently have a credit of $1,950.00  on your financial account at ECFMG which represents the fee you submitted for the USMLE. You can find information about how to obtain a refund of these fees at https://www.ecfmg.org/fees/refunds.html.

We understand that you are frustrated, and this is not the response for which you were hoping. Nevertheless, we cannot provide any further information as it relates to this matter.

If in the future you meet ECFMG's eligibility requirements, you may reapply, and we will certainly re-evaluate your eligibility at that time.

Regards,

Suzann C. Paolini,

ECFMG Certification Program Secretariat

3624 Market Street

Philadelphia, PA 19104-2685

United States of America


TEL: 001.215.823.2244

EMAIL: spaolini@ecfmg.org



[Quoted text hidden]
[Quoted text hidden]

 Gmail                                                                                                                                                                    Lingling Chen <chenlingling1002@gmail.com>

## Re: 10948628(From Suzanne, Fw to Kara, BSL)- FU1-New Reply(Kara, BSL)-FU1- New reply(Kara, BSL)- FU1-FU2-FU3- New reply(Fw to Pinsky)-FU1

1 message

**Lingling** <chenlingling1002@gmail.com>                                                                                                                                              Mon, Mar 14, 2022 at 9:50 AM
To: wpinsky@ecfmg.org
Cc: "Oleyn, Kara" <KOleyn@ecfmg.org>, MECCSupport <MECCsupport@ecfmg.org>, "Paolini, Suzann" <SPaolini@ecfmg.org>

Hi Dr. Pinsky,
I am following up with my email.
Looking forward to hearing from you!


Best,
Lingling


On Thu, Feb 24, 2022 at 12:39 PM Lingling <chenlingling1002@gmail.com> wrote:
Hi Dr. Pinsky,
I'm sorry to bother you regarding my case as nobody at ECFMG provided information to my questions.

I'm an international medical graduate and started my ECFMG certification application in Jan 2020 when I was not informed of ECFMG policy changes in terms of medical degrees for ECFMG certification eligibility. I was denied ECFMG certification eligibility *relying on* "**ECFMG changed its policy as of January 2020**", which I was told by ECFMG. I questioned Suzanne and Kara to provide me evidence to support "ECFMG changed its policy as of January 2020" because I can only find the earliest policy change was posted and delivered to applicants by ECFMG on September 30, 2020.

ECFMG must be honest to respond to what applicants question. I'm looking forward to hearing from you.

Hi Kara,
I regret that as a lawyer and vice president, you were diverting the topic and failed to provide legally acceptable evidence to support "ECFMG changed its policy as of January 2020".

As a kind reminder, if you have ever had a chance to look at my case, you should notice my family name is not "Lingling" or "Ling".

I hope all of you have a great day!

Best,
Lingling


---------- Forwarded message ---------
From: **Oleyn, Kara** <KOleyn@ecfmg.org>
Date: Wed, Feb 23, 2022 at 7:56 PM
Subject: RE: 10948628(From Suzanne, Fw to Kara, BSL)- FU1-New Reply(Kara, BSL)-FU1- New reply(Kara, BSL)- FU1-FU2-FU3
To: Lingling <chenlingling1002@gmail.com>
Cc: MECCSupport <MECCSupport@ecfmg.org>, Paolini, Suzann <SPaolini@ecfmg.org>



Dear Dr. Lingling,

You have been advised on numerous occasions that we have provided all the information there is regarding eligibility requirements for ECFMG certification and that your degree does not meet those requirements. ECFMG has no further information to provide you. Therefore, ECFMG will not respond to further communications from you related to this topic.

Sincerely,

Kara

---

Ms. Kara Oleyn, J.D.

Vice President for ECFMG Programs & Services

ECFMG | FAIMER

3624 Market Street

Philadelphia, PA 19104

USA

TEL: +1.215.823.2273

www.ecfmg.org



**From:** Lingling <chenlingling1002@gmail.com>
**Sent:** Monday, February 21, 2022 8:00 AM
**To:** Oleyn, Kara <KOleyn@ECFMG.org>
**Cc:** MECCSupport <MECCSupport@ECFMG.org>; Paolini, Suzann <SPaolini@ECFMG.org>
**Subject:** Re: 10948628(From Suzann, Fw to Kara, BSL)- FU1-New Reply(Kara, BSL)-FU1- New reply(Kara, BSL)- FU1-FU2-FU3

External Email. Please Proceed with Caution.

Dear Kara,

I hope you had a good weekend!

This is my **third** follow-up to my email immediately after your response on Jan 7th, 2022, as indicated in this email title (from Suzann's most recent response to me).

I'm looking forward to hearing from you and hope you have a great day!

Best,

Lingling

On Mon, Feb 7, 2022 at 8:00 AM Lingling <chenlingling1002@gmail.com> wrote:

Dear Kara,

I hope you had a good weekend!

This is my second follow-up to my email immediately after your response on Jan 7th, 2022, as indicated in this email title (from Suzann's most recent response to me).

I'm looking forward to hearing from you and hope you have a great day!

Best,

Lingling

On Mon, Jan 24, 2022 at 8:00 AM Lingling <chenlingling1002@gmail.com> wrote:

Dear Kara,

I hope this email finds you well!

This is my first follow-up to my email immediately after your response on Jan 7th, 2022, as indicated in this email title (from Suzann's most recent response to me).

Please allow me to repeat my questions for you:

"I started my application for ECFMG certification in January 2020 and ECFMG denied my eligibility for ECFMG certification relying on "ECFMG changed its policy as of January 2020".

Long story short,
1. As an attorney or expert in law, please advise whether Suzann is presenting evidence for "ECFMG changed its policy as of January 2020".

2. If your response to the first question is "No", as an executive at ECFMG, PLEASE ADVISE applicants how to check updates before ECFMG posts them, as Suzann stated: "You are responsible for checking the ECFMG website for updates and changes."

To help you retrieve Suzann's most recent reply to my request for evidence of "ECFMG changed its policy as of January 2020", I am copying Suzann's original email in italic for your reference:

*"From: Paolini, Suzann <SPaolini@ecfmg.org>*

*Date: Tue, Nov 30, 2021 at 4:05 PM*
*Subject: RE: 10948628*
*To: Lingling <chenlingling1002@gmail.com>*


*Dear Dr.*


*In your email you ask, "when and how ECFMG released this change to applicants."  Please see my response below.*


As of January 1, 2020, ECFMG *currently accepts the following degree titles as meeting the requirements for ECFMG Certification:*

- *Bachelor of Medicine in Medicine/Clinical Medicine specialty*
- *MBBS in Medicine/Clinical Medicine specialty*
- *Master of Clinical Medicine in Medicine/Clinical Medicine specialty (7-year continuous program)*
- *Doctor of Clinical Medicine in Medicine/Clinical Medicine specialty (8-year continuous program)*


*ECFMG made the decision at that time to not accept any other primary medical qualifications where the specialty is not specifically Medicine or Clinical Medicine. When this change was made, the Reference Guide for Medical Education Credentials was updated to inform that graduates awarded degrees in specialties other than Clinical Medicine are not eligible for admission to the exams or for ECFMG Certification.  I refer you to the information posted to our website https://www.ecfmg.org/certification/reference-guide.php*


*Additionally, we clearly state that the information contained in the Information Booklet is subject to change.  If changes occur, information will be posted on the ECFMG website.  You are responsible for checking the ECFMG website for updates and changes.*


*We have communicated this information to you on several occasions over the past several months and understand that you are frustrated, however, the decision regarding your degree is final and we cannot provide any further information as it relates to this matter*



*Regards,*

*Suzann C. Paolini,*

*ECFMG Certification Program Secretariat ECFMG | FAIMER*

*3624 Market Street*

*Philadelphia, PA 19104-2685*

*United States of America*


*TEL:  001.215.823.2244*

*EMAIL: spaolini@ecfmg.org*




I'm looking forward to hearing from you and hope you have a great day!


Best,

Lingling



On Fri, Jan 7, 2022 at 8:41 PM Lingling <chenlingling1002@gmail.com> wrote:

> Hello Kara
>
> I appreciate your response. However, I regret that your email **DID NOT** answer either of my questions.

I must repeat my questions for you:

" I started my application for ECFMG certification in January 2020 and ECFMG denied my eligibility for ECFMG certification **relying on "ECFMG changed its policy as of January 2020"**.

Long story short,
1. As an attorney or expert in law, please advise whether Suzann is presenting evidence for "ECFMG changed its policy as of January 2020".

2. If your response to the first question is "No", as an executive at ECFMG, PLEASE ADVISE applicants how to check updates before ECFMG posts them, as Suzann stated: "You are responsible for checking the ECFMG website for updates and changes.""

ECFMG must present legally acceptable evidence for **"ECFMG changed its policy as of January 2020". Both the law and the medicine are evidence based.** The evidence is important to ECFMG and applicants.

Best,

Lingling

On Fri, Jan 7, 2022 at 8:08 PM Oleyn, Kara <KOleyn@ecfmg.org> wrote:

Dear Dr. Ling,

Thank you for reaching out.  I am sorry that you are frustrated.  However, all relevant information has been provided to you regarding eligibility requirements for ECFMG certification and, as you have been advised, your degree does not meet those requirements.

Sincerely,

Kara

Ms. Kara Oleyn, J.D.

Vice President for Programs & Services

ECFMG | FAIMER

3624 Market Street

Philadelphia, PA 19104

USA

TEL: +1.215.823.2273

www.ecfmg.org



**From:** Lingling <chenlingling1002@gmail.com>
**Sent:** Monday, December 20, 2021 8:00 AM
**To:** Oleyn, Kara <KOleyn@ECFMG.org>
**Cc:** MECCSupport <MECCSupport@ECFMG.org>; Paolini, Suzann <SPaolini@ECFMG.org>
**Subject:** Re: 10948628: FU1

External Email. Please Proceed with Caution.

Dear Kara,

I hope this email finds you well!

This is my first followup for the email I sent to you and ecfmg on Nov 30,2021.

I'd like to repeat my questions for you:

"1. As an attorney or expert in law, please advise whether Suzann is presenting evidence for "ECFMG changed its policy **as of January 2020**".

2. If your response to the first question is "No", as an executive at ECFMG, **PLEASE ADVISE applicants how to check updates before ECFMG posts them,** as Suzann stated: **"You are responsible for checking the ECFMG website for updates and changes.""**

Wishing you a joyous holiday season with peace & cheer in the New Year!

Best,

Lingling

On Tue, Nov 30, 2021 at 9:11 PM Lingling <chenlingling1002@gmail.com> wrote:

Hello Kara,

I regret that it took ECFMG over one month to reply to my three emails from Oct 27, 2021.

I started my application for ECFMG certification in January 2020 and ECFMG denied my eligibility for ECFMG certification relying on "ECFMG changed its policy **as of January 2020**".

Long story short,

1. As an attorney or expert in law, please advise whether Suzann is presenting evidence for "ECFMG changed its policy **as of January 2020**".

2. If your response to the first question is "No", as an executive at ECFMG, **PLEASE ADVISE applicants how to check updates before ECFMG posts them,** as Suzann stated: **"You are responsible for checking the ECFMG website for updates and changes."**

I'm looking forward to hearing from you!

Best,

Lingling

---------- Forwarded message ----------
From: **Paolini, Suzann** <SPaolini@ecfmg.org>
Date: Tue, Nov 30, 2021 at 4:05 PM
Subject: RE: 10948628
To: Lingling <chenlingling1002@gmail.com>

Dear Dr.

In your email you ask, "when and how ECFMG released this change to applicants."  Please see my response below.

As of January 1, 2020, ECFMG currently accepts the following degree titles as meeting the requirements for ECFMG Certification:

  •  Bachelor of Medicine in Medicine/Clinical Medicine specialty

- MBBS in Medicine/Clinical Medicine specialty
- Master of Clinical Medicine in Medicine/Clinical Medicine specialty (7-year continuous program)
- Doctor of Clinical Medicine in Medicine/Clinical Medicine specialty (8-year continuous program)

ECFMG made the decision at that time to not accept any other primary medical qualifications where the specialty is not specifically Medicine or Clinical Medicine. When this change was made, the Reference Guide for Medical Education Credentials was updated to inform that graduates awarded degrees in specialties other than Clinical Medicine are not eligible for admission to the exams or for ECFMG Certification. I refer you to the information posted to our website https://www.ecfmg.org/certification/reference-guide.php

Additionally, we clearly state that the information contained in the Information Booklet is subject to change. If changes occur, information will be posted on the ECFMG website. You are responsible for checking the ECFMG website for updates and changes.

We have communicated this information to you on several occasions over the past several months and understand that you are frustrated, however, the decision regarding your degree is final and we cannot provide any further information as it relates to this matter

Regards,

Suzann C. Paolini,

ECFMG Certification Program Secretariat ECFMG | FAIMER

3624 Market Street

Philadelphia, PA 19104-2685

United States of America

TEL: 001.215.823.2244

EMAIL: spaolini@ecfmg.org



**From:** Lingling <chenlingling1002@gmail.com>
**Sent:** Tuesday, November 23, 2021 1:09 AM
**To:** Paolini, Suzann <SPaolini@ECFMG.org>
**Subject:** Re: FW: 10948628 Requesting evidence for "ECFMG changed its policy as of January 2020": Follow-up 2(FU2)

**External Email. Please Proceed with Caution.**

Dear Suzann,

I hope this email finds you well!

This is my SECOND follow-up with regards to requesting evidence for "ECFMG changed its policy as of January 2020", relying on which, ECFMG denied my eligibility for USLME and ECFMG certification.

As the only institution in the U.S. to determine the eligibility of IMG for USLME, ECFMG needs to present evidence in a transparent way to show its integrity, fairness and non-prejudgemental attitudes to all applicants.

I'm looking forward to hearing from you and I hope you have a great day and enjoy a great Thanksgiving with your family!

Best,

Lingling

On Sun, Nov 7, 2021 at 10:17 PM Lingling <chenlingling1002@gmail.com> wrote:

Hello Suzann,

I hope you had a good weekend!

I'm following up with my email to you on Oct 27,2021 with a request for evidence of "ECFMG changed its policy as of **January 2020**". I am copying this email to *MECCsupport@ecfmg.org*. I will appreciate it if anyone at ECFMG understands the situation and provides me with documentation and evidence to support this policy change in January 2020.

ECFMG states:

**"The purposes (goals) that actuate and accomplish ECFMG's mission are to:**

- **Provide complete, timely, and accessible information to international medical graduates regarding entry into graduate medical education in the United States."**

**(From:** *https://www.ecfmg.org/about/statement-of-values.html***)**

In terms of "**ECFMG changed its policy as of January 2020**", to adhere to ECFMG's statement, please:

1. Present the documentations and evidence **when and how** ECFMG released this policy change **on it's website.**
2. Present the documentations and evidence **how** ECFMG delivered this policy change to applicants like me and **how** ecfmg did "Provide complete, timely, and accessible information to international medical graduates".

Please be noted that **both the medicine and the law are Evidence-Based,** the documentations and evidence are very important to ECFMG and applicants like me.

I look forward to hearing from you or anyone who can present the evidence.

Best,

Lingling

On Wed, Oct 27, 2021 at 5:54 PM Lingling <*chenlingling1002@gmail.com*> wrote:

Hi Suzann

I appreciate your quick response.

Per your email, I have a couple of questions:

1. "ECFMG changed its policy as of January 2020 ", could you present the evidence that ECFMG published the new policy in **January 2020**?

2. I called ECFMG in July or August 2020 to confirm twice on the call that my degree has no problem to take exams. ECFMG should keep call records as indicated. If you need the accurate date, I can have my mobile phone carrier to provide the date I called.

3. In the deficiency letter I received on June 23,2020, it stated:"**You certified you graduated from medical school. However, you did not submit a photocopy of your final medical diploma, a graduation letter, or an official English translation of the diploma or graduation letter.**" Fortunately, my school keeps copies of every form they signed and recorded what they put in the envelope mailed out. I can have my school present evidence that all my documents were in the envelope mailed to ECFMG.

I'm looking forward to hearing from you with evidence and reasonable answers.

I hope you have a great night!

Best,

Lingling

On Wed, Oct 27, 2021 at 1:33 PM Paolini, Suzann <*SPaolini@ecfmg.org*> wrote:

Dear Dr.

Ms. Jessica Yarrison,  Supervisor, Certification Program and Services, has referred your recent correspondence to me for response.

As we have communicated to you previously, your applications for the United States Medical Licensing Examinations (USMLE)  have been rejected because you do not have the appropriate degree to move forward with the ECFMG certification process. The only medical degrees from graduates of medical schools in China accepted by ECFMG in order to be eligible for ECFMG Certification are the Bachelor of Medicine in Medicine, MBBS, Master of Clinical Medicine, or Doctor of Clinical Medicine degree certificate.

ECFMG carefully reviewed your degree from Bengbu Medical College and determined that your degree is not a Bachelor of Medicine majoring in Clinical Medicine or Medicine and thus is not acceptable. ==ECFMG changed its policy as of January 2020== and is only accepting degrees with a major/specialty of Medicine or Clinical Medicine and your major is Clinical Pathology as noted on your degree. ECFMG is not considering requests for exception to the above-mentioned degrees/majors required for graduates of your medical school.

You currently have a credit of $1,950.00  on your financial account at ECFMG which represents the fee you submitted for the USMLE. You can find information about how to obtain a refund of these fees at https://www.ecfmg.org/fees/refunds.html.

We understand that you are frustrated, and this is not the response for which you were hoping. Nevertheless, we cannot provide any further information as it relates to this matter.

If in the future you meet ECFMG's eligibility requirements, you may reapply, and we will certainly re-evaluate your eligibility at that time.

Regards,

Suzann C. Paolini,

ECFMG Certification Program Secretariat

3624 Market Street

Philadelphia, PA 19104-2685

United States of America

TEL: 001.215.823.2244

EMAIL: spaolini@ecfmg.org



**From:** Lingling <chenlingling1002@gmail.com>
**Sent:** Thursday, October 21, 2021 10:56 AM
**To:** Info <Info@ECFMG.org>
**Subject:** Re: 10948628

**External Email. Please Proceed with Caution.**

Dear Sharon

Thank you for your email.

I'm not requesting to talk to you as indicated in the previous emails. Please let Jessica know that I'm requesting to directly talk to her as she is the decision maker in my case. I will not accept any replies except from Jessica. I will email her again too.

But thank you all the time for replying to me!


Best

Lingling



On Thu, Oct 21, 2021 at 8:32 AM Info <Info@ecfmg.org> wrote:

> Dear Doctor,
>
> I am writing in response to your email below.
>
> Please be advised you may refer to the previous correspondence between you and ECFMG®, unfortunately you are not eligible for ECFMG Certification.
>
> Regards,
>
>
> Sharon Wynn
> Advisor
> Educational Commission for Foreign Medical Graduates
> 3624 Market Street | Philadelphia, PA 19104-2685
> Email: info@ecfmg.org | Phone:215.386.5900 | Facsimile:215.386.9196
>
> 
>
>
> **From:** Lingling <chenlingling1002@gmail.com>
> **Sent:** Monday, October 11, 2021 2:30 AM
> **To:** Info <Info@ECFMG.org>
> **Subject:** ATT: Jessica Re: 10948628
>
>
> External Email. Please Proceed with Caution.
>
> ---
>
> Hello Jessica,
>
>
> As you are the decision maker in my case, you should be responsible for my questions. I have the right to express myself and the right to ask for reasonable answers from you as an applicant and a client of ECFMG.
>
>
> Here I'd like to repeat that I STARTED my ECFMG certification in Jan,2020, EARLIER than the date of the ECFMG new policy posted. The similar scenario is occuring in ECFMG policy about "Eligibility Guideline: Timing" (attached in my last email).  I should be applied to the policy before the new policy. I know the Chinese government submitted a memo to help decide what degrees are eligible to practice in China over ten years ago and ECFMG adhered to that memo until last Oct.
>
>
> I was a single mom with two young boys when I started my ECFMG certification application in Jan 2020. They are taught they are not different than others. They are also taught that they will make it as long as they work hard, under the circumstance that they have done the comprehensive investigation about the feasibility of the pathways before moving forward.
>
>
> This is not only about my dream but their American dreams. I need to explain to them with reasonable answers why I was treated differently and why I did not make it by being rejected and deleted even though I was eligible at the time of application after the comprehensive investigation and by confirming my eligibility over the phone with ECFMG in August 2020.
>
>
> I'm looking forward to your reply.
>
>
> Best,
>
> Lingling

On Thu, Oct 7, 2021 at 11:13 AM Info <Info@ecfmg.org> wrote:

Dear Doctor,

I am writing in response to your email below.

Please be advised you may refer to the previous correspondence between you and ECFMG®, unfortunately you are not eligible for ECFMG Certification.

Regards,

Sharon Wynn

Advisor

Educational Commission for Foreign Medical Graduates

3624 Market Street | Philadelphia, PA 19104-2685

Email: info@ecfmg.org | Phone:215.386.5900 | Facsimile:215.386.9196



**From:** Lingling <chenlingling1002@gmail.com>
**Sent:** Friday, September 24, 2021 1:27 AM
**To:** Info <Info@ECFMG.org>
**Subject:** Att: Jessica Fwd: 10948628

**External Email. Please Proceed with Caution.**

Hello, Jessica

Firstly, I appreciate that you (through Sharon) replied to me in 72 hours since I contacted you.

Secondly, I was really shocked that you informed me my pending application was deleted and I found nowhere to start my application! This decision from you really makes a huge disturbance to me and my families! As you are the decision maker in my case, I think it's better to contact you but not anyone else at ECFMG.

Lastly,  my point is I **INITIATED** my application for ECFMG certification in January, 2020, much earlier than the new policy took into effect, which was shown on ECFMG website on September 30th, 2020. I believe ECFMG always tries to reduce the impact of new policies on applicants like below:

# Eligibility Guidelines

Please note these guidelines may change over time in ECFMG's sole discretion. All other ECFMG Certification-related policies will continue to apply.

## *Timing*

- In 2024, individuals will be eligible to apply for ECFMG Certification—the first step in the certification process—and take the required examinations if, **at the time of application**, their medical school is accredited (including provisional or conditional accreditation) by an accrediting agency recognized by WFME.

- Individuals who apply for ECFMG Certification prior to 2024 will continue the examination and certification process **under current ECFMG policies**, including that their medical school must be recognized by the appropriate government authority in the country where the school is located. Graduates of the medical school must also be eligible to practice medicine in that country, among other criteria.

- Individuals already certified by ECFMG **will not be impacted** by this requirement.


Thank you again for replying to my case.



Best,

Lingling


---------- Forwarded message ----------
From: **Info** <Info@ecfmg.org>
Date: Thu, Sep 23, 2021 at 8:36 AM
Subject: 10948628
To: Lingling <chenlingling1002@gmail.com>


Dear Doctor,

I am writing in response to your email below.

Please be advised you may refer to the previous correspondence between you and ECFMG®, unfortunately you are not eligible for ECFMG Certification.

Regards,

Sharon Wynn

Advisor

Educational Commission for Foreign Medical Graduates

3624 Market Street | Philadelphia, PA 19104-2685

Email: info@ecfmg.org │ Phone:215.386.5900 │ Facsimile:215.386.9196



**From:** Lingling <chenlingling1002@gmail.com>
**Sent:** Monday, September 20, 2021 12:29 AM
**To:** Info <Info@ECFMG.org>
**Subject:** Att: Jessica Yarrison, Eligibility for ECFMG Certification - 10948628

**External Email. Please Proceed with Caution.**

Hello Jessica,

I hope you have had a good weekend!

I was shocked that my application was deleted and you informed me that:"Any future applications you submit for USMLE examinations will be deleted and not processed." on Sep 17,2021.

Firstly, there is evidence that my degree title is a medical degree and I'm eligible to practice clinical medicine in China.

Secondly, although I understand ECFMG has the right to change policy, I did not receive any formal official notice of policy changes from ECFMG until Sep 30,2020. The information from the link you emailed to me was published on ECFMG website on Sep 30,2020.  I initiated my application with form186 completed in Jan,2020 and online application for STEP 1 completed on April 26, 2020.

Best,

Lingling

Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

--
Best,
Lingling

Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

### Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

### Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

### Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**



Lingling Chen <chenlingling1002@gmail.com>

---

# Eligibility for ECFMG Certification - 10948628
2 messages

---

**Info** <Info@ecfmg.org>                                                      Fri, Sep 17, 2021 at 3:05 PM
To: "chenlingling1002@gmail.com" <chenlingling1002@gmail.com>

Dear Doctor –

ECFMG® has received and rejected your most application for the USMLE® Step 1.  Please be advised you are not
eligible for ECFMG Certification as you have not met the medical education credential requirements.  Below is a link to
ECFMG Credential requirements.  Please make special note of the information regarding the specific degree specialties
required for graduates of medical schools in China.

https://www.ecfmg.org/2021ib/credentials-requirements.html

Any future applications you submit for USMLE examinations will be deleted and not processed.

Sincerely,

Jessica Yarrison (she/her)

Supervisor

Certification Program & Services



Educational Commission for Foreign Medical Graduates

3624 Market Street

Philadelphia, PA 19104

**Disclaimer**

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates**
is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you
are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is
strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

---

**Lingling** <chenlingling1002@gmail.com>                                      Fri, Sep 17, 2021 at 3:39 PM

To: Info <Info@ecfmg.org>

Hello, Jessica

Thank you for your email, but my most recent inquiry is why I was requested to attach a photo on 183 form.

Best,
Lingling

On Fri, Sep 17, 2021 at 3:05 PM Info <Info@ecfmg.org> wrote:

Dear Doctor –

ECFMG® has received and rejected your most application for the USMLE® Step 1.  Please be advised you are not eligible for ECFMG Certification as you have not met the medical education credential requirements.  Below is a link to ECFMG Credential requirements.  Please make special note of the information regarding the specific degree specialties required for graduates of medical schools in China.

https://www.ecfmg.org/2021ib/credentials-requirements.html

Any future applications you submit for USMLE examinations will be deleted and not processed.

Sincerely,

Jessica Yarrison (she/her)

Supervisor

Certification Program & Services



Educational Commission for Foreign Medical Graduates

3624 Market Street

Philadelphia, PA 19104

**Disclaimer**

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

10/8/23, 8:01 PM
Case 2:23-cv-04099-JS    Document 1-1    Filed 10/20/23    Page 18 of 206
Gmail - follow up to your emails to ECFMG

 Gmail

**Lingling Chen <chenlingling1002@gmail.com>**

## follow up to your emails to ECFMG

3 messages

**Katz, Francine** <fkatz@ecfmg.org>                                    Tue, Mar 29, 2022 at 1:38 PM
To: "chenlingling1002@gmail.com" <chenlingling1002@gmail.com>

Dear Dr. Chen:

You have previously been advised by Kara Oleyn and other ECFMG representatives that the medical degree that you
have earned does not qualify you to be eligible for ECFMG certification. That status has not changed and will not change
based on the current information that we have.  Any further emails you send to anyone at ECFMG on this subject,
including those to our President, Dr. Pinsky, will not receive a response.  <mark>I advise that you cease your communications on
this topic with ECFMG at once.</mark>

Sincerely,

**Francine Halushka Katz, Esq.**
Senior Vice President and General Counsel

**Intealth** – *Advancing the Global Health Workforce*

3624 Market St., 4th Floor

Philadelphia PA 19104 USA

O: +1 (215) 764-6503

fkatz@ecfmg.org

### Disclaimer

The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates**
is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you
are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is
strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

**Lingling** <chenlingling1002@gmail.com>                                Mon, Apr 4, 2022 at 8:00 AM
To: "Katz, Francine" <fkatz@ecfmg.org>

Hi Francine
I appreciate your reply!

I have to email ECFMG because my question has never been answered. I started my application for ECFMG certification
--- the first step in the certification process ---in January 2020. Until October 27, 2021, Suzann at ECFMG told me that

"*ECFMG changed its policy as of January 2020*", relying on which, I'm not eligible for ECFMG certification. However, at the time of my application and till now, I cannot find this policy change made and posted in January 2020. The earliest announcement by ECFMG in terms of this policy change I can find was Sep 30, 2020.

Since this timeline is critical to me, I ask ECFMG to provide evidence to support "*ECFMG changed its policy as of January 2020*". I regret that ECFMG has not yet responded to this question or provided evidence for the time point of this policy change. As long as ECFMG provides solid evidence to support "*ECFMG changed its policy as of January 2020*" , I will cease communications on this topic with ECFMG immediately as you advised.

I hope you have a great day!


Best,
Lingling


[Quoted text hidden]

---

**Lingling** <chenlingling1002@gmail.com>                                                      Sun, Jun 5, 2022 at 5:32 PM
To: "Katz, Francine" <fkatz@ecfmg.org>

Hi Francine
It's been 2 months since I followed my first email on April 4, 2022, requesting ECFMG to present evidence for "ECFMG changed its policy as of January 202". This timeline is very important to me as I started my ECFMG certification application in January 2020, when I did not find this policy change on ECFMG website.
Again, I will permanently cease the topic as you advised once ECFMG provides this evidence.
I look forward to your reply.


Best,
Lingling


[Quoted text hidden]



OASIS General Information | Personal Settings | Log Out    

**USMLE/ECFMG ID:**
1-094-862-8

**Name:**
Lingling Chen

**Applicant Contact Information**

**Application For ECFMG Certification Information**

**USMLE® Application Information**

**Financial Account Summary**

**Score Report Information**

**Medical Education Credentials and Standard ECFMG Certificate**

**USMLE Transcripts**

**ERAS® Support Services**

## Applicant Contact Information

Name:   Lingling Chen

If the name above is incorrect or no longer current, please click the link below for more information.

    **Request to Change Name**

Please note that the above document is saved in PDF format. To view and/or print this document, you must have the Adobe® Acrobat Reader software. If you do not have the Acrobat Reader, you can get a free copy by clicking here and following the instructions.

Address of Residence:   814 Linda Ln
Pittsburgh PA   15243
USA

Telephone:   4125189771

Fax:   Data Not Available

E-Mail Address:   chenlingling1002@gmail.com

If your address of residence, telephone/fax number or e-mail address, as displayed above, is incorrect or no longer current, you may make the necessary corrections or changes on-line by clicking the link below.

**Change contact information**

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2012, 2015, 2019 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms | Privacy



**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

Phone (215) 386-5900
M–F, 9:00 a.m.–4:00 p.m.
Eastern Time in the U.S.

On-line Services

OASIS General Information | Personal Settings | Log Out 

**USMLE/ECFMG ID:**
1-094-862-8

**Name:**
Lingling Chen

**Applicant Contact Information**

**Application For ECFMG Certification Information**

**USMLE® Application Information**

**Financial Account Summary**

**Score Report Information**

**Medical Education Credentials and Standard ECFMG Certificate**

**USMLE Transcripts**

**ERAS® Support Services**

**Certification of Identification Form**

Date Received: 27 Jan 2020

Processing Status: Accepted

Date Accepted: 04 Feb 2020

Validity Status: Valid

**Application for ECFMG Certification Information**

**IMPORTANT NOTE: THIS IS FOR YOUR RECORDS ONLY. DO NOT MAIL TO ECFMG.**

Submit Date : 19 Jan 2020

Last Name(s) : Chen
(Surname/Family Name)

Rest of Name : Lingling
(First Name/Middle Name)

Date of Birth : 02 Oct 1979

Gender : Female

E-mail Address : chenlingling1002@gmail.com

Medical Education Status : GRADUATE

I confirm that I have graduated from medical school.

I confirm that the medical school from which I graduated is listed in the *World Directory of Medical Schools* (*World Directory*) as meeting eligibility requirements for its students and graduates to apply to ECFMG for ECFMG Certification and examination **and** that my graduation year is included in the "Graduation Years" listed in the ECFMG note on the Sponsor Notes tab of my medical school's *World Directory* listing.

⌄ **Certification by Applicant**

🖨 Printer-Friendly Format

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2012, 2015, 2019 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms | Privacy



EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

Phone (215) 386-5900
M–F, 9:00 a.m.–4:00 p.m.
Eastern Time in the U.S.

On–line Services

OASIS General Information | Personal Settings | Log Out   

| **USMLE/ECFMG ID:** | **Name:** |
|---|---|
| 1-094-862-8 | Lingling Chen |

**Applicant Contact Information**

**No Data Available. You may contact ECFMG® Applicant Information Services at (215) 386-5900 for additional information.**

**Application For ECFMG Certification Information**

**USMLE® Application Information**

**Financial Account Summary**

**Score Report Information**

**Medical Education Credentials and Standard ECFMG Certificate**

**USMLE Transcripts**

**ERAS® Support Services**

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2012, 2015, 2019 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms | Privacy



**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

Phone (215) 386-5900
M–F, 9:00 a.m.–4:00 p.m.
Eastern Time in the U.S.

**On-line Services**

OASIS General Information | Personal Settings | Log Out   

USMLE/ECFMG ID:
1-094-862-8

Name:
Lingling Chen

**Applicant Contact Information**

**Application For ECFMG Certification Information**

**USMLE® Application Information**

**Financial Account Summary**

**Score Report Information**

**Medical Education Credentials and Standard ECFMG Certificate**

**USMLE Transcripts**

**ERAS® Support Services**

### Your Financial Account Summary

| Transaction Date | Description | Charges | Payments/Credits |
|---|---|---|---|
| 19 Jan 2020 | Payment | | 145.00 |
| 19 Jan 2020 | Charge | 145.00 | |
| 26 Apr 2020 | Payment | | 965.00 |
| 26 Apr 2020 | Charge | 965.00 | |
| 23 Jun 2020 | Credit Adjustment | | 965.00 |
| 03 Sep 2020 | Charge | 965.00 | |
| 15 Oct 2020 | Credit Adjustment | | 965.00 |
| 08 Jun 2021 | Payment | | 985.00 |
| 08 Jun 2021 | Charge | 1,950.00 | |
| 02 Sep 2021 | Credit Adjustment | | 975.00 |
| 02 Sep 2021 | Credit Adjustment | | 975.00 |
| 02 Sep 2021 | Charge | 1,950.00 | |
| 17 Sep 2021 | Credit Adjustment | | 975.00 |
| 17 Sep 2021 | Credit Adjustment | | 975.00 |
| **22 Aug 2022** | **CLOSING TOTALS** | **5,975.00** | **7,925.00** |

**CLOSING BALANCE - AMOUNT IN YOUR ECFMG ACCOUNT AS OF 22 Aug 2022**   **$1,950.00**

### Make a Payment On-line

You can add money to your ECFMG account by making a payment on-line. You can make on-line payments using a credit card (Visa, Mastercard, or Discover) or electronic check (U.S. checking account AND either a U.S. Social Security Number or valid U.S. driver's license are required).

You can use on-line payments to pay an amount that you owe to ECFMG for past services or to pay in advance for future service requests, such as exam applications and requests for USMLE transcripts. If you pay in advance, remember that you must still complete the appropriate application/request form.

If you are unable to make a payment on-line, send a completed Form 900, *Payment for Service(s) Requested* to ECFMG. (This document is saved in PDF format. To view and/or print this document, you must have the Adobe® Acrobat Reader software. If you do not have the Acrobat Reader, you can get a free copy by clicking here and following the instructions.) Form 900 is included with exam applications and other ECFMG forms for requesting services.

Make On-line Payment

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2012, 2015, 2019 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms | Privacy



# EDUCATIONAL COMMISSION FOR
# FOREIGN MEDICAL GRADUATES

Phone (215) 386-5900
M–F, 9:00 a.m.–4:00 p.m.
Eastern Time in the U.S.

## On-line Services

OASIS General Information | Personal Settings | Log Out   

**USMLE/ECFMG ID:**
1-094-862-8

**Name:**
Lingling Chen

**Applicant Contact Information**

**No Data Available. You may contact ECFMG® Applicant Information Services at (215) 386-5900 for additional information.**

**Application For ECFMG Certification Information**

**USMLE® Application Information**

**Financial Account Summary**

**Score Report Information**

**Medical Education Credentials and Standard ECFMG Certificate**

**USMLE Transcripts**

**ERAS® Support Services**

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2012, 2015, 2019 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms | Privacy

September 21, 2010

## REQUIRING MEDICAL SCHOOL ACCREDITATION FOR ECFMG CERTIFICATION— MOVING ACCREDITATION FORWARD

In July 2010, the Educational Commission for Foreign Medical Graduates (ECFMG®) determined that, effective in 2023, physicians applying for ECFMG Certification will be required to graduate from a medical school that has been appropriately accredited. To satisfy this requirement, an applicant's medical school must be accredited through a formal process that uses criteria comparable to those established for U.S. medical schools by the Liaison Committee on Medical Education (LCME) or that uses other globally accepted criteria, such as those put forth by the World Federation for Medical Education (WFME).

Unlike in the United States and Canada, where LCME and the Committee on Accreditation of Canadian Medical Schools (CACMS) set standards for, evaluate, and accredit medical schools and programs, there are no universally accepted standards for evaluating undergraduate medical education internationally. An accreditation system comprised of rigorous standards and procedures helps ensure quality medical education, and quality medical education leads to quality health care. After several years of discussions, the ECFMG Board of Trustees has determined that it can enhance its protection of the public by incorporating medical school accreditation using globally accepted criteria into ECFMG's requirements for certification of international medical graduates (IMGs). Recognizing, however, that the efficacy of such a requirement depends on a universally accepted accreditation process, which does not currently exist, this requirement is not scheduled to take effect until 2023.

ECFMG's Board believes that this additional requirement for ECFMG Certification, and the timing of its implementation, will stimulate the development of a meaningful, universally accepted system of accreditation for undergraduate medical education outside the United States and Canada. A viable model for such a system envisions evaluation and "recognition" by an internationally accepted organization, such as WFME, of the various bodies that accredit international medical schools. By accelerating accreditation efforts, this requirement will also generate much-needed data about undergraduate medical education internationally. This action is also consistent with efforts underway by other entities to assess the quality of international medical schools.

### Background

For more than 50 years, ECFMG has promoted quality health care for the public by certifying IMGs for entry into U.S. graduate medical education (GME). ECFMG and its organizational members define an IMG as a physician who received his/her basic medical degree or qualification from a medical school located outside the United States and Canada. Through its program of IMG certification, ECFMG assesses whether these physicians are ready to enter U.S. GME; ECFMG Certification is a requirement for IMGs who wish to enter such programs. ECFMG Certification is also one of the eligibility requirements for IMGs to take Step 3 of the United States Medical Licensing Examination® (USMLE®). Finally, medical licensing authorities in the United States require ECFMG Certification, among other requirements, for IMGs to obtain an unrestricted license to practice medicine. In short, the ability to achieve ECFMG Certification is a key determinant of IMGs' readiness to enter the U.S. health care system.

Requiring Medical School Accreditation for ECFMG Certification—Moving Accreditation Forward
September 21, 2010

ECFMG Certification is a standardized process that employs strict criteria. Since its establishment in 1956, the program has required that IMGs demonstrate successful performance on a medical science examination and document their medical education credentials, including the final medical diploma. Over the years, there have been regular enhancements to the process, including primary-source verification of the IMG's final medical diploma with the issuing medical school in 1986, the assessment of clinical and communication skills through a new examination in 1998, the addition of the final medical school transcript as a required credential in 2004, and limits on transferred credits that can be used to meet requirements for the final medical degree in 2008. However, in the absence of adequate data on the quality of international medical education and universally accepted standards for evaluating medical schools, ECFMG's certification program has focused almost exclusively on evaluating individual graduates, not their medical schools.

To date, ECFMG's medical education requirements for ECFMG Certification have relied on available resources on international medical schools by using first the *World Directory of Medical Schools*, maintained by the World Health Organization (WHO), and beginning in 2002, the *International Medical Education Directory* (*IMED*) to determine eligibility for ECFMG Certification. *IMED* is maintained by the Foundation for Advancement of International Medical Education and Research (FAIMER®), a tax-exempt, non-profit foundation that was established to support the charitable, scientific, and educational activities of ECFMG. Both the *World Directory of Medical Schools* and *IMED* require a listed medical school to be recognized by the appropriate authority in the country in which the school is located. Accordingly, ECFMG currently requires that an applicant's medical school be so recognized. However, the meaning of such recognition is quite variable.

**Current Status of International Medical School Recognition and Accreditation**
While *IMED* lists schools that have been recognized by the appropriate government agency in the countries in which the schools are located, the meaning of this recognition, and the elements it entails, vary widely. In some countries, recognition denotes permission for an educational institution to grant a degree, while a separate regulatory body is responsible for determining the legitimacy of the credential for subsequent licensure or practice. In other countries, the authority to grant an M.D. or other medical degree is linked directly to the eligibility of graduates to practice. The process of recognition in some instances involves a one-time granting of a permit to open the educational institution, and no further follow up or quality review of the school is mandated. In contrast, for some countries, recognition is directly connected to an ongoing process of assessment of the quality and appropriateness of the learning environment and available educational resources, and the educational outcomes of students.

Currently, approximately two-thirds of countries with medical schools have some system of quality review, or accreditation, in place. However, even in countries or regions where accreditation for medical education programs exists, systems vary substantially in process, complexity, transparency, accountability, and consequences of the assessment. Accrediting agencies differ in the specific protocols employed in implementing quality assurance reviews. Although many accrediting agencies utilize common elements in conducting accreditation, employment of all or some of these elements is not universal.

Further, while many countries have mandatory accreditation, in other countries the accreditation of medical education programs is voluntary. In these latter countries, there is often no consequential impact of a school achieving accreditation, either for the school or its students/graduates, other than added prestige. Even where accreditation is required, there is significant variation in the consequences or outcomes of a school achieving (or not achieving) accredited status. Accreditation can impact the school itself or the students/graduates of the school. In many countries, medical schools are required to achieve a positive accreditation status in order to carry out essential components of their mission, such as admitting students, holding classes, and awarding degrees. In other countries, the accreditation process does not impact the school, but does affect opportunities available to students/graduates, such as clinical clerkship positions, postgraduate training, specialization, and licensure.

## U.S. Efforts

In the United States, the Department of Education, through the National Committee on Foreign Medical Education and Accreditation (NCFMEA), has developed a process for evaluating other countries' medical school accreditation standards and practices to determine their comparability to U.S. standards and practices. The goal of this process is to determine the eligibility of medical schools in other countries to participate in U.S. Government Federal Family Education Loan programs. Although the NCFMEA process provides valuable information about medical schools in certain countries, its procedures are not sufficient to satisfy the generally accepted requirements for sound accreditation practices; for example, it does not require validating site visits. Additionally, review by NCFMEA is a voluntary process.

In response to concerns about certain international medical schools, some U.S. state legislatures and medical licensing boards have developed lists of acceptable and unacceptable international medical schools for the purpose of determining eligibility for licensure. These state-determined rules are based on a variety of factors, sometimes including an in-person assessment of the quality of schools, criteria regarding the number of years a school has been in existence, or a comparison and evaluation of a prospective licensee's transcripts and documentation of the completed curriculum. For example, the California Medical Board has developed lists of international medical schools that it has deemed acceptable or unacceptable; graduates from unacceptable schools or from schools that are not listed as acceptable are not eligible for licensure in the state. Alaska and Indiana also use California's list in determining school-based requirements for licensure. Alabama, Kansas, and Mississippi have created school-based lists for use in licensure. Other states indicate that they examine the eligibility of IMGs' schools on a case-by-case basis.

The efforts of NCFMEA and various state medical boards serve to highlight the need for accreditation in accordance with globally accepted criteria, but they do not constitute a comprehensive system of international medical school accreditation.

## Growth of Medical Schools

At the time of this writing, *IMED* lists 2,188 recognized and operating medical schools in 172 countries/territories. Based on data in *IMED*, 312 medical schools have been recognized by the appropriate agency since 2002. Because most newly-recognized schools are newly-opened schools according to the data in *IMED*, this represents a worldwide growth rate of roughly 14% over the past eight years. While there has been general expansion in the number of new medical schools worldwide, certain regions have had increases well in excess of the global average.

3

Requiring Medical School Accreditation for ECFMG Certification—Moving Accreditation Forward
September 21, 2010

For example, a number of countries in Asia, the Caribbean, the Middle East, and South America have had growth rates of more than 25% since the year 2002:

- Countries in Asia experiencing the greatest increases include Malaysia—46% of currently operating schools have been recognized since 2002; in Pakistan it is 38%, India 31%, and Nepal 27%.

- Geographically, the Caribbean has the highest ratio of medical schools to population in the world, and many of the schools in this region have been recognized in the past eight years. In Saint Lucia, 60% of schools are newly recognized. In Saint Kitts and Nevis, it is 50%, and in the Netherlands Antilles, it is 33%.

- The Middle East has also experienced significant growth. In Saudi Arabia, 47% of the schools were recognized in the past eight years, and in Syria this proportion is 33%.

- Expansion of medical schools has also occurred in South America. Thirty-six percent of schools in Brazil were recognized in 2002 or later.

This rapid expansion in the number of medical schools globally represents a challenge to those who rely on the current diverse systems of recognition and accreditation to evaluate these schools and their students/graduates. It also makes it unlikely that a single entity would have the resources needed to accredit all international medical schools, and to do so in a way that is flexible enough to provide meaningful accreditation processes while allowing appropriate variation to accommodate regional or local circumstances.

**Toward a Meaningful System of International Accreditation**
A more viable model entails evaluation and "recognition" of the various national and regional bodies that accredit international medical schools. The evaluation and recognition of accrediting bodies by a single international agency using globally accepted criteria would create a meaningful system of international accreditation. To obtain approval, national or regional accrediting bodies would need to document their accreditation processes and demonstrate that these processes ensure a certain level of quality in medical education. Such a demonstration of quality would be manifested by the accrediting bodies' evaluation of individual medical schools within their jurisdiction. Graduates of medical schools accredited by a body that is approved by this international agency would meet ECFMG's new accreditation requirement for ECFMG Certification.

Such a system would greatly accelerate the development of international accreditation. Schools in countries where accreditation is voluntary would be motivated to achieve accreditation, if their graduates are to remain eligible for ECFMG Certification. The bodies that accredit these schools would likewise be motivated to bring their processes into line with globally accepted criteria, if they are to obtain recognition. Some countries currently without formal accreditation processes might develop them. The establishment of a unified accreditation process would create a new standard, which might be pursued by medical schools as a marker of quality and prestige regardless of whether their graduates typically pursue ECFMG Certification.

Requiring Medical School Accreditation for ECFMG Certification—Moving Accreditation Forward
September 21, 2010

The foundation of such a system to "recognize the accreditors" is taking shape. During the coming year, 2011, WFME will pilot this model, applying the standards for undergraduate medical education that it has promulgated in recent years. The Caribbean Accreditation Authority for Education in Medicine and Other Health Professions (CAAM-HP) has agreed to be the first accrediting body reviewed in this pilot process.  If CAAM-HP's accreditation standards and processes are approved by WFME, CAAM-HP will be the first accrediting body recognized through this new process.

### On Timing

The question of timing is an important one. In determining when to implement its accreditation requirement, ECFMG needed to balance its desire to continue to enhance its protection of the public with the understanding that international medical schools and the bodies that evaluate them need a concrete and realistic mechanism for satisfying this requirement. WFME's standards and practices for undergraduate medical education, as demonstrated by its upcoming pilot with CAAM-HP, may provide this mechanism. If successful, these standards and processes will result in a specific target that accrediting bodies—and the medical schools they accredit—can work toward, and that can be achieved prior to implementation of ECFMG's new requirement in 2023.

### On ECFMG's Role

As an international certification body, ECFMG will not itself play a role in the recognition of international accrediting agencies or the accreditation of medical schools.  However, a number of resources are already in place to support the development of accreditation internationally. FAIMER, in collaboration with WFME and The Open University Centre for Education in Medicine in the United Kingdom, currently offers distance learning modules in the areas of self-review and accreditation. For educators requiring more intensive learning, tailored consultations may be offered by accreditation experts from FAIMER and other bodies with experience in accreditation, such as LCME. Finally, data resources developed by FAIMER, such as *IMED* and the *Directory of Organizations that Recognize/Accredit Medical Schools* (*DORA*), are in place to support accreditation decisions and to capture the wealth of information that will be generated by review of international medical education programs and the processes for evaluating them.

### Enhancing Protection of the Public

The quality of a physician's medical education is related directly to the quality of care that the physician provides. In the United States, where one-quarter of physicians are IMGs, enhancing ECFMG Certification with a meaningful accreditation requirement advances ECFMG's core mission of promoting quality health care for the public by evaluating the qualifications of IMGs entering the U.S. health care system. With implementation of this requirement, IMGs, like graduates of U.S. and Canadian medical schools, will be evaluated both on the quality of their medical education and their individual performance. The benefits of such an accreditation system also will extend to patient populations outside of the United States, advancing ECFMG's overall mission of promoting excellence in international medical education.

Additionally, the information on international medical education programs gathered through a unified system of accreditation will allow research into the relationship between medical education and patient outcomes, which is a direct measure of quality and an important mechanism for continued enhancements in medical education. For a recent example, see "Evaluating The Quality Of Care Provided By Graduates Of International Medical Schools" by Norcini et al. (*Health Affairs* 2010; 29:8).

Requiring Medical School Accreditation for ECFMG Certification—Moving Accreditation Forward
September 21, 2010

## Conclusion

ECFMG's decision to require medical school accreditation as a requirement for ECFMG Certification is a significant step in its continuing efforts to enhance protection of the public. This requirement will catalyze efforts to accredit medical education internationally, encouraging the development of a formal process that utilizes globally accepted criteria. Such a process will have the effect of harmonizing accreditation standards, and creating a meaningful international accreditation system that will improve the quality of medical education and health care worldwide. A system that recognizes the accreditors, who in turn accredit individual medical schools, is a viable model that employs unified standards, while allowing for necessary regional variation. WFME has established standards that could be used for this purpose and, through its upcoming pilot, is establishing the necessary procedures and a working model for accrediting bodies and medical schools that wish to attain a new standard of quality medical education and meet the accreditation requirement for ECFMG Certification.

## References

Boulet J, Bede C, McKinley D, Norcini J. An overview of the world's medical schools. Medical Teacher 2007; 29(1):20-26.

Norcini JJ, Boulet JR, Dauphinee WD, Opalek A, Krantz ID, Anderson ST. Evaluating the quality of care provided by graduates of international medical schools. Health Affairs 2010; 29(8):1461-1468.

van Zanten M, Norcini JJ, Boulet JR, Simon F. Overview of accreditation of undergraduate medical education programmes worldwide. Medical Education 2008; 42(9):930-937.

## Resources

*ECFMG® Certification Fact Sheet*, http://www.ecfmg.org/cert/certfact.html

*ECFMG® Fact Card*, http://www.ecfmg.org/cert/factcard.pdf

FAIMER *International Medical Education Directory* (*IMED*), http://www.faimer.org/resources/imed.html

FAIMER *Directory of Organizations that Recognize/Accredit Medical Schools* (*DORA*), http://www.faimer.org/resources/dora/index.html

Copyright © 2010 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

⊛ **ECFMG**

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org

## NOTICE OF REJECTED APPLICATION

USMLE®/ECFMG® Identification Number:  1-094-862-8

October 15, 2020

Dr. Lingling Chen
376 Anawanda Avenue
Pittsburgh, PA  15228

Dear Doctor:

The Educational Commission for Foreign Medical Graduates (ECFMG) is unable to process your recent application for the USMLE Step 1  (Application Identification Code 1-284-175-497, on-line part submitted September 3, 2020) for the reasons listed below.

1.      The degree title you indicated is not the medical degree issued to graduates of medical schools in the country where you are attending medical school.  Please refer to the Reference Guide for Medical Education Credentials section of the current ECFMG *Information Booklet.*

2.      ECFMG cannot determine that your Certification Statement (Form 183) was sent to ECFMG by the medical school official who signed the Certification Statement (Form 183).

Please be sure to have the medical school official who certified the Certification Statement (Form 183) send the form directly to ECFMG.

ECFMG must be able to determine that the Certification Statement (Form 183) was sent directly from the office of the medical school official who certified the Certification Statement.  If ECFMG, in its judgment, determines that the Certification Statement (Form 183) may not have been sent directly from the office of the medical school official who certified the Certification Statement (Form 183), the form will not be accepted.

To be registered for Step 1 , you must reapply by submitting a new online application completed in its entirety.

Please be sure to use the USMLE/ECFMG Identification Number listed at the top of this letter on your new application and any future correspondence with ECFMG.

Note, if your application is rejected, the money you had paid for that application will automatically be credited to your ECFMG financial account. Thus, when you apply again using IWA, you may select the "Use my credit towards my total due" option in the payment section of the application.

You may review the current ECFMG *Information Booklet* and USMLE *Bulletin of Information* from the ECFMG website at www.ecfmg.org <http://www.ecfmg.org>.

Should you require further assistance, please contact ECFMG Applicant Information Services at info@ecfmg.org <mailto:info@ecfmg.org> or call (215) 386-5900.

Sincerely,

ECFMG Staff

**ECFMG**®

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org

NOTICE OF REJECTED APPLICATION

USMLE®/ECFMG® Identification Number:  1-094-862-8

June 23, 2020

Dr. Lingling Chen
376 Anawanda Avenue
Pittsburgh, PA  15228

Dear Doctor:

The Educational Commission for Foreign Medical Graduates (ECFMG) is unable to process your recent application for the USMLE Step 1  (Application Identification Code 1-955-189-653, on-line part submitted April 26, 2020) for the reasons listed below.

1.      You certified you graduated from medical school.  However, you did not submit a photocopy of your final medical diploma, a graduation letter, or an official English translation of the diploma or graduation letter.

In order to be registered for this examination you must first reapply for the examination online at www.ecfmg.org <http://www.ecfmg.org>. Then ECFMG requires a photocopy of the final medical diploma in the original language with the appropriate signature(s) and issue date.

If you have graduated and met all requirements for your medical diploma but your medical diploma has not yet been issued, a letter signed by an authorized official of your medical school must be submitted. Each medical school has been requested to provide ECFMG with a list of authorized officials. The letter you submit must be completed and signed by an official on this list. The official must provide his/her name, official title, and the institution name. The official must affix the institution's seal to the letter. The letter must include the following statement:

> This is to confirm that [applicant name] has graduated and completed all requirements to receive the [degree title] degree from [medical school/university name]. The degree will be issued [month and year].

You must then submit a copy of your diploma to ECFMG as soon as the diploma is issued.

Any document submitted to ECFMG that is not in English must be accompanied by an English translation that meets ECFMG's translation as outlined in the current edition of the ECFMG Information Booklet.

Refer to the section Medical Education Credentials in the current edition of the ECFMG Information Booklet for a detailed description on the required medical education credentials for a medical school graduate.

2.      ECFMG cannot determine that your Certification Statement (Form 183) was sent to

ECFMG by the medical school official who signed the Certification Statement (Form 183).

Please be sure to have the medical school official who certified the Certification Statement (Form 183) send the form directly to ECFMG.

ECFMG must be able to determine that the Certification Statement (Form 183) was sent directly from the office of the medical school official who certified the Certification Statement.  If ECFMG, in its judgment, determines that the Certification Statement (Form 183) may not have been sent directly from the office of the medical school official who certified the Certification Statement (Form 183), the form will not be accepted.

3.      Your Certification Statement (Form 183) must be signed by an appropriate official as outlined below.

Your Certification Statement must be signed and dated, in ink, by an authorized official of your medical school.  The signature of the medical school official must match an authorized signature that is on record at ECFMG.  The official's title and institution must also be listed.  English translations must be provided for all information that is not in English.

If your medical school has any questions concerning the certification of Form 183, the school should contact ECFMG at deansbox@ecfmg.org <mailto:deansbox@ecfmg.org>.  This email address is for the use of medical school officials only.

To be registered for Step 1 , you must reapply by submitting a new online application completed in its entirety.

Please be sure to use the USMLE/ECFMG Identification Number listed at the top of this letter on your new application and any future correspondence with ECFMG.

Note, if your application is rejected, the money you had paid for that application will automatically be credited to your ECFMG financial account. Thus, when you apply again using IWA, you may select the "Use my credit towards my total due" option in the payment section of the application.

You may review the current ECFMG Information Booklet and USMLE Bulletin of Information from the ECFMG website at www.ecfmg.org <http://www.ecfmg.org>.

Should you require further assistance, please contact ECFMG Applicant Information Services at info@ecfmg.org <mailto:info@ecfmg.org> or call (215) 386-5900.


Sincerely,

ECFMG Staff



# Educational Commission for Foreign Medical Graduates

Search …   Sea

Home  /  Programs  /  Certification  /  2024 Accreditation Requirement  /  Overview

## 2024 Medical School Accreditation Requirement

Menu ⌄

# Requirement Overview

The 2024 (previously 2023) Medical School Accreditation Requirement was established by ECFMG in 2010 to stimulate international accreditation efforts and enhance the quality of medical education worldwide. The requirement is intended to encourage the development and implementation of standards for evaluating undergraduate medical education, to provide greater assurance to both medical students and the public that they will be appropriately trained.

**Applicants and other interested individuals are encouraged to check this section frequently for updates.**

## 2024 Accreditation

# Accreditation Requirement

Starting in 2024, individuals applying for ECFMG Certification must be a student or graduate of a medical school that is appropriately accredited. More specifically, the school must be accredited by an accrediting agency that is officially recognized by the World Federation for Medical Education (WFME).

The WFME Recognition Programme is the only program accepted by ECFMG at the current time for the recognition of medical school accrediting agencies.

Thus, beginning in 2024, medical schools will need to be accredited by a WFME-recognized accrediting agency if they wish to ensure their students and graduates are eligible for ECFMG Certification.

## Eligibility Guidelines

Please note these guidelines may change over time in ECFMG's sole discretion. All other ECFMG Certification-related policies will continue to apply.

"[Advancing the Quality of Medical Education Worldwide](#) " available on the *Journal of Medical Regulation* website (PDF)

### Timing

- In 2024, individuals will be eligible to apply for ECFMG Certification—the first step in the certification process—and take the required examinations if, **at the time of application,** their medical school is accredited (including provisional or conditional accreditation) by an accrediting agency recognized by WFME.

- Individuals who apply for ECFMG Certification prior to 2024 will continue the examination and certification process **under current ECFMG policies,** including that their medical school must be recognized by the appropriate

government authority in the country where the school is located. Graduates of the medical school must also be eligible to practice medicine in that country, among other criteria.

- Individuals already certified by ECFMG **will not be impacted** by this requirement.

## Institutions in Process of Accreditation or Recognition

- In 2024, individuals may not be eligible to apply for ECFMG Certification if their medical school is still in the process of obtaining accreditation by a WFME-recognized accrediting agency.
- Similarly, individuals may not be eligible to apply for ECFMG Certification in 2024 if their medical school is accredited by an accrediting agency still in the process of obtaining recognition by WFME. Note that once the accrediting agency becomes WFME-recognized, schools do not need to be reaccredited unless they are due for reaccreditation.

## Loss of Accreditation Status

- Individuals who successfully apply in 2024 or later may not be eligible to complete the required examinations and obtain ECFMG Certification if, after they apply but before they achieve certification, their medical school loses accreditation or they transfer to a non-accredited school.
- Individuals who have already achieved ECFMG Certification, however, will not be impacted if their medical school subsequently loses accreditation.

ECFMG recognizes the impact the 2024 Accreditation Requirement may have on current and future medical students and intends to implement the requirement in as reasonably fair and practical a manner as possible.

# More Information to Come

ECFMG is committed to keeping all of our stakeholders informed as we move forward with the 2024 Accreditation Requirement. Further details will be published as they become available. Specific questions regarding the requirement may be sent to 2024@ecfmg.org.

Back to top ↑

## Portals

IWA
OASIS

## Stay Connected

Sign up for *The ECFMG Reporter*
Contact ECFMG

## Quick Links

ECFMG *Information Booklet*
USMLE *Bulletin of Information*
Policies and Procedures Regarding Irregular Behavior
Fees and Payment
USMLE website ↗
Prometric Test Centers ↗
*World Directory of Medical Schools (World Directory)* ↗

[Last update: December 3, 2021]

 



® Registered in the US Patent and Trademark Office.
Copyright © 1996-2022 by the Educational Commission for Foreign Medical Graduates. All rights reserved.

Case 2:23-cv-04099-JS   Document 1-1   Filed 10/20/23   Page 40 of 206



# VICENTE ELIAS v. EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

(NOTE: The status of this decision is Published.)

NOT FOR PUBLICATION WITHOUT THE

APPROVAL OF THE APPELLATE DIVISION

SUPERIOR COURT OF NEW JERSEY

APPELLATE DIVISION

DOCKET NO. A-1447-09T3

VICENTE ELIAS,

Plaintiff-Appellant,

v.


EDUCATIONAL COMMISSION FOR

FOREIGN MEDICAL GRADUATES

(ECFMG) and NEW JERSEY STATE

BOARD OF MEDICAL EXAMINERS

(NJSBME),


Defendants-Respondents.

_____

November 4, 2010


Argued: September 22, 2010 - Decided


Before Judges Cuff and Simonelli.


On appeal from Superior Court of New Jersey, Chancery Division, Burlington County, Docket No. C-82-08.


Anthony J. Brady, Jr., argued the cause for appellant.


Heather L. Hopkins (Morgan, Lewis & Bockius, L.L.P.) of the New York bar, admitted pro hac vice, argued the cause for respondent Educational Commission For Foreign Medical

Graduates (Morgan, Lewis & Bockius, L.L.P., attorneys; Brian W. Shaffer and Ms. Hopkins, on the brief).

PER CURIAM

Plaintiff Vicente Elias appeals from the October 15, 2009 Chancery Division order granting summary judgment to defendant Educational Commission for Foreign Medical Graduates (ECFMG) and dismissing his complaint with prejudice.1 We affirm.

The following facts are derived from evidence submitted by the parties in support of, and in opposition to, the summary judgment motion, viewed in a light most favorable to plaintiff. Brill v. Guardian Life Ins. Co. of Am., 142 N.J. 520, 540 (1995).

ECFMG is a private, not-for-profit organization, which through its certification program assesses the readiness of a foreign medical school graduate (FMSG) to enter residency or fellowship programs in the United States. ECFMG is not a subdivision of or affiliated with any governmental entity, its Board of Trustees receives no funding from any governmental entity, no individual from defendant New Jersey State Board of Medical Examiners (NJSBME) sits on ECFMG's Board of Trustees, and it sets its own standards for an FMSG's eligibility to take the United States Medical Licensing Examination (USMLE).

An FMSG seeking a license to practice medicine in New Jersey must

demonstrate successful completion of the full medical curriculum, didactic elements and clinical training prescribed by the medical school and by the country in which the medical school is located and within which the training took place, and successful completion of all of the educational requirements to practice medicine in that country.

[N.J.A.C. 13:35-3.11(c).]

An FMSG must also

demonstrate to the satisfaction of the [NJSBME] that he or she holds certification issued by the [ECFMG] which was granted following the attainment of a passing score on an acceptable examination and verification of his or her credentials by ECFMG.

[N.J.A.C. 13:35-3.11(f).]

Consequently, ECFMG's role in this process is to verify the FMSG's credentials and issue a certification following a passing score on the USMLE. See ibid.

ECFMG certification renders an FMSG eligible to apply for admission to residency programs in the United States and to take Step 1 of the USMLE. ECFMG certification provides assurances to directors of residency or fellowship programs in the United States that FMSGs have met the minimum standards of eligibility required to enter those programs. Although ECFMG certification is accepted by state licensing boards in partial satisfaction of their requirements for licensure, including the NJSBME, it does not, in and of itself, entitle FMSGs to licensure in any state. FMSGs are still required to apply for and obtain the approval of such licensing boards in accordance with that state's requirements and procedures.

To obtain ECFMG certification, an FMSG must pass Steps 1 and 2 of the USMLE, which is a three-step examination for medical licensure in the United States and the standard medical and surgical licensing examination in the State of New Jersey pursuant to N.J.A.C. 13:35-3.1(a). To be eligible to take Step 1, an FMSG must have completed all educational requirements to practice medicine in the country in which he or she received his or her medical education, and received a final medical diploma approved by that country. ECFMG relies on the determination of the sovereign country in which the medical school is located as to what constitutes a final medical diploma. In this case, Mexico has approved the Titulo de Medico Cirujano as the final medical diploma. In order to earn the Titulo de Medico Cirujano, students have to complete a four year didactic program, a one-year clinical internship, and one year of community service.

Plaintiff attended the Universidad Autonoma de Guadalajara Medical School (UAGMS) in Mexico from 1987 to 1991. He admits he did not complete the two additional requirements of a clinical internship and community service, which are required to receive the Titulo de Medico Cirujano. Instead, he received the "Diploma de Medico Cirujano," which merely showed he completed the four-year didactic program.

In 1994, plaintiff applied to ECFMG to take Step 1 of the USMLE. He certified that he had received the degree, "Medico Cirujano," from the UAGMS. Plaintiff failed the test. ECFMG

subsequently learned that plaintiff was ineligible to take Step 1 because he did not have a final medical diploma within the meaning of ECFMG's eligibility requirements.

Plaintiff applied again in 2007 to take Step 1; however, he still had not received the required "final" medical diploma. He also had not attended an approved Fifth Pathway program,[2] the successful completion of which, at the time, the NJSBME would have accepted in lieu of ECFMG certification. N.J.A.C. 13:35-3.11(f). When plaintiff filed his complaint in June 2008, the Fifth Pathway program was still a viable alternative. Also, he could have returned to UAGMS to complete the necessary requirements for the Titulo de Medico Cirujano.

On November 20, 2007, ECFMG notified plaintiff that it had rejected his application to take Step 1 because he had not produced a copy of a final medical diploma. ECFMG subsequently advised plaintiff that he could re-apply to take Step 1 in time for acceptance to a Fifth Pathway program, if he submitted a letter indicating his intent to pursue that program. There is no evidence that plaintiff re-applied with the necessary documentation. Instead, he filed a complaint alleging that ECFMG and NJSBME had arbitrarily and capriciously denied him the opportunity to take Step 1 in violation of his procedural and substantive due process and equal protection rights under the United States and New Jersey constitutions.

ECFMG filed a motion for summary judgment seeking dismissal of plaintiff's complaint for failing to establish state action. Plaintiff countered that he established state action and that ECFMG illegally delegated the authority NJSBME had vested in it by permitting UAGMS to determine the requirements to take the USMLE, in violation of the Administrative Procedure Act (APA), N.J.S.A. 52:14B-1 to -25. The trial judge granted the motion, finding plaintiff failed to establish state action or that ECFMG illegally delegated its authority to UAGMS to determine the requirements to take the USMLE.

We agree that plaintiff failed to establish state action. The evidence does not satisfy any of the three tests (i.e., the "close nexus" test, symbiotic relationship test, or "public function" test) required to establish that the ECFMG is a state actor. See Jackson v. Metro. Edison Co., 419 U.S. 345, 351, 95 S. Ct. 449, 453, 42 L. Ed. 2d 477, 484 (1974); Burton v. Wilmington Parking Auth., 365 U.S. 715, 724-25, 81 S. Ct. 856, 861, 6 L. Ed. 2d 45, 51-52 (1961); Terry v. Adams, 345 U.S. 461, 469-70, 73 S. Ct. 809, 813-14, 97 L. Ed. 1152, 1160 (1953).

Assuming there was state action, summary judgment was still appropriate because plaintiff cannot prove a violation of his procedural or substantive due process rights. To establish

his procedural due process claim, plaintiff must show that he has a protected liberty or property right to take Step 1. "Property interests . . . are created[,] and their dimensions are defined[,] by existing rules or understandings that stem from an independent source such as state law. . . ." Bd. of Regents of State Colleges v. Roth, 408 U.S. 564, 577, 92 S. Ct. 2701, 2709, 33 L. Ed. 2d 548, 561 (1972). "To have a property interest in a benefit, a person clearly must have more than an abstract need or desire for it. He must have more than a unilateral expectation of it. He must, instead, have a legitimate claim of entitlement to it." Ibid.

Whereas procedural due process rights are created by state law, substantive due process rights emanate from the constitution. Regents of Univ. of Mich. v. Ewing, 474 U.S. 214, 229, 106 S. Ct. 507, 515, 88 L. Ed. 2d 523, 535 (1985) (Powell, J., concurring).

[S]ubstantive due process . . . "does not protect individuals from all governmental actions that infringe liberty or injure property in violation of some law." Rather, substantive due process is reserved for the most egregious governmental abuses against liberty or property rights, abuses that "shock the conscience or otherwise offend . . . judicial notions of fairness . . . ."

[Rivkin v. Dover Twp. Rent Leveling Bd., 143 N.J. 352, 366, (quoting PFZ Props., Inc. v. Rodriguez, 928 F.2d 28, 31 (1st Cir.), cert. granted, 502, U.S. 956, 112 S. Ct. 414, 116 L. Ed. 2d 435 (1991), cert. dismissed, 503 U.S. 257, 112 S. Ct. 1151, 11 L. Ed. 2d 400 (1992); Weimer v. Amen, 870 F.2d 1400, 1405 (8th Cir. 1989)), cert. denied, 519 U.S. 911, 117 S. Ct. 275, 136 L. Ed. 2d 198 (1996).]

Plaintiff lacks a legitimate claim of entitlement to take Step 1 because he has not completed all educational requirements to practice medicine in Mexico or received a final medical diploma. Plaintiff also lacks a legitimate claim of entitlement to a medical license because he has not successfully completed the full medical curriculum, both didactic and clinical portions, prescribed by UAGMS and successfully completed all educational requirements to practice medicine in Mexico. See N.J.A.C. 13:35-3.11(c).

Further, plaintiff has no right to a medical license. We have indicated that "a protected right in a professional license comes into existence only after a license has been obtained[,]" and that "[a]n applicant for a license has merely an expectation of obtaining a property interest. Such expectation is not afforded the same protection under the

Fourteenth Amendment as is the property right itself." Graham v. N.J. Real Estate Comm'n, 217 N.J. Super. 130, 136 (App. Div. 1987). "Thus, before a medical license is issued there is no property right which must be safeguarded by due process." Valdes v. N.J. State Bd. of Med. Exam'rs, 205 N.J. Super. 398, 405 (App. Div. 1985).

As for his substantive due process claim, what occurred here falls far short of shocking the judicial conscience. Rather, the evidence confirms that plaintiff is not qualified to take Step 1 or obtain a medical license in New Jersey.

Summary judgment is also appropriate as to plaintiff's equal protection claim. In order to subject ECFMG's requirements to the strict scrutiny analysis under equal protection, plaintiff had to show that those requirements discriminate against a suspect class:

Unless a classification trammels fundamental personal rights or is drawn upon inherently suspect distinctions such as race, religion, or alienage, [courts] presume the constitutionality of the statutory discriminations and require only that the classification challenged be rationally related to a legitimate state interest.

[City of New Orleans v. Dukes, 427 U.S. 297, 303, 96 S. Ct. 2513, 2516-17, 49 L. Ed. 2d 511, 517 (1976).]

Plaintiff argues that ECFMG applies a higher standard to FMSGs to take Step 1 than to students currently enrolled at the same foreign medical school. Thus, FMSGs are the "suspect class." However, FMSGs do not constitute a suspect class, which is created by a distinction made on the basis of race, religion, or alienage. Ibid. Even assuming FMSGs constitute a suspect class, plaintiff is not a member of the class because he is not an FMSG. Accordingly, his equal protection claim fails.

Finally, assuming there is state action, plaintiff's illegal delegation of authority claim also fails. ECFMG is not a "state agency" within the meaning of the APA. See N.J.A.C. 52:14B-2(a). It is a private organization that simply verified an FMSG's credentials to assure that the requirements of N.J.A.C. 13:35-3.11(c) had been met.

Affirmed.

1 On January 27, 2009, plaintiff voluntarily dismissed the complaint without prejudice as to defendant New Jersey State Board of Medical Examiners.

2 The Fifth Pathway program, created by the American Medical Association in 1971, permits foreign medical school students who completed the four-year didactic program to complete their supervised clinical program at a United States medical school in order to become eligible for entry to a United States residency training program and ultimately obtain a license to practice medicine in the United States. New Jersey codified its support for the Fifth Pathway program in N.J.A.C. 13:35-1.2.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Grades

🖨

### Fall Semester 2023 (8/21/2023-12/11/2023)    ^

| | |
|---|---|
| **Course Section:** | ENG-102-Z07 |
| **Title:** | English Comp 2 |
| **Credits:** | 3 |
| **Final Grade:** | |
| **Midterms:** | 1 |

### Summer Semester 2023 (5/22/2023-8/12/2023)    ^

| | |
|---|---|
| **Course Section:** | BIO-107-Z01 |
| **Title:** | Pharmacology |
| **Credits:** | 3 |
| **Final Grade:** | W |
| **Midterms:** | 1 |

### Spring Semester 2023 (1/17/2023-5/8/2023)    ^
Term GPA: 4.000

| | |
|---|---|
| **Course Section:** | SOC-101-Z03 |
| **Title:** | Intro Sociology |
| **Credits:** | 3 |
| **Final Grade:** | A |
| **Midterms:** | 1 |
| | A |

### Fall Semester 2022 (8/22/2022-12/12/2022)    ^
Term GPA: 4.000

| | |
|---|---|
| **Course Section:** | ENG-101-Z07Z |
| **Title:** | English Comp 1 |
| **Credits:** | 3 |
| **Final Grade:** | A |
| **Midterms:** | 1 |
| | A |

© 2000-2023 Ellucian Company L.P. and its affiliates. All rights reserved. <u>Privacy</u>

To whom it may concern:

I am writing this letter to clarify that our medical graduate, Lingling Chen, is eligible to take Medical License Examination in China.

Bengbu Medical College is national medical college directly supervised under the jurisdiction of Education Bureau of Anhui Province. The Five-year Laboratory Medicine (aka Clinical Pathology) program was designed to prepare medical students to be pathologists, that are equivalent to pathologists in the U.S. Graduates with Bachelor of Medicine in Laboratory Medicine are required to provide pathology reports and clinical recommendations to other physicians.

In China, Clinical medicine is a first-level discipline under medicine which is divided into 18 second-level disciplines as follows: internal medicine, pediatrics, geriatric medicine, neurologic, psychiatric and mental health, dermatology, imaging and nuclear medicine, laboratory medicine, surgery, obstetrics and gynecology, otolaryngology and ophthalmology, oncology, rehabilitation medicine and physical therapy, sports medicine, anesthesiology, emergency medicine. Laboratory Medicine, as well as other clinical majors, is a subtype of Clinical Medicine.

We also developed another four-year bachelor's degree in Medical Laboratory Science, which is equivalent to bachelor's degree in Medical Laboratory Science in the U.S. The bachelor's degree in Medical Laboratory Science is different from the Bachelor of Medicine in Laboratory Medicine in that Laboratory Medicine program involves in clinical medicine courses and clinical practices in clinical departments. The differences make graduates with Bachelor of Medicine in Laboratory Medicine eligible to take Medical License Examination in China.

After completing Laboratory Medicine program in our medical college, Lingling was admitted to a graduate level program in Pediatrics based on her clinical medical education. This verifies again that Bachelor of Medicine in Laboratory Medicine is equivalent to Bachelor of Medicine in Clinical Medicine and eligible to take national exam in terms of medical education.

According to the Medical Licensing Exam Registration Eligibility Requirements jointly declared by National Health Commission of the People's Republic of China and Ministry of Education of the PRC, Bachelor of Medicine in Laboratory Medicine (Enrolled to the program before Dec 31, 2012) is eligible to register for Clinical Medical Board License. Graduates with Bachelor of Medicine in Laboratory Medicine are fully eligible for taking the National Medical Licensing examination to obtain Clinical Medicine License to practice without restriction.

We are one of the first medical colleges with Laboratory Medicine Program in China and proud that many of our graduates in Laboratory Medicine are directors of Pathology Laboratories all around China. Lingling was ranked as the top 2 graduate in her year and wants to continue her career in pathology after complete Master of Medicine in Pediatrics and Master of Science in Human Genetics. We are glad to hear that she tries to take USMLE to be a pathologist in the U.S.

The information presented in this letter is accurate to the best of my knowledge.

Dean of Bengbu Medical College

2021-1-8



**ECFMG®**  EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

# Information Booklet



# ECFMG
## CERTIFICATION
### 2020



## Visit www.ecfmg.org to

**Get updates** on ECFMG Certification and related policies and services.

**Complete** the Application for ECFMG Certification using the Interactive Web Applications (IWA).

**Apply** for Step 1 and Step 2 (Clinical Knowledge and Clinical Skills) of the United States Medical Licensing Examination® (USMLE®) using IWA.

**Subscribe** to *The ECFMG® Reporter* for important updates on ECFMG Certification and entry into graduate medical education in the United States.

**Access your information** using the On-line Applicant Status and Information System (OASIS).

**Educational Commission for Foreign Medical Graduates**
3624 Market Street, Philadelphia, PA 19104-2685 USA
www.ecfmg.org

**Download the mobile app!**





Form 100s. August 27, 2019

# TABLE OF CONTENTS

**About the ECFMG Information Booklet and Application Materials** ........................1

**ECFMG Certification**
About ECFMG Certification ............................3
Requirements for ECFMG Certification .........4
Standard ECFMG Certificate.......................... 6

**Your ECFMG Record**
USMLE/ECFMG Identification Number .........7
Your Name.......................................................8
Changing Your Name ....................................9
Contact Information ......................................10

**Your ECFMG Financial Account**
Fees................................................................11
Payment ........................................................12
Methods of Payment.....................................13
Refunds .........................................................14
Forfeiture of Funds .......................................15

**Irregular Behavior......................................16**

**Application for ECFMG Certification ........19**

**Examinations for ECFMG Certification**
Examination Requirements ..........................20
Time Limit for Completing
   Examination Requirements .......................21

**Eligibility for Examination**
Medical School Students...............................23
Medical School Graduates ...........................25
Reverification of Eligibility.............................27

**The United States Medical Licensing Examination (USMLE)**
About USMLE.................................................28
Registration and Test Delivery Entities.........29
Applying for Examination..............................30
Scheduling the Examination.........................33
Preparing for Examination ............................35
Taking the Examination .................................36
USMLE Program and Irregular Behavior......38
Examination Results......................................39
Reexamination and Reapplication...............41

**Medical Education Credentials**
Medical Education
   Credential Requirements ...........................43
Transfer Credits ............................................44
Credentials for ECFMG Certification ...........46
Final Medical Diploma and Transcript .........48
Transcript(s) to Document
   Transferred Credits....................................49
Name on Medical Diploma
   and Transcript(s)........................................50
English Translations ......................................52
Verification of Credentials.............................53

**Related ECFMG Services**
Confirming ECFMG Certification
   to Third Parties ..........................................54
Electronic Residency Application
   Service (ERAS®) Support Services ...........55
J-1 Visa Sponsorship....................................57
ECFMG Certificate Holders Office................58

® The terms ECFMG® and CSA® are registered in the U.S. Patent and Trademark Office.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved. Portions reprinted, with permission, from the USMLE 2020 *Bulletin of Information*, copyright © 2019 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®).

## About the ECFMG Information Booklet and Application Materials

The ECFMG *Information Booklet* contains detailed information on ECFMG's program of certification. The information contained in this booklet pertains only to the ECFMG certification process and related applications and services. This booklet should not be used as a guide to ECFMG's other programs and services, such as the Electronic Portfolio of International Credentials (EPIC<sup>SM</sup>). Please visit the [ECFMG website](#) for information on ECFMG's programs and services. You also can access this publication, the Application for ECFMG Certification, and the application for Step 1 and Step 2 (Clinical Knowledge and Clinical Skills components) of the United States Medical Licensing Examination® (USMLE®) on the [ECFMG website](#).

Applicants for examination must use the applicable edition of the *Information Booklet*. The 2020 *Information Booklet* pertains to eligibility periods in 2020. If your eligibility period extends into 2021 and you test in 2021, you must become familiar with and will be subject to the policies and procedures detailed in the 2021 *Information Booklet*. The 2021 *Information Booklet* is expected to be available in September 2020. See the information on eligibility periods under *Applying for Examination* in *The United States Medical Licensing Examination (USMLE)* section of this booklet.

The [USMLE *Bulletin of Information*](#) provides information about the USMLE, a three-step examination for medical licensure in the United States. In the event that information about the USMLE in the ECFMG *Information Booklet* differs from the corresponding information in the USMLE *Bulletin of Information*, the information in the USMLE *Bulletin of Information* controls.

> **IMPORTANT**
>
> **Applicants for examination are required to read and become familiar with the information contained in and referenced in both the ECFMG *Information Booklet* and the USMLE *Bulletin of Information*.** The USMLE *Bulletin of Information* is available on the [USMLE website](#). Exam applicants should also carefully read the exam application [overview](#) and [instructions](#) available in ECFMG's Interactive Web Applications (IWA). Applicants should review and be familiar with the *Policies and Procedures Regarding Irregular Behavior*.

Although current at the time of publication, the information contained in the 2020 *Information Booklet* is subject to change. If changes occur, information will be posted on the [ECFMG website](#). You must obtain the most recent information to understand current policies and procedures.

ECFMG provides important updates on ECFMG Certification and entry into graduate medical education in the United States via an e-mail newsletter called *The ECFMG® Reporter* and via Facebook and Twitter. ECFMG encourages applicants to [subscribe](#) to *The ECFMG® Reporter* and follow ECFMG on [Facebook](#) and [Twitter](#).

The *Information Booklet* describes deadlines related to exam applications, scheduling, and other services. Unless otherwise indicated, deadlines are calculated using Eastern Time in the United States.

Consistent with ECFMG's Privacy Notice, ECFMG may share the information contained in your application, or that otherwise may become available to ECFMG, with any federal, state or local governmental department or agency, with any hospital or with any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. This may include reporting determinations of irregular behavior to the USMLE Committee for Individualized Review, Federation of State Medical Boards of the United States, U.S. state and international medical licensing authorities, graduate medical education programs, and to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's data collection and privacy practices, please refer to our [Privacy Notice](#).

ECFMG strives to ensure proper processing of applications for ECFMG Certification and examination, other service requests related to ECFMG Certification and examination, and the information contained in such applications and requests. In the unlikely event that an error occurs in the processing of applications, requests, or associated materials, ECFMG will make reasonable efforts to correct the error, if possible, or permit you either to reapply at no additional fee or to receive a refund. These are the

exclusive remedies available to applicants for errors in processing applications and other service requests related to ECFMG Certification, examination, and the other programs described in this booklet.

**Please note that ECFMG will not provide services of any kind if doing so would be considered violative of any applicable international, federal, state, or local laws or regulations. Additionally, ECFMG may delay or suspend provision of services while investigating whether the services or surrounding circumstances violate such laws, regulations, or ECFMG's policies and procedures.**

---

® The terms ECFMG® and CSA® are registered in the U.S. Patent and Trademark Office.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

Portions reprinted, with permission, from the USMLE 2020 Bulletin of Information, copyright © 2019 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®).

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**ECFMG Certification**

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate

## About ECFMG Certification

The Educational Commission for Foreign Medical Graduates (ECFMG), through its program of certification, assesses whether international medical graduates are ready to enter residency or fellowship programs in the United States that are accredited by the Accreditation Council for Graduate Medical Education (ACGME). ACGME requires international medical graduates who enter ACGME-accredited programs to be certified by ECFMG.

ECFMG Certification assures directors of ACGME-accredited residency and fellowship programs, and the people of the United States, that international medical graduates have met minimum standards of eligibility to enter such programs. ECFMG Certification does not, however, guarantee that these graduates will be accepted into programs; the number of applicants each year exceeds the number of available positions.

ECFMG Certification is also one of the eligibility requirements for international medical graduates to take Step 3 of the three-step United States Medical Licensing Examination (USMLE). Medical licensing authorities in the United States require that international medical graduates be certified by ECFMG, among other requirements, to obtain an unrestricted license to practice medicine.

ECFMG defines an international medical graduate as a physician who received his/her basic medical degree from a medical school located outside the United States and Canada*. Citizens of the United States who have completed their medical education in schools outside the United States and Canada are considered international medical graduates; non-U.S. citizens who have graduated from medical schools in the United States and Canada are not considered international medical graduates.

* The United States and Canada refer to the geographic locations where citizens are issued passports by the governments of either the United States or Canada.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate

**Requirements for ECFMG Certification**

To be eligible for certification by ECFMG, international medical graduates must meet the following requirements.

**Medical School Requirements**

The physician's medical school must meet requirements established by ECFMG. Schools that meet all requirements will be listed in the *World Directory of Medical Schools (World Directory)* as meeting eligibility requirements for their students and graduates to apply to ECFMG for ECFMG Certification and examination. To confirm that your medical school meets ECFMG's requirements, access the *World Directory* at www.wdoms.org. Medical schools that meet ECFMG's requirements will have an ECFMG note stating this in the schools' *World Directory* listing. The ECFMG note also will include the graduation years for which the school meets these requirements. Since ECFMG is a sponsor of the *World Directory*, the ECFMG note is located on the "Sponsor Notes" tab of the medical school listing. If there is no ECFMG note on the Sponsor Notes tab of your medical school's listing, you are not eligible to apply to ECFMG for ECFMG Certification and examination. For tips, see the quick guide on how to confirm that a medical school meets eligibility requirements.

> **Important Note:** Beginning in 2023, individuals will be eligible to apply for ECFMG Certification—the first step in the certification process—and take the required examinations if, at the time of application, their medical school is appropriately accredited. More specifically, the school must be accredited by an accrediting agency that is officially recognized by the World Federation for Medical Education (WFME) through its *Programme for Recognition of Accrediting Agencies*. Further details regarding the 2023 Medical School Accreditation Requirement, including eligibility guidelines, are available on the ECFMG website at www.ecfmg.org/accreditation. International medical students and graduates interested in ECFMG Certification should monitor the ECFMG website for the latest information.

**Application for ECFMG Certification**

International medical students/graduates who wish to pursue ECFMG Certification must submit an Application for ECFMG Certification. The Application for ECFMG Certification consists of an on-line application and the Certification of Identification Form (Form 186) available through ECFMG's Interactive Web Applications (IWA). The Application for ECFMG Certification requires applicants to confirm their identity, contact information, and graduation from or enrollment in a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. See *Medical School Requirements*. As part of the application, international medical students/graduates must also confirm their understanding of the purpose of ECFMG Certification and release certain legal claims. See *Application for ECFMG Certification*.

**Examination Requirements**

The examination requirements for ECFMG Certification include passing Step 1 and Step 2 of the USMLE. The Step 2 exam has two separately administered components, the Clinical Knowledge (CK) component and the Clinical Skills (CS) component.

To meet the examination requirements for ECFMG Certification, applicants must:

**1. Satisfy the medical science examination requirement.**
Step 1 and Step 2 CK of the USMLE are the exams currently administered that satisfy this requirement.

**2. Satisfy the clinical skills requirement.**
Step 2 CS of the USMLE is the exam currently administered that satisfies this requirement.

ECFMG has established time limits for completing the examinations required for ECFMG Certification.

For detailed information, including information on time limits and using a passing performance on former exams to satisfy these requirements, see *Examinations for ECFMG Certification*.

**Medical Education Credential Requirements**

The physician's graduation year must be included in the ECFMG note in the medical school's *World Directory* listing. See *Medical School Requirements*. International medical graduates must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. There are restrictions on credits transferred to the medical school that awards an applicant's medical degree that can be used to meet this requirement. See *Transfer Credits* in *Medical Education Credentials*.

Applicants must document the completion of all requirements for, and receipt of, the **final medical diploma**. See the *Reference Guide for Medical Education Credentials* on the ECFMG website for the exact title of the final medical diploma you must have earned (and must provide). ECFMG verifies every applicant's medical school diploma with the appropriate officials of the medical school that issued the diploma and requests that the medical school provide the **final medical school transcript**. Verification by ECFMG with the issuing school may also be required for transcripts that are submitted to document transferred credits. See *Medical Education Credentials*.

> **Important Note:** Submitting falsified or altered documents may result in a finding of irregular behavior and permanent annotation of your ECFMG record. For more information and potential consequences, see *Policies and Procedures Regarding Irregular Behavior*.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**ECFMG Certification**

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate

**Standard ECFMG Certificate**

The Accreditation Council for Graduate Medical Education (ACGME) requires international medical graduates who enter ACGME-accredited programs of graduate medical education in the United States to be certified by ECFMG.

ECFMG issues the Standard ECFMG Certificate to applicants who meet all of the requirements for certification. International medical graduates must also pay any outstanding charges on their ECFMG financial accounts before their certificates are issued. Standard ECFMG Certificates are issued to applicants approximately two weeks after all of these requirements have been met. The date that the Standard ECFMG Certificate is issued is the date an international medical graduate is considered certified by ECFMG. Currently, ECFMG sends the Standard ECFMG Certificate to the applicant's address of record by Federal Express. For tips, see the quick guide on how to ensure you receive your ECFMG Certificate as soon as possible.

The Standard ECFMG Certificate includes:

- The name of the applicant;
- The certificate number;
- The dates that the examination requirements were met; and
- The date that the certificate was issued.

**Confirming ECFMG Certification to Third Parties**

ECFMG offers the Certification Verification Service (CVS) to provide primary-source confirmation of the ECFMG certification status of international medical graduates. ECFMG will confirm your certification status when a request is received from a U.S. medical licensing authority, residency program director, hospital, or other organization that, in the judgment of ECFMG, has a legitimate interest in such information. For status reports sent to medical licensing authorities, the request can also be made by you. For more information, see *Confirming ECFMG Certification to Third Parties* in *Related ECFMG Services*.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Record**

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

**USMLE/ECFMG Identification Number**

Before you can submit an Application for ECFMG Certification or apply to ECFMG for an exam, you must obtain a USMLE/ECFMG Identification Number. You can obtain a USMLE/ECFMG Identification Number by accessing Interactive Web Applications (IWA). Please allow approximately five business days to receive your Identification Number.

**The information you provide during the process of obtaining a USMLE/ECFMG Identification Number will become a part of your permanent ECFMG record.** If you fail to provide your name exactly as it appears on your current, unexpired passport, you will be required to submit acceptable documentation, as described in *Changing Your Name* in *Your ECFMG Record*, to change the name in your ECFMG record. If ECFMG determines that the biographic information you submit is inaccurate, not complete, or insufficient to assign a USMLE/ECFMG Identification Number to you, your request for the USMLE/ECFMG Identification Number will not be processed.

Once ECFMG informs you of your number, you must include it on all communications, applications, medical education credentials, request forms, and payments that you send to ECFMG. You will also need your USMLE/ECFMG Identification Number to use ECFMG's on-line services.

You will only be assigned one USMLE/ECFMG Identification Number. Your USMLE/ECFMG Identification Number cannot be changed. Obtaining or attempting to obtain a USMLE/ECFMG Identification Number after one has been assigned to you may result in a finding of irregular behavior. If you forget or lose your USMLE/ECFMG Identification Number, you can obtain it by accessing IWA or by contacting ECFMG. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. To protect the privacy of applicants, ECFMG will not provide USMLE/ECFMG Identification Numbers by telephone.

**Important Note:** As part of the process of obtaining an Identification Number, you will be asked if you previously submitted an Application for ECFMG Certification and/or an application for examination to ECFMG. You also will be asked if you were previously assigned a USMLE Identification Number. If you were previously assigned a USMLE Identification Number or have submitted a prior application to ECFMG, you must answer "Yes" to the applicable question(s), even if you submitted the prior application under a different name or did not take the exam for which you applied. You must answer "Yes" regardless of whether you submitted an on-line application or a paper application. If you were previously assigned a USMLE Identification Number or have submitted an application to ECFMG but indicate that you were not previously assigned a number or have not applied previously, this may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Record**

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

**Your Name**

You must ensure that the name in your ECFMG record matches your name exactly as it appears on your current, unexpired passport. This name will appear on your Standard ECFMG Certificate once you have met all requirements for certification. You must use this name consistently in all communications you send to ECFMG, including applications and requests for other services. Failure to use the name in your ECFMG record consistently in all communications with ECFMG may delay exam registration. It may also prevent you from taking an exam for which you are registered and scheduled.

You can check the name in your ECFMG record on-line using OASIS or the MyECFMG mobile app. If the name in your ECFMG record does not match your name exactly as it appears on your passport, you must submit acceptable documentation to ECFMG to change the name in your ECFMG record. See *Changing Your Name* in *Your ECFMG Record*.

- The name you submit on your exam **application** will appear on your exam **scheduling permit**. Your name, as it appears on your scheduling permit, must exactly match the name on the form(s) of **identification** you present at the test center. Please review your scheduling permit for details and limited exceptions. See information on required identification under *Taking the Examination* in *The United States Medical Licensing Examination (USMLE)*.

  If the name on your **scheduling permit** has been misspelled, contact ECFMG immediately by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

  If you change the name in your ECFMG record while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send you an e-mail notification when your revised scheduling permit is available. You must present the revised scheduling permit at the test center on your exam date. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test.

  If you have a valid *Certification of Identification Form* (Form 186) on file with ECFMG, it will be invalidated when the name in your ECFMG record is changed, and you will be required to complete a new *Certification of Identification Form* (Form 186) before you may apply for examination.

- If the name on your **medical diploma, transcript, or other credential** does not match **exactly** the name in your **ECFMG record**, you must submit documentation, as described in *Verifying Your Name* in *Medical Education Credentials* that **verifies** the name on your medical diploma, transcript, or other credential is (or was) your name.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Record**

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

**Changing Your Name**

If the name in your ECFMG record does not match your name exactly as it appears on your current, unexpired passport and you want to request a **change** of name in your ECFMG record, send a completed *Request to Change Applicant Biographic Information* (Form 182) to ECFMG. Form 182 is available in the Resources section of the ECFMG website and from ECFMG, upon request. Form 182 requires you to provide a reason for the name change and must be accompanied by a copy of the appropriate document(s), as defined on Form 182. ECFMG must be able to determine from the document(s) you submit that your name has legally changed from the name currently in your ECFMG record to the name you are requesting to appear in your record and that you are using this new name consistently. This means that it may be necessary for you to submit more than one document to support your name change request. **For the purpose of changing your name, you must submit your current, unexpired passport (including the pages with your photograph and the expiration date).** If additional supporting documentation is required, examples of acceptable documentation include:

- Birth Certificate
- Marriage Certificate/License (if your name change is due to marriage)
- Official Court Order/Name Change Documentation
- Official Immigration Document, including
  - U.S. Resident Alien Card
  - U.S. Naturalization Certificate
  - Permanent Residence Card
- Driver's License

See additional information on documents in Important Notes below.

**Important Notes:** If you change the name in your ECFMG record while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send you an e-mail notification when your revised scheduling permit is available. You must present the revised scheduling permit at the test center on your exam date. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test.

If you have a valid *Certification of Identification Form* (Form 186) on file with ECFMG, it will be invalidated when the name in your ECFMG record is changed, and you will be required to complete a new *Certification of Identification Form* (Form 186) before you may apply for examination.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Record**

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

**Contact Information**

The contact information in your ECFMG record consists of your e-mail address, your address of residence, your telephone number, and your fax number (if applicable). ECFMG will send information on the status of your applications by e-mail. You will also need an e-mail address to use ECFMG's on-line services. Be sure to include a full and complete address for your residence. ECFMG will use your address of residence as your mailing address. Certain ECFMG correspondence, including your Standard ECFMG Certificate, requires a full mailing address.

You should ensure that the contact information in your ECFMG record is current. You can check and update your contact information on-line using OASIS or the MyECFMG mobile app. You cannot submit changes to your contact information to ECFMG by e-mail. ECFMG will not process changes to contact information received from any person other than the applicant.

Changing your e-mail address using OASIS or MyECFMG does not update your e-mail address in your e-newsletter subscription(s). If you are subscribed to one or more of ECFMG's e-mail newsletters, such as *The ECFMG® Reporter* or *ECHO News*, and your e-mail address changes, you must update your e-mail address for **each** e-newsletter. To update your e-mail address in your e-newsletter subscription(s), visit the E-Newsletters page in the Resources section of the ECFMG website, click on the newsletter(s) you receive, unsubscribe your old e-mail address, and subscribe your new e-mail address.

To protect the privacy of applicants, ECFMG will e-mail applicant-specific information only to the e-mail address in the applicant's ECFMG record. If your e-mail inquiry requires a specific response, you must send your inquiry from the e-mail address in your ECFMG record.

All correspondence with ECFMG, including e-mails, will become a part of your permanent ECFMG record.

For further information regarding ECFMG's data collection and privacy practices, please refer to our Privacy Notice.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Financial Account**

Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

## Fees

For a list of fees for ECFMG services that applicants encounter most frequently while pursuing ECFMG Certification and entry into U.S. programs of graduate medical education, see the Fees page on the ECFMG website. Other fees may apply. All fees are in U.S. dollars and are subject to change without notice.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Financial Account**

Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

---

### Payment

Full payment is due at the time you submit an application or request a service. If your application/request is rejected, any payment received with that application/request will be credited to your ECFMG financial account.

Funds in an applicant's ECFMG financial account will be available for a period of two years to pay for applications/requests. Any funds not used during a two-year period will be forfeited to ECFMG; **this means that the applicant will lose those funds**. See *Forfeiture of Funds* in *Your ECFMG Financial Account*.

**If you owe money to ECFMG** at the time that your application/request is processed, ECFMG will apply the payment included with your application/request to the amount that you owe. Any money that is left after this will be used to pay for the application/request. If there is not enough money remaining to pay for the application/request, your application/request will be rejected.

If you submit a paper request and do not include payment, or if the payment you include is not sufficient to cover all fees, we will use the money in your ECFMG financial account to pay for the request. If the money in your account is not sufficient to cover all fees, your request will be rejected.

You can check the status of your ECFMG financial account and make on-line payments using OASIS or the MyECFMG mobile app. ECFMG's on-line payment is secured using industry-standard encryption technology.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Financial Account**

Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

**Methods of Payment**

If you submit an application or request a service **on-line**, you can pay on-line at the time of application/request by:

- **Credit card** – To use this option, you must have a Visa, MasterCard, Discover, or American Express card with a security code.
- **Electronic check** – To use this option, you must have a checking account at a U.S. bank and either a U.S. Social Security Number or U.S. driver's license. Checks returned for insufficient funds will be subject to a $10 processing fee and Telecheck Returned Check Fees.

You can also pay in advance using one of the payment methods described above by accessing OASIS on the ECFMG website or using the MyECFMG mobile app.

You can also send payment in advance to ECFMG using *Payment for Service(s) Requested* (Form 900), available in the Resources section of the ECFMG website. If you submit payment using Form 900, you can pay by:

- **Credit card** – Visa, MasterCard, Discover, or American Express.
- **Check, bank draft, or money order** made payable to the Educational Commission for Foreign Medical Graduates (or ECFMG). All payments must be made in U.S. funds through a U.S. bank. **You must write your full name and USMLE/ECFMG Identification Number, if one has been assigned to you, on your payment.**

If you pay in advance, you should verify that the payment has been received and credited to your ECFMG financial account before you begin the application or request process. You can verify the status of your ECFMG financial account on-line using OASIS or the MyECFMG mobile app.

> **Important Note:** If you need to make multiple credit card transactions to pay for an application/request, you must make these payments to your ECFMG financial account in advance using OASIS, the MyECFMG mobile app, or by submitting multiple copies of Form 900.

Do **not** send payments in cash.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Financial Account**

Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

**Refunds**

If you have money in your ECFMG financial account, you may request a refund. Refund requests must be made in writing and should be sent via e-mail to finance@ecfmg.org. If the money in your account was a payment for an exam application that was rejected (because you were not eligible or the application was incomplete or otherwise deficient), your refund will be subject to a $100 processing fee. Approved refunds typically will be issued using the same method as the original payment. For example, if an applicant submits a payment using a credit card, then the refund will be made to the same card.

> **Important Note:** You should consider carefully the timing of your exam application, eligibility period, and test date. Once registered, you cannot cancel or postpone your registration. If you do not schedule and take the exam, you will not receive a refund or credit of your exam fee(s), and you will be required to reapply, including payment of all applicable fees, if you wish to take the exam.

> Although you cannot cancel or postpone your registration, there are options that provide registered applicants with flexibility. All registered applicants may change their scheduled test date and/or center, subject to availability. Applicants registered for Step 1/Step 2 CK may request extension of their eligibility periods. Applicants registered for Step 1/Step 2 CK also may request to change their testing region. See information on rescheduling under *Scheduling the Examination* in *The United States Medical Licensing Examination (USMLE)*. Applicants registered for Step 2 CS who are unable to obtain the appropriate visa to enter the United States to take the exam may request a full refund of the exam fee. Other requests for exceptions from Step 2 CS applicants are considered on a case-by-case basis. ECFMG will consider requests for exceptions only after the applicant's eligibility period has expired.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Financial Account**

Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

**Forfeiture of Funds**

Funds in an applicant's ECFMG financial account will be available for a period of two years to pay for applications submitted or services requested. Any funds not used during a two-year period will be forfeited to ECFMG; **this means that the applicant will lose those funds**. The two-year period is calculated from the date of last transactional activity in the account.

It is your responsibility to monitor the status of your ECFMG financial account. You can check the status of your account, including dates on which payments were made to your account, using OASIS or the MyECFMG mobile app. A refund request should be made to claim any funds that will not be used prior to the expiration of the two-year period. See *Refunds* in *Your ECFMG Financial Account*.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Policies and Procedures Regarding Irregular Behavior**

**A. Policies Regarding Irregular Behavior**

1. *Irregular behavior* includes all actions or attempted actions on the part of applicants, examinees, potential applicants, others when solicited by an applicant and/or examinee, or any other person that would or could subvert the examination, certification or other processes, programs, or services of ECFMG, including, but not limited to, the ECFMG Exchange Visitor Sponsorship Program, ECFMG International Credentials Services (EICS), the Electronic Portfolio of International Credentials (EPIC), and Electronic Residency Application Service (ERAS) Support Services at ECFMG. Such actions or attempted actions are considered irregular behavior, regardless of when the irregular behavior occurs, and regardless of whether the individual is certified by ECFMG. Examples of irregular behavior include, but are not limited to, submission of any falsified or altered document to ECFMG, whether submitted by the individual or by a third party, such as a medical school, on behalf of the individual; failing to comply with United States Medical Licensing Examination® (USMLE®) or ECFMG policies, procedures, and/or rules; falsification of information on applications, submissions, or other materials to ECFMG; taking an examination when not eligible to do so, or submission of any falsified or altered ECFMG document to other entities or individuals.

2. The Medical Education Credentials Committee's determination of irregular behavior is sufficient cause for ECFMG to bar an individual from future examinations, to bar an individual from other ECFMG programs and services, to withhold and/or invalidate the results of an examination, to withhold an ECFMG Certificate, to revoke an ECFMG Certificate, or to take other appropriate actions for a specified period of time or permanently. ECFMG may report the Medical Education Credentials Committee's determination of irregular behavior to the USMLE Committee for Individualized Review, Federation of State Medical Boards of the United States, U.S. state and international medical licensing authorities, graduate medical education programs, and to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

3. If the Medical Education Credentials Committee determines that an individual engaged in irregular behavior, a permanent annotation to that effect will be included in the individual's ECFMG record. This annotation will appear on the ECFMG Certification Verification Service (CVS) and ECFMG Status Reports for the individual. If the individual has an EPIC Portfolio, a permanent annotation will be included on all EPIC Reports with respect to that individual. Additional information explaining the basis for the determination of irregular behavior and the resulting action(s) will accompany every ECFMG Status Report, CVS Report, and EPIC Report, and may also be provided to legitimately-interested entities; this additional information may be provided, regardless of the date of the conduct or activity that comprises the irregular behavior. Notice of the Medical Education Credentials Committee's determination of irregular behavior is periodically reported to the ECFMG Board of Trustees.

**B. Procedures Regarding Irregular Behavior**

1. After receipt of a report or other information suggesting irregular behavior on the part of an individual, ECFMG staff will review the information and will assess whether there is sufficient evidence of irregular behavior. When indicated and feasible, staff will conduct a follow-up investigation to gather additional information.

2. If the individual is an examinee and the review referenced above will not be concluded until after the typical period for the reporting of exam scores, the examinee will be notified that the reporting of the exam scores in question is being delayed.

3. If ECFMG staff finds that there exists a reasonable basis to conclude that an individual may have engaged in irregular behavior, the matter will be referred to the Medical Education Credentials Committee. ECFMG may withhold services from the individual pending a determination from the Medical Education Credentials Committee. If the individual is an examinee, the examinee's exam scores will be withheld, if not already released, and the examinee may not be permitted to sit for subsequent examinations, nor will applications for examination be processed.

4. Using the individual's last known address, the individual will be advised in writing of the nature of the alleged irregular behavior and will be provided with a copy of the *Policies and Procedures Regarding Irregular Behavior*. If the alleged irregular behavior is related to a shared ECFMG and USMLE policy, the USMLE Program will also be advised of the allegation. The individual will be given an opportunity to provide written explanation and to present other relevant information. Any such written explanation or other relevant information must be received by ECFMG by the deadline set forth in ECFMG's writing to the individual. Submissions received after the deadline will be considered by the Medical Education Credentials Committee at its discretion. The individual may also request the opportunity to appear personally before the Medical Education Credentials Committee, and may be represented by legal counsel, if the individual so wishes. In instances in which the individual appears personally before the Medical Education Credentials Committee, a stenographic or audio recording will be made of that portion of the proceedings during which the individual is in attendance. Any statements made by the individual during a personal appearance before the Medical Education Credentials Committee will be under oath.

5. Individuals who have been charged with irregular behavior who wish to request a deferral of the ECFMG Committee's review of the allegation must (1) submit the request in writing and (2) provide the reason for the request. If ECFMG staff determine that the granting of the request could have a material impact on the individual's opportunity to refute the allegation then staff, at its discretion, can grant the request and defer an ECFMG action for up to six (6) months. Unless the individual can demonstrate compelling circumstances, ECFMG staff should not grant more than two deferral requests. Notwithstanding the foregoing, if the individual charged with irregular behavior is ECFMG Certified, a candidate for residency, or practicing medicine, ECFMG staff will only grant the request for deferral if, in its sole discretion, ECFMG believes that public health and safety is not at risk. If the deferral request is granted, ECFMG will notify appropriate institutions and authorities of the individual's pending irregular behavior charge.

6. All pertinent information regarding the irregular behavior, including any explanation or other information that the individual may provide, will be provided to the Medical Education Credentials Committee. The Medical Education Credentials Committee, based on the information available to it, will determine whether the preponderance of the evidence indicates that the individual engaged in irregular behavior. If the Medical Education Credentials Committee determines that the individual engaged in irregular behavior, the Medical Education Credentials Committee will determine what action(s) will be taken as a result of the irregular behavior. ECFMG will notify the individual whether the Medical Education Credentials Committee determined the individual engaged in irregular behavior and of any action(s) taken pursuant thereto.

7. The Medical Education Credentials Committee's determination of irregular behavior and any action(s) taken pursuant thereto (a "decision" of the Medical Education Credentials Committee) may be appealed to the Review Committee for Appeals if the individual has a reasonable basis to believe the Medical Education Credentials Committee did not act in compliance with the Medical Education Credentials Committee Policies and Procedures or that the Medical Education Credentials Committee's decision was clearly contrary to the weight of the evidence before it. The notice of appeal must be received by ECFMG within thirty (30) days of the date on which the notification advising the individual of the Medical Education Credentials Committee's decision was mailed to the individual. The appeal of a decision of the Medical Education Credentials Committee is governed by the Rules of Appellate Procedure.

8. Petitions for reconsideration of a decision of the Medical Education Credentials Committee will be reviewed by the Medical Education Credentials Committee only in extraordinary cases. Any such petition must first be considered by ECFMG staff, who, after discussion with the Medical Education Credentials Committee Chair, may deny the request or place it on the agenda for consideration by the full Medical Education Credentials Committee at a regularly scheduled meeting. Absent the submission of newly discovered material evidence not previously available to the petitioner and, therefore, not available to the Medical Education Credentials Committee, petitions for reconsideration typically will be denied.

## C. Representative Examples of Irregular Behavior

Representative examples of allegations of irregular behavior and actions taken by the ECFMG Medical Education Credentials Committee include, but are not limited to, the following:

- **Providing false information on an application submitted to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who provided false information on an application submitted to ECFMG as part of the certification process. In that application, the individual certified he was a student enrolled in medical school when, in fact, he previously had been dismissed from medical school and, therefore, was no longer a student.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from ECFMG Certification, thereby rendering the individual ineligible to apply for USMLE examinations leading to ECFMG Certification. A permanent annotation was added to the individual's ECFMG record.**

- **Providing false information to ECFMG as part of the ECFMG On-line Authentication Process, which is a prerequisite to submitting an application for examination**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who provided false information to ECFMG as part of the ECFMG On-line Authentication Process, which is used to obtain a USMLE/ECFMG Identification Number and is a prerequisite to submitting an application for examination. During the on-line authentication process, the individual certified he had not previously submitted an application for examination to ECFMG when he had not only previously applied for, but had taken examinations.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from ECFMG Certification, thereby rendering the individual ineligible to apply for USMLE examinations leading to ECFMG Certification. A permanent annotation was added to the individual's ECFMG record.**

- **Submitting a fraudulent medical diploma and providing false information on an application submitted to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who submitted a fraudulent medical diploma and provided false information on an application submitted to ECFMG.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from ECFMG Certification, thereby rendering the individual ineligible to apply for USMLE examinations leading to ECFMG Certification. A permanent annotation was added to the individual's ECFMG record.**

- **Submitting a falsified medical school transcript and providing false information to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an authorized medical school official who submitted a fraudulent medical school transcript and provided false information to ECFMG.

Following review, the ECFMG Medical Education Credentials Committee determined the authorized medical school official had engaged in irregular behavior and **determined that ECFMG will not accept any documents signed and/or certified by the medical school official for ECFMG on behalf of the medical school, or any other medical school, for a minimum of five years. A permanent annotation was added to the medical school official's ECFMG record.**

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## Application for ECFMG Certification

To be eligible for ECFMG Certification, you must complete an Application for ECFMG Certification. The Application for ECFMG Certification consists of an on-line application available through ECFMG's Interactive Web Applications (IWA) and the Certification of Identification Form (Form 186) that must be completed and notarized via NotaryCam. Instructions on how to complete Form 186 using NotaryCam are included with the form. You must have your *USMLE/ECFMG Identification Number* before you can begin the Application for ECFMG Certification. For the current fee for submitting an Application for ECFMG Certification, see the Fees page of the ECFMG website.

As part of the Application for ECFMG Certification, you will be asked to confirm the name, date of birth, and gender in your ECFMG record. If this information does not match exactly the information on your current, unexpired passport, you must have the information in your ECFMG record changed to reflect the information as it appears on your passport before you can complete the Application for ECFMG Certification. Instructions for how to correct this information will be provided at the time of application.

If you are a medical school **student**, you will be asked to confirm that you are officially enrolled in a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements, and that the "Graduation Years" in the ECFMG note in your medical school's *World Directory* listing are listed as "Current." If you are a medical school **graduate**, you will be asked to confirm that you are a graduate of a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements, and that your graduation year is included in the ECFMG note in your school's *World Directory* listing. See *Medical School Requirements*.

The Application for ECFMG Certification also will require you to confirm your understanding of the purpose of ECFMG Certification and release certain legal claims.

**The information submitted in your Application for ECFMG Certification will become a part of your permanent ECFMG record.**

An Application for ECFMG Certification will not be considered complete until ECFMG receives and processes both the on-line part of the application and the notarized Form 186 from NotaryCam. A notification will be sent to the e-mail address in your ECFMG record confirming receipt of the on-line part of your Application for ECFMG Certification. Once your Application for ECFMG Certification, including Form 186, has been accepted by ECFMG, it typically remains valid throughout the certification process. If you are a student when you submit your Application for ECFMG Certification, you do not need to submit another one when you graduate. You can use OASIS or the MyECFMG mobile app to confirm that you have submitted an Application for ECFMG Certification and have a valid Form 186 on file.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Examinations for ECFMG Certification**

Examination Requirements | Time Limit for Completing Examination Requirements

## Examination Requirements

To be eligible for ECFMG Certification, you must satisfy both the medical science examination and clinical skills requirements. To satisfy these requirements, you must pass Step 1 and Step 2 of the United States Medical Licensing Examination (USMLE). Step 2 of the USMLE has two separately administered components, the Clinical Knowledge (CK) component and the Clinical Skills (CS) component. Refer to the USMLE *Bulletin of Information* for more information. ECFMG has established time limits for completing the examination requirements for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

Passing performance on certain formerly administered examinations can be used to meet these requirements as described below.

## Medical Science Examination Requirement

Step 1 and Step 2 CK of the USMLE are the exams currently administered that satisfy the medical science examination requirement. There are time limits for completing these examinations for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

ECFMG also accepts a passing performance on the following **former** examinations to satisfy the medical science examination requirement for ECFMG Certification: ECFMG Examination, Visa Qualifying Examination (VQE), Foreign Medical Graduate Examination in the Medical Sciences (FMGEMS), and the Part I and Part II Examinations of the National Board of Medical Examiners (NBME).

Combinations of exams are also acceptable. Specifically, if you have passed only part of the former VQE, FMGEMS, or the NBME Part I or Part II, you may combine a passing performance on the basic medical science component of one of these exams or USMLE Step 1 with a passing performance on the clinical science component of one of the other exams or USMLE Step 2 CK, provided that the components are passed within the period specified for the exam program.

Additionally, ECFMG accepts a score of 75 or higher on each of the three days of a single administration of the former Federation Licensing Examination (FLEX), if taken prior to June 1985, to satisfy this requirement.

## Clinical Skills Requirement

Step 2 CS of the USMLE is the exam currently administered that satisfies the clinical skills requirement. There are time limits for completing this examination for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

International medical students/graduates who have **both** passed the former ECFMG Clinical Skills Assessment (CSA®) **and** achieved a score acceptable to ECFMG on an English language proficiency test (such as the TOEFL exam or the former ECFMG English Test) can use these passing performances to satisfy the clinical skills requirement for ECFMG Certification.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Examinations for ECFMG Certification**

**Time Limit for Completing Examination Requirements**

ECFMG policy requires that international medical students/graduates pass the USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. This means that once you pass a Step or Step Component, you will have seven years to pass all of the other Step(s) or Step Component(s) required for ECFMG Certification. This seven-year period begins on the exam date of the first Step or Step Component passed and ends **exactly seven years from that exam date**.

If you do not pass all required Steps and Step Components within a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. **It is your responsibility to track your progress toward meeting the exam requirements for ECFMG Certification. ECFMG will not notify you of upcoming deadlines to meet the seven-year requirement and will not notify you if one (or more) of your passing performances becomes invalid for ECFMG Certification because you failed to meet the seven-year requirement.**

> **Example:** An international medical graduate took Step 1 on October 1, 2013 and passed. He has through October 1, 2020 to take and pass Step 2 CK and Step 2 CS, satisfying the remaining exam requirements for ECFMG Certification. If he does not take and pass Step 2 CK and Step 2 CS on or before October 1, 2020, his passing performance on Step 1 would no longer be valid for ECFMG Certification.

Under this policy, more than one USMLE passing performance can become invalid for ECFMG Certification.

> **Example:** An international medical graduate passed Step 1 on April 1, 2012, and passed Step 2 CK on May 1, 2013. She had through April 1, 2019 (seven years from her Step 1 passing performance) to pass Step 2 CS, satisfying the remaining exam requirements for ECFMG Certification. She did not pass Step 2 CS by April 1, 2019, so her passing performance on Step 1 is no longer valid for ECFMG Certification. Her earliest USMLE passing performance that is valid for ECFMG Certification is now the Step 2 CK passing performance on May 1, 2013. She now has through May 1, 2020 (seven years from her Step 2 CK passing performance) to pass Step 1 and Step 2 CS, satisfying the remaining exam requirements for ECFMG Certification. If she does not pass Step 1 and Step 2 CS by May 1, 2020, her passing performance on Step 2 CK will no longer be valid for ECFMG Certification.

There are exceptions to this policy:

- This seven-year limit does **not** apply to the former ECFMG CSA because the CSA was not a USMLE Step or Step Component. International medical students/graduates who satisfied the clinical skills requirement for ECFMG Certification by passing the CSA are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification. For these individuals, the seven-year period begins on the exam date of the first USMLE Step or Step Component passed, regardless of when the CSA was passed.

- If your earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, you are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification; if required for ECFMG Certification, Step 2 CS can be passed outside the seven-year period.

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid. The USMLE program limits to six the total number of times an examinee can take the same Step or Step Component. See *Reexamination and Reapplication* in *The United States Medical Licensing Examination (USMLE)*.

> **Important Notes:** Time limits to complete the USMLE for the purpose of U.S. medical licensure are established by state medical licensing authorities and may require completion of all Steps or Step Components (including Step 3, which is not required for ECFMG Certification) within a certain number of

years. Information regarding specific state requirements can be obtained on the <u>Federation of State Medical Boards website</u>.

Applicants who retake a previously passed Step or Step Component to comply with a time limit should understand the implications of a failing retake performance on their Step 3 eligibility. See *Retaking Previously Passed Steps* in the <u>USMLE *Bulletin of Information*</u>.

A passing performance that is no longer valid for ECFMG Certification will still appear on a USMLE transcript.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Eligibility for Examination**

Medical School Students | Medical School Graduates | Reverification of Eligibility

The eligibility requirements for examination differ depending on whether you are a medical school **student** or a medical school **graduate**.

**Medical School Students**

**To be eligible for Step 1, Step 2 CK, and Step 2 CS**, you must be officially enrolled in a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements, both at the time that you apply for examination and on your test day. In addition, the "Graduation Years" in the ECFMG note in your medical school's *World Directory* listing must be "Current" at the time you apply and on your test day. See Medical School Requirements. An authorized official of your medical school must certify your current enrollment status; instructions will be provided at the time of application for examination.

As soon as you graduate and receive your medical diploma, you must submit a copy of your medical diploma to ECFMG. See *Final Medical Diploma and Transcript* in *Medical Education Credentials*.

**In addition to being currently enrolled as described above, to be eligible for Step 1, Step 2 CK, and Step 2 CS**, you must have completed at least two years of medical school. This eligibility requirement means that you must have completed the basic medical science component of the medical school curriculum by the beginning of your eligibility period. Although you may apply for and take the examinations after completing the basic medical science component of your medical school curriculum, it is recommended that you complete your core clinical clerkships, including actual patient contact, before taking Step 2 CK and Step 2 CS.

If you have passed the former ECFMG CSA, you are **not** eligible to take Step 2 CS, except under certain, well-defined circumstances. Eligible circumstances include: taking Step 2 CS to permanently validate an expired CSA examination date for the purpose of entering U.S. GME; taking Step 2 CS because your most recent performance on a clinical skills exam (CSA or Step 2 CS) is a failing performance (See *Retaking Previously Passed Steps* in the USMLE *Bulletin of Information*); and retaking Step 2 CS to meet a time limit (See *Reexamination and Reapplication* in *The United States Medical Licensing Examination (USMLE)*).

> **Important Notes:** If your eligibility for an exam changes after you apply but before you take the exam, you are required to inform ECFMG immediately in writing of this change in your status. Such notification must be sent to ECFMG's Applicant Information Services. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. Such changes in your eligibility status include, but are not limited to, the following:
>
> - Medical school students who transfer to another medical school after submitting an application for examination must inform ECFMG immediately in writing of this transfer.
>
> - Medical school students who have been dismissed or withdraw(n) from medical school are not eligible for USMLE, even if they are appealing the school's decision to dismiss them or are otherwise contesting their status. Medical school students who have been dismissed or withdraw(n) from medical school must inform ECFMG immediately in writing of their dismissal or withdrawal.
>
> - Medical school students who take a leave of absence should consult with their medical schools about whether they will be considered officially enrolled in medical school during leave. Your medical school may consider a student on leave of absence to be withdrawn from medical school. Medical school students who are not officially enrolled in medical school are not eligible to apply for or take USMLE. Applicants who take a leave of absence after submitting an application for examination to ECFMG must inform ECFMG immediately in writing of this leave.
>
> **Failure to inform ECFMG that you may no longer be eligible to take the examination may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.**

If you take a Step or Step Component for which you are not eligible, results for that exam may not be reported or, if previously reported, may be canceled.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## Eligibility for Examination

Medical School Students | Medical School Graduates | Reverification of Eligibility

The eligibility requirements for examination differ depending on whether you are a medical school **student** or a medical school **graduate**.

## Medical School Graduates

**To be eligible for Step 1, Step 2 CK, and Step 2 CS**, you must be a graduate of a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements. Your graduation year must be included in the "Graduation Years" listed in the ECFMG note in your medical school's *World Directory* listing. See *Medical School Requirements*. You must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. An authorized official of your medical school must certify your status as a graduate of the school; instructions will be provided at the time of application for examination.

You must submit a copy of your medical diploma at the time of exam application if your diploma has not been sent to ECFMG previously. The exact degree title of the final medical diploma you must have earned (and must provide) in order to be eligible for ECFMG Certification and the examinations required for Certification is listed in the *Reference Guide for Medical Education Credentials* on the ECFMG website. If you have graduated and met all requirements for your medical diploma but your medical diploma has not yet been issued, a letter signed by an authorized official of your medical school must be submitted with your exam application. The letter you submit must be the original document and must be written on your medical school's letterhead. The letter must include the following statement:

> **This is to confirm that [applicant name] has graduated and completed all requirements to receive the [degree title] degree from [medical school/university name]. The degree will be issued [month and year].**

You must then submit a copy of your medical diploma to ECFMG as soon as your diploma is issued. See *Medical Education Credentials*.

All documents that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *English Translations* in *Medical Education Credentials*.

If you have passed the former ECFMG CSA, you are **not** eligible to take Step 2 CS, except under certain, well-defined circumstances. Eligible circumstances include: taking Step 2 CS to permanently validate an expired CSA examination date for the purpose of entering U.S. GME; taking Step 2 CS because your most recent performance on a clinical skills exam (CSA or Step 2 CS) is a failing performance (See *Retaking Previously Passed Steps* in the USMLE *Bulletin of Information*); and retaking Step 2 CS to meet a time limit (See *Reexamination and Reapplication* in The United States Medical Licensing Examination (USMLE)).

> **Important Notes:** If your eligibility for an exam changes after you apply but before you take the exam, you are required to inform ECFMG immediately in writing of this change in your status. Such notification must be sent to ECFMG's Applicant Information Services. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. **Failure to inform ECFMG that you may no longer be eligible to take the examination may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.**

> If you take a Step or Step Component for which you are not eligible, results for that exam may not be reported or, if previously reported, may be canceled.

> If you have already been granted a physician license by a U.S. medical licensing authority based on other licensure examinations, such as the Federation Licensing Examination (FLEX), the NBME certifying examinations, or the National Board of Osteopathic Medical Examiners COMLEX-USA, you

may not be eligible to take the USMLE. Please contact ECFMG if you have questions about your eligibility.

The American Medical Association's Council on Medical Education no longer supports the Fifth Pathway as a mechanism for eligibility to enter ACGME-accredited graduate medical education programs. Additionally, the USMLE Program no longer accepts Fifth Pathway Certificates to meet eligibility requirements to take Step 3. Individuals who hold Fifth Pathway Certificates and wish to apply to ECFMG for examination must apply for ECFMG Certification and meet the requirements for ECFMG Certification established for all medical school graduates.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Eligibility for Examination**

Medical School Students | Medical School Graduates | Reverification of Eligibility

**Reverification of Eligibility**

ECFMG reserves the right to reverify your eligibility for examination at any time during the application and registration process. If your medical school informs ECFMG that your status has changed, and ECFMG determines you are no longer eligible for examination, your registration will be canceled. **If you have failed to inform ECFMG of this change in your status, it may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See** ***Policies and Procedures Regarding Irregular Behavior***.

For medical school students, ECFMG may reverify your status as a student officially enrolled in medical school. When a medical school does not participate in ECFMG Medical School Web Portal (EMSWP) Status Verification, ECFMG's reverification of the status of the school's students may include ECFMG sending a written request for reverification by postal mail to the medical school. If reverification is requested by ECFMG, ECFMG may cancel your registration or withhold your score report until ECFMG has received reverification of your status directly from the medical school. If your registration is canceled, you may be required to reapply.

For medical school graduates, ECFMG may reverify your medical education credentials with the issuing medical school. If such reverification is requested by ECFMG, you will be registered for examination only after ECFMG has received reverification of your credentials directly from the medical school. If reverification is requested by ECFMG after you have been registered for examination, ECFMG may cancel your registration or withhold your score report until ECFMG has received reverification of your medical education credentials directly from the issuing school. If your registration is canceled, you may be required to reapply.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## About USMLE

The USMLE is a three-step examination for medical licensure in the United States. The USMLE provides a common system to evaluate applicants for medical licensure. The USMLE is sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners (NBME). The USMLE is governed by a committee consisting of representatives of FSMB, NBME, ECFMG, and the American public. If you apply for examination, you are **required** to read the USMLE *Bulletin of Information* for detailed information on the USMLE.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

### The United States Medical Licensing Examination (USMLE)

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Registration and Test Delivery Entities

### Step 1 and Step 2

ECFMG is the organization that registers international medical students/graduates for Step 1 and Step 2 (CK and CS). This means that ECFMG processes your exam application and payment, verifies your eligibility, and notifies you of the outcome of your application. The NBME serves as the registration entity for students/graduates of U.S. and Canadian medical school programs accredited by the Liaison Committee on Medical Education (LCME) and U.S. medical schools accredited by the American Osteopathic Association (AOA).

For eligible international medical students/graduates applying for Step 1/Step 2 CK, ECFMG forwards registration information to NBME, and NBME issues the exam scheduling permits. ECFMG sends an e-mail notification to these applicants when their scheduling permits are available. Scheduling and test centers for USMLE Step 1 and Step 2 CK are provided by Prometric. Prometric serves as the test delivery entity for all examinees taking Step 1/Step 2 CK. Step 1 and Step 2 CK are delivered at Prometric test centers worldwide.

For eligible international medical students/graduates applying for Step 2 CS, ECFMG issues the exam scheduling permits and sends an e-mail notification to applicants when the scheduling permits are available. The Clinical Skills Evaluation Collaboration (CSEC), a collaboration of ECFMG and NBME, is responsible for delivery of the Step 2 CS exam. Step 2 CS is delivered to all examinees at regional CSEC Centers in the United States.

For all applicants, NBME is responsible for determining the results of USMLE exams and for issuing the score reports. ECFMG sends an e-mail notification to international medical students/graduates when their Step 1, Step 2 CK, and Step 2 CS score reports are available.

### Step 3

The FSMB is the organization that registers all Step 3 applicants. To be eligible for Step 3, international medical graduates must have passed Step 1 and Step 2 (CK and CS) and must be certified by ECFMG, among other requirements. See *Eligibility for the USMLE* in the USMLE *Bulletin of Information*. If you have not met all eligibility requirements, your application for Step 3 will not be accepted. For detailed information and application procedures for Step 3, contact the FSMB. Scheduling and test centers for Step 3 are provided by Prometric, which serves as the test delivery entity for all Step 3 examinees. USMLE Step 3 is delivered at Prometric test centers in the United States.

For all applicants, NBME is responsible for determining the results of USMLE exams and for issuing the score reports. FSMB notifies examinees when their Step 3 score reports are available.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

**Applying for Examination**

Before applying to ECFMG for examination:

- International medical students/graduates must complete an Application for ECFMG Certification, including the notarized Certification of Identification Form (Form 186). See *Application for ECFMG Certification*.
- ECFMG must accept the Application for ECFMG Certification, including the notarized Form 186.
- International medical students/graduates must read the applicable editions of the ECFMG *Information Booklet* and the USMLE *Bulletin of Information*.

To apply for USMLE Step 1, Step 2 CK, and/or Step 2 CS, use ECFMG's Interactive Web Applications (IWA). A complete application consists of the on-line part, which you complete using IWA; verification of your student or graduate status by your medical school; and any other required documents. You should read the detailed overview and instructions that accompany the application for examination in IWA before you begin working on the application; these resources will help you plan the timing of your application and outline any necessary items (such as official signatures) that require advance planning.

> **Important Note:** You should also consider deadlines imposed by the National Resident Matching Program (NRMP) and graduate medical education (GME) programs. It is solely the responsibility of the applicant to complete the required exams in time to meet deadlines imposed by the NRMP and/or GME programs. Since the number of applicants seeking to complete these exams may exceed the spaces available in time to meet those deadlines, there is no guarantee that sufficient spaces will be available for all applicants to meet deadlines imposed by the NRMP and/or GME programs. ECFMG assumes no liability of any kind if an applicant does not complete the exams in time to have results available to meet NRMP and/or GME program deadlines. See *Examination Results* for information on scoring turnaround times.

**Exam Fees**

For all exams, there is an examination fee. For Step 1 or Step 2 CK, there is an additional international test delivery surcharge, if you choose a testing region other than the United States/Canada. You must pay all applicable fees at the time you apply for examination. For the current exam fees and international test delivery surcharges, see the Fees page on the ECFMG website.

**Eligibility Periods**

When you apply for Step 1 or Step 2 CK, you must select a three-month eligibility period, such as January-February-March, February-March-April, etc., during which you would prefer to take the exam. The eligibility period you are assigned will be listed on your scheduling permit. You must take the exam during the eligibility period assigned to you.

If you are unable to take Step 1/Step 2 CK during the three-month eligibility period assigned to you, you may request a one-time, contiguous eligibility period extension (EPEx) using ECFMG's IWA. Refer to the EPEx Overview in IWA for more information and instructions.

**If you do not take Step 1/Step 2 CK during your original or extended eligibility period or if you are unable to extend your eligibility period, you must reapply by submitting a new application and fee(s), if you wish to take the exam**.

When you apply for Step 2 CS, you are assigned a 12-month eligibility period that begins on the date that the processing of your application is completed. Your eligibility period will be listed on your scheduling permit.

Once your Step 2 CS eligibility period has been assigned, it cannot be changed or extended. You can schedule a testing appointment for any available date in your eligibility period, and reschedule a testing appointment within your eligibility period. See *Scheduling the Examination* for more information. **If you do not take Step 2 CS during your assigned eligibility period, you must reapply by submitting a new application and examination fee, if you wish to take the exam**.

### Testing Locations

Step 1 and Step 2 CK are delivered at Prometric test centers worldwide. Prometric's test centers are grouped into defined testing regions. When you apply for Step 1 or Step 2 CK, you must choose the testing region where you want to take the exam. A list of Prometric testing regions is available on the ECFMG website.

You can take the exam at any test center in your testing region that offers USMLE, provided there is space available on the date you choose. **The test centers available for USMLE Step 1 and Step 2 CK are subject to change**. To obtain current information on specific test centers, visit the Prometric website or follow instructions on the scheduling permit for contacting Prometric.

If you are unable to keep your Step 1 or Step 2 CK testing appointment at the test center you select, you can reschedule for a different test center within your testing region, subject to availability. To avoid a rescheduling fee, you must reschedule more than 30 calendar days before your scheduled testing appointment. Refer to your scheduling permit for details.

If you are unable to take Step 1 or Step 2 CK in the testing region you selected, you may request a change to your testing region. For more information, see the *Request to Change USMLE® Step 1/Step 2 CK Testing Region* (Form 312), available in the Resources section of the ECFMG website and from ECFMG, upon request.

Step 2 CS is administered at six test centers in five cities in the United States. Once you are registered for the exam, you will select a test center, subject to availability, when you schedule your testing appointment. If you are unable to keep your testing appointment at the test center you select, you can reschedule for a different center, subject to availability. To avoid a rescheduling fee, you must cancel or reschedule more than 14 calendar days before your scheduled testing appointment. Access Step 2 CS Calendar and Scheduling on the ECFMG website for more information.

### Examinees with Disabilities Requesting Test Accommodations

The USMLE program provides reasonable accommodations for examinees with disabilities under the Americans with Disabilities Act (ADA). If you are an individual with such a disability and require test accommodations, visit the USMLE website before you apply for each Step or Step Component for information regarding test accommodations, including procedures and documentation requirements.

### Examinees Who Require Additional Break Time

Examinees with physical or health conditions, such as lactation (to express breast milk) and diabetes (to monitor/treat blood glucose), may apply for additional break time. See the USMLE *Bulletin of Information* for more information.

### Personal Item Exceptions (PIE)

Unauthorized possession of personal items while you are in the secure areas of the testing center is prohibited. Exceptions to this policy may be made in certain limited circumstances. See the USMLE *Bulletin of Information* for more information.

> **Important Note:** Please note that ECFMG will not provide services of any kind if doing so would be considered violative of any applicable international, federal, state, or local laws or regulations. Additionally, ECFMG may delay or suspend provision of services while investigating whether the services or surrounding circumstances violate such laws, regulations, or ECFMG's policies and procedures.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Scheduling the Examination

Once ECFMG verifies that you are eligible and your registration is complete, your scheduling permit will be issued. If you apply for more than one exam at the same time, you will be issued separate scheduling permits for each exam. Once your scheduling permit is available, ECFMG will send a notification to the e-mail address in your ECFMG record. **You will not receive the scheduling permit or notification by postal mail**.

> **Important Note:** For Step 1 and Step 2 CK, if the beginning of your assigned eligibility period is more than six months in the future, your scheduling permit will not be available and the notification e-mail will not be sent until approximately six months before the beginning of the assigned eligibility period.

**The scheduling permit is a very important document**; it includes your assigned eligibility period, a description of the form(s) of identification you must bring to the test center on your exam date, and instructions for scheduling your testing appointment. You must bring your scheduling permit to the test center on your exam date. Your name, as it appears on your scheduling permit, must exactly match the name on your form(s) of identification. Please review your scheduling permit for details and limited exceptions. **If you do not bring a copy of your scheduling permit (electronic or paper) and required identification on each day of your exam, you will not be allowed to take the exam**. If you are not allowed to take the exam, you must pay a fee to reschedule your exam. Your rescheduled testing appointment must fall within your assigned eligibility period.

If the name listed on your scheduling permit is not correct, contact ECFMG immediately by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

If the name in your ECFMG record is changed while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send you an e-mail notification when your revised scheduling permit is available. You must bring the revised scheduling permit to the test center. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test. For Step 1 or Step 2 CK, if your eligibility period is extended or your testing region is changed while you are registered, a revised scheduling permit reflecting this change will be issued. You must bring the revised scheduling permit to the test center.

If you lose your scheduling permit, you can access it through IWA.

### Scheduling

You can schedule your testing appointment as soon as you obtain your exam scheduling permit. Please refer to your scheduling permit for instructions on reviewing available test dates and centers and scheduling a testing appointment. If you do not schedule and take the exam within your eligibility period, you must reapply by submitting a new application and exam fee(s), if you wish to take the exam.

Please refer to the schedule for reporting Step 2 CS results, available on the ECFMG and USMLE websites, **before scheduling a testing appointment if you need your Step 2 CS results by a specific deadline**.

### Rescheduling

If you are unable to keep your Step 1 or Step 2 CK testing appointment, you are permitted to reschedule your appointment within your eligibility period. A fee is charged if a change is made during the 30 calendar days before your scheduled testing appointment. A fee schedule is posted on the USMLE website. Refer to your scheduling permit for details on contacting Prometric to change your appointment.

If you cannot take the Step 1 or Step 2 CK exam during your assigned eligibility period, you may request a one-time, contiguous eligibility period extension (EPEx) using ECFMG's IWA. Refer to the EPEx Overview in IWA for more information and instructions.

If you cannot take the Step 1 or Step 2 CK exam in the testing region you selected, you may request to change your testing region. Refer to the *Request to Change USMLE® Step 1/Step 2 CK Testing Region (Form 312)* for details. This form is available in the Resources section of the ECFMG website and from ECFMG, upon request.

If you are unable to keep your Step 2 CS testing appointment, you are permitted to reschedule your appointment within your eligibility period. A fee is charged if a change is made during the 14 calendar days before your scheduled appointment. For instructions on canceling and rescheduling a Step 2 CS testing appointment, rescheduling fees, and to cancel or reschedule your appointment, access Step 2 CS Calendar and Scheduling on the ECFMG website.

Step 2 CS eligibility periods cannot be extended. If you do not take the exam within your eligibility period, you must reapply by submitting a new application and examination fee, if you wish to take the exam.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Preparing for Examination

For detailed information on test lengths and formats see *The USMLE: Purpose, Test Format, and Test Lengths* in the USMLE *Bulletin of Information*. See also *What Do I Need To Do: USMLE Checklist* in the USMLE *Bulletin of Information*.

Practice materials for all Steps and Step Components are available in the Practice Materials section of the USMLE website.

The NBME offers web-based self-assessments to help medical students and graduates evaluate their readiness for computer-based Steps and Step Components (Step 1, Step 2 CK, and Step 3). For complete information, see NBME Self-Assessment Services on the NBME website.

Practice Sessions for USMLE Step 1, Step 2 CK, and Step 3 are available at Prometric test centers to registered applicants for a fee. These sessions are provided primarily to give examinees the opportunity to become familiar with the Prometric test center environment. For more information, see USMLE Computer-based Testing Practice Session on the USMLE website.

> **Important Note:** Test preparation courses and materials are available from individuals and companies not associated with the USMLE. It is unlawful for any test preparation service or program to use, disclose, distribute, or solicit content from recent test takers, or to otherwise provide access to questions or answers from actual USMLE exams. If there is evidence that you enrolled in, participated in, or used any test preparation program or service that distributes, provides access to, or uses USMLE content (questions or answers), or provides a forum for others to share such information, your registration and/or testing may be canceled, your scores on the USMLE may be withheld or canceled, and you may be subject to further sanctions. See *Irregular Behavior* in the USMLE *Bulletin of Information*. ECFMG also regularly reviews allegations of irregular behavior in conjunction with its programs and services. See *Policies and Procedures Regarding Irregular Behavior*, which may apply.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Taking the Examination

For detailed information on arrival times, and procedures upon arrival and throughout the testing day, see *Examination Day and Testing* in the USMLE *Bulletin of Information*. You should also refer to your scheduling permit for important information.

> **Important Note:** After you start taking an examination, you cannot cancel or reschedule that examination. If you start the examination but do not complete it, the attempt may appear as "incomplete" on your USMLE transcript.

When you arrive at the test center, you must present your **scheduling permit** and the **required identification** as described on your scheduling permit. **If you do not bring a copy of your scheduling permit (electronic or paper) and required identification on each day of your exam, you will not be admitted to the test** and will be required to pay a fee to reschedule your test.

Your name, as it appears on your scheduling permit, must match the name on your form(s) of identification exactly. Please review your scheduling permit for details and limited exceptions. If the name listed on your scheduling permit is not correct, contact ECFMG immediately by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

If the name in your ECFMG record is changed while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send you an e-mail notification when your revised scheduling permit is available. You must bring this revised scheduling permit to the test center. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test. For Step 1 or Step 2 CK, if your eligibility period is extended or your testing region is changed while you are registered, a revised scheduling permit reflecting this change will be issued. You must bring the revised scheduling permit to the test center.

### Required Identification

Your name, as it appears on your scheduling permit, must exactly match the name on your form(s) of identification. Please review your scheduling permit for details and limited exceptions. Since your name on the scheduling permit appears in the Latin alphabet (in "English language letters"), the name on your identification must also appear in the Latin alphabet. The spelling of the name on your scheduling permit must match **exactly** the spelling of the name on the form(s) of identification you present at the test center. If the names do not match as described above, you will not be allowed to take the exam. See *Your Name* in *Your ECFMG Record*.

The form of identification you present must be one of the forms of **unexpired**, government-issued identification listed below that contains your **name in the Latin alphabet**, your **signature**, and your recent **photograph**. The following forms of identification are acceptable, only if they meet all of these requirements:

- Passport
- Driver's license with photograph
- National identity card
- Other form of unexpired, government-issued identification

### Travel Status

Applicants traveling to the United States to take an exam are responsible for making the necessary travel and accommodation arrangements. If you are neither a U.S. citizen nor a U.S. lawful permanent

resident, you are responsible for obtaining required travel documents. These documents may include a visa to enter the United States. The requirements of the U.S. Department of Homeland Security (DHS) and U.S. embassies and consulates regarding issuance of visas and travel to and from the United States are subject to change. You should review current requirements before applying for a visa. For additional information, visit the DHS website and the U.S. Department of State website.

Step 2 CS is administered only in the United States. Upon request, ECFMG provides Step 2 CS applicants with a letter that may assist during the process of applying for a visa. The letter indicates that the applicant is registered for Step 2 CS, one of the exams required for ECFMG Certification. The letter also indicates that the applicant is required to travel to the United States to take the exam and provides the date by which the applicant must complete the exam. You can request this letter when you apply for Step 2 CS. After completion of the registration process, ECFMG will issue the letter, and it will be available to you through IWA. If you are unable to obtain the appropriate visa to enter the United States to take Step 2 CS, you may request a full refund of the exam fee. See *Refunds* in *Your ECFMG Financial Account*.

If you are traveling from a distant location, you should consider arriving a day or two before the examination in order to be rested.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## USMLE Program and Irregular Behavior

The USMLE program defines irregular behavior as including, "any action by applicants, examinees, potential applicants, or others that could compromise the validity, integrity, or security of the USMLE process." Test center staff monitor, in person and via video/audio recording, administration of the USMLE Steps and are required to report any violations of the USMLE or test center rules. You must follow instructions from test center staff throughout the examinations; failure to do so may result in a finding that you have engaged in irregular behavior and permanent annotation of your USMLE transcript. See *Testing Regulations and Rules of Conduct* and *Irregular Behavior* in the USMLE *Bulletin of Information*. See ECFMG's *Policies and Procedures Regarding Irregular Behavior*, which also may apply.

> **Important Notes:** Seeking, providing, and/or obtaining information relating to examination content that may give or attempt to give unfair advantage to anyone who may be taking the examination, which includes postings regarding examination content and/or answers on the Internet, is a violation of the USMLE Rules of Conduct.
>
> Evidence of violation of any test administration rule, including the USMLE Rules of Conduct, will result in actions being taken under *USMLE Policies and Procedures Regarding Irregular Behavior*. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, you may be barred from taking the USMLE in the future, and your score may be canceled.
>
> Anomalous performance and/or unusual testing history may impact your access to the USMLE. If your performance raises concerns about your readiness to test or your motivation to pass, the USMLE program reserves the right to restrict your future access to its examinations and/or to impose conditions upon future access. Do not test if you are not able or not ready on your scheduled test date. Taking a Step examination to familiarize yourself with the examination format, or for any reason other than to pass, is prohibited and may result in restrictions on your future access to the USMLE.

The above-described conduct may also be considered irregular behavior under ECFMG's *Policies and Procedures Regarding Irregular Behavior*.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Examination Results

The USMLE program provides a recommended pass or fail outcome on all Step examinations. For ECFMG Certification, you must obtain at least the USMLE-recommended pass outcome for each required Step or Step Component. See *Examination Requirements* in *Examinations for ECFMG Certification*.

### Score Reporting

Results for Step 1 and 2 CK are typically available three to four weeks after your test date. However, a number of factors may delay score reporting. When selecting your test date and inquiring about results, you should allow at least eight weeks to receive notification that your score report is available. Results for Step 2 CS are available according to the Step 2 CS Schedule for Reporting Results, available on the USMLE and ECFMG websites. For more specific information about potential scoring delays, visit the Announcements section on the home page of the USMLE website.

ECFMG reserves the right to reverify with the medical school the eligibility of medical school students and graduates who are registered for examination. If ECFMG requests reverification of your student/graduate status with your medical school, your score report will be issued only after reverification of your status has been received by ECFMG.

Score reports are issued in electronic format only and can be accessed using ECFMG's OASIS; **you will not receive a paper score report by postal mail**. Once your score report has been issued, ECFMG will send a notification to the e-mail address in your ECFMG record.

Score reports are available for approximately 365 days from the date of e-mail notification. Once the score report is removed from OASIS, your results will be provided to you only in the form of an official USMLE transcript. To obtain a transcript, you will be required to submit a request and pay a fee through the organization that registered you for the examination. Therefore, it is strongly recommended that you print and/or save your score report while it is available.

> **Important Note:** ECFMG may provide your medical school with data on your performance on administrations of USMLE Step 1, USMLE Step 2 CK, and USMLE Step 2 CS. Data provided include whether you passed or failed the exam administration, and, for Step 1 and Step 2 CK, your numerical score. You have the option to withhold your exam results from your medical school. See ECFMG's Provision of Performance Data to Medical Schools in IWA for more information.

See *Score Reporting* in the *USMLE Bulletin of Information* for additional information. For up-to-date information on minimum passing scores, examination performance data, and general scoring methodology, please visit the USMLE website.

### Score Validity

The USMLE program reserves the right to cancel scores that are at or above the passing level if the USMLE program has a good faith basis for questioning whether they represent a valid measure of knowledge or competence as sampled by the examination. If there are questions related to the validity of your score, your score report may be delayed or withheld pending completion of further review and/or investigation. See *Score Validity* in the *USMLE Bulletin of Information*.

### USMLE Transcripts

To request an official USMLE transcript, you must contact the organization that registered you for the examination. You must contact the Federation of State Medical Boards if you are registered for or have taken Step 3 and/or you want to send your transcript to a U.S. medical licensing authority. In all other

cases, submit your transcript request to ECFMG by sending a completed *Request for Official USMLE® Transcript* (Form 172) and the appropriate fee to ECFMG. Form 172 and additional information are available in the Resources section of the ECFMG website and from ECFMG, upon request. You can use OASIS to check whether your USMLE transcript has been sent.

If you apply to residency programs through the Electronic Residency Application Service (ERAS), you may request electronic transmittal of your USMLE transcript to these programs. For additional information, refer to the ERAS applicant information available in the ERAS Support Services section of the ECFMG website. Information on the status of requests for electronic transmittal of USMLE transcripts via ERAS is not available through OASIS. If the program does not participate in ERAS, you must submit a transcript request using Form 172 and pay the required fee.

**Important Note:** If you took the former ECFMG CSA, your USMLE transcript will indicate only that you have CSA examination history. It will not provide any additional information on your attempt(s) on the CSA. To request official copies of your CSA performance history, you must complete a *Request for an Official ECFMG® CSA® History Chart* (Form 297) and submit it to ECFMG with the appropriate fee. Form 297 is available in the Resources section of the ECFMG website and from ECFMG, upon request. For each attempt on the ECFMG CSA, the Official ECFMG CSA History Chart includes the month and year of the administration and the result of your performance. For additional information, refer to the instructions that accompany Form 297.

## Score Rechecks

For all Steps and Step Components, a rigorous process is used to ensure the accuracy of scores, including a double scoring method involving independent scoring systems. Therefore, a change in your score or in your pass/fail outcome based on a recheck is an extremely remote possibility. To date, the score recheck process has not resulted in a score change. However, a recheck will be performed if you submit a *Request for Recheck of USMLE® Step 1, Step 2 CK, or Step 2 CS Score* (Form 265) and the fee for this service to ECFMG. Form 265 is available in the Resources section of the ECFMG website and from ECFMG, upon request. Your request must be received by ECFMG no later than 90 days after your result was released to you. See *Score Rechecks* in the USMLE *Bulletin of Information* for more information.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Reexamination and Reapplication

USMLE policy generally does not allow applicants to retake a Step or Step Component if they have already passed that Step or Step Component. However, there are exceptions for the purpose of complying with a time limit imposed by a U.S. physician licensing authority or another authority recognized by the USMLE program. See 'Time Limit for Completing Examination Requirements' below.

If you fail a Step or Step Component, you must reapply, including payment of the appropriate fee(s), to retake the exam. If you do not take an exam during your assigned eligibility period, you must reapply, including payment of the appropriate fee(s), if you wish to take the exam; **in this event, you may reapply at any time, however, ECFMG cannot begin to process a subsequent application for this exam until at least four weeks after the end of the eligibility period for the exam you did not take**.

### Number of Attempts Allowed

The USMLE program limits to six the total number of times an examinee can take the same Step or Step Component. An examinee is ineligible to take a Step or Step Component after **six or more prior attempts** to pass that Step or Step Component, including incomplete attempts. All attempts at a Step or Step Component are counted toward the limit, regardless of when the exams were taken.

For the purpose of U.S. medical licensure, state medical licensing authorities may limit the number of attempts allowed to pass each Step or Step Component. Information regarding specific state requirements can be obtained on the Federation of State Medical Boards website.

### Time Between Examination Attempts

The USMLE program has established rules on how quickly you can retake the same Step or Step Component. You may not take the same examination more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that exam **and** at least six months after your most recent attempt at that exam. This includes incomplete attempts.

> **Example:** An examinee took and failed her first attempt at Step 1 on January 15, 2018, her second attempt at Step 1 on April 15, 2018, and her third attempt at Step 1 on September 15, 2018. In January 2019, the examinee applied for a fourth attempt at Step 1 and wanted the March-April-May eligibility period. The earliest date that was both 12 months after her first attempt on January 15, 2018 and six months after her most recent attempt on September 15, 2018 was March 15, 2019. Since the March-April-May eligibility period began before this date, the earliest eligibility period that the applicant could request was April-May-June.

When you reapply, your eligibility period will be adjusted, if necessary, to comply with these rules. You must read the editions of the ECFMG *Information Booklet* and the USMLE *Bulletin of Information* that pertain to the eligibility period in which you take the exam.

### Time Limit for Completing Examination Requirements

For the purpose of ECFMG Certification, you must pass the USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. If you do not pass all Steps and Step Components required for ECFMG Certification in a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid.

For the purpose of U.S. medical licensure, time limits to complete the USMLE are established by state medical licensing authorities and may require completion of all Steps or Step Components (including Step 3, which is not required for ECFMG Certification) within a certain number of years from the date the first Step is passed. Information regarding specific state requirements can be obtained on the FSMB website. You may request an exception to retake a previously passed exam to comply with the time limit of a U.S. physician licensing authority. Visit the USMLE website for more information.

**Important Notes:** You may only request an exception at the time that you apply for the previously passed exam. Complete requirements and instructions will be provided at the time of exam application. Exceptions to the reexamination policy are not approved prior to your submitting the exam application.

Applicants who retake a previously passed Step or Step Component to comply with a time limit should understand the implications of a failing retake performance on their Step 3 eligibility. See *Retaking Previously Passed Steps* in the USMLE *Bulletin of Information*.

If an applicant's earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, the applicant is required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification; if required for ECFMG Certification, Step 2 CS can be passed outside the seven-year period. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*. If this applicant passes Step 1 and Step 2 CK within a seven-year period, these passing performances will remain valid for ECFMG Certification, regardless of when Step 2 CS is taken and passed. **This applicant will not be eligible to retake Step 1 or Step 2 CK for the purpose of meeting a time limit imposed by a U.S. physician licensing authority until after he or she is certified by ECFMG**.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Medical Education Credential Requirements

To be eligible for ECFMG Certification, you must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. Your graduation year must be included in the ECFMG note in your medical school's *World Directory* listing. See *Medical School Requirements*. There are restrictions on credits transferred to the medical school that awards your medical degree that can be used to meet ECFMG's medical education credential requirements.

> **Important Notes:** Graduates not eligible for admission to the exams or for ECFMG Certification include, but are not limited to: Graduates with degrees only in stomatology, ayurvedic or homeopathic medicine, or those awarded only the diploma of Physician-Epidemiologist-Hygienist, Physician-Biochemist, Physician- Cyberneticist, Physician-Biophysicist, Licensed Medical Practitioner, or Assistant Medical Practitioner.

> Beginning in 2023, individuals will be eligible to apply for ECFMG Certification—the first step in the certification process—and take the required examinations if, at the time of application, their medical school is appropriately accredited. More specifically, the school must be accredited by an accrediting agency that is officially recognized by the World Federation for Medical Education (WFME) through its *Programme for Recognition of Accrediting Agencies*. Further details regarding the 2023 Medical School Accreditation Requirement, including eligibility guidelines, are available on the ECFMG website at www.ecfmg.org/accreditation. International medical students and graduates interested in ECFMG Certification should monitor the ECFMG website for the latest information.

International medical graduates must document the completion of all requirements for, and receipt of, the **final medical diploma**. ECFMG verifies every international medical graduate's final medical diploma with the appropriate officials of the medical school that issued the diploma. When ECFMG requests verification of your medical diploma from your medical school, ECFMG will request the medical school to provide your **final medical school transcript**. Verification by ECFMG with the issuing school may also be required for transcripts that are submitted to document transferred credits. An international medical graduate's credentials are not considered complete until ECFMG receives and accepts verification of the final medical diploma, final medical school transcript, and, if required, transfer credit transcript(s) directly from the issuing school(s).

Please do not send original documents; copies of documents are sufficient. All documents submitted to ECFMG as part of the certification process, including translations, will become part of your permanent ECFMG record and will not be returned to you. Please do not send any credentials not required by ECFMG (such as licenses, certificates of full registration, high school diplomas, academic awards, etc.). Submission of unnecessary documents can delay the processing of your exam application.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## ECFMG Policy on Transfer Credits

Transfer credits are credits earned for a course taken at one institution (such as a medical school) that are accepted by a medical school toward meeting its degree requirements. For example, a student attends a medical school for one year and earns credits for 12 courses. The student transfers to another medical school, which accepts the credits for those 12 courses toward meeting its degree requirements. The credits for those 12 courses are then referred to as transfer credits.

If you transferred credits to the medical school that awarded or will award your medical degree, you must disclose and document these credits when you apply to ECFMG for examination, **regardless of when the credits were earned**. See *Credentials for ECFMG Certification* in *Medical Education Credentials*. Failure to disclose and document these credits may have a number of negative consequences, including delaying exam registration and certification by ECFMG, and may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.

Additionally, for the purpose of ECFMG Certification, credits that are transferred to the medical school that awarded or will award your medical degree must meet **all** of the following criteria:

- All credits must have been transferred from a medical school that is either:

  - located in the United States or Canada and listed in the *World Directory*, or
  - listed in the *World Directory* as meeting ECFMG eligibility requirements.

- Credits must be for courses that were passed at the medical school at which the course was taken.
- Credits may only be transferred from **one** medical school to the medical school which awards the final degree.

If your transferred credits do not comply with all the criteria listed above, you will not meet the requirements to be registered by ECFMG for examination or the requirements to be certified by ECFMG. If your transferred credits do not meet **all** the criteria listed above, you may request an exception from the ECFMG Medical Education Credentials Committee.

**Important Note:** The requirement that credits must be transferred from a medical school that meets the criteria above does not apply to credits transferred **only to the pre-medical portion of the curriculum** of the medical school that awarded or will award the medical degree. If you transferred credits to the pre-medical portion of the curriculum at the medical school that awarded or will award your medical degree from an institution that does not meet the criteria listed above, you must provide ECFMG with a letter from the medical school that awarded or will award your medical degree confirming that the credits were transferred to the pre-medical portion of the curriculum only. This letter must be on the letterhead of the medical school and be signed by an authorized official of your medical school. This letter must be submitted in conjunction with the application for examination. Applications received without this letter may be rejected. **This letter is in addition to disclosing and documenting all transferred credits as described above.**

The intent of this policy on transfer credits is to preserve the appropriate education of medical school graduates applying to ECFMG for Certification. The provisions of this policy will be applied by ECFMG in its sole discretion in order to effectuate the intent of this policy.

**Important Note:** Transfer credits that ECFMG reviewed and deemed to have met requirements for ECFMG Certification prior to August 27, 2019, will remain acceptable, and these applicants will be allowed to proceed with Certification and the examinations leading to Certification. All future transfer activity will be subject to the policy as stated here.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Credentials for ECFMG Certification

The credentials required for ECFMG Certification are:

- *Final Medical Diploma and Transcript*
- *Transcript(s) to Document Transferred Credits*, if applicable

All documents that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *Final Medical Diploma and Transcript*, *Transcript(s) to Document Transferred Credits*, and *English Translations* for complete information on required items.

**Important Note:** You must include your full name and USMLE/ECFMG Identification Number on the **front** of all credentials before sending them to ECFMG.

**If you are a medical school graduate** when you submit your first exam application, your diploma and transcript(s) to document transferred credits (if applicable) must be submitted with this initial exam application. If you have graduated and met all requirements for your medical diploma but your medical diploma has not yet been issued, a letter completed and signed by an authorized official of your medical school must be submitted with your exam application. Each medical school has been requested to provide ECFMG with a list of authorized officials. The letter you submit must be completed and signed by an official on this list. The official must provide his/her name, official title, and the institution name. The official must affix the institution's seal to the letter. The letter also must include the following statement:

**This is to confirm that [applicant name] has graduated and completed all requirements to receive the [degree title] degree from [medical school/university name]. The degree will be issued [month and year].**

You must then submit a copy of your diploma to ECFMG as soon as the diploma is issued.

**If you graduated from medical school and do not submit a copy of your medical diploma or a letter from your medical school, as described above, and these documents have not been received previously by ECFMG, your exam application will be rejected.**

**If you are a medical school student** when you submit your first exam application, submit copies of your medical education credentials as soon as you graduate and receive them.

You may not submit the credentials required for ECFMG Certification to ECFMG until you apply for an exam. If you send credentials to ECFMG before you apply for an exam, they will not be processed. To submit your credentials at the time of application, follow the instructions for additional documents in the exam application in ECFMG's IWA.

After you have applied for an exam, if you need to send credentials to ECFMG separately from an exam application, you must submit the credentials to ECFMG via the MyECFMG mobile app or via mail at the address below.

Educational Commission for Foreign Medical Graduates (ECFMG)
Attn: Certification Credentials Services
3624 Market St., 4th Floor
Philadelphia, PA 19104-2685
USA

If your credentials are complete, you are generally not required to resend these documents when you apply for subsequent exams.

ECFMG will not accept letters or other deliveries that arrive with postage or other fees due.

When your credentials have been processed, ECFMG will notify you. You can also check the status of your credentials by accessing OASIS or the MyECFMG mobile app. If you have questions or concerns about your credentials, you can contact ECFMG using the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

Documents submitted to ECFMG as part of the exam application and certification processes, including translations, will not be returned.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Final Medical Diploma and Transcript

### Final Medical Diploma

ECFMG requires all medical school graduates to submit a copy of their final medical diploma to ECFMG. Do not send an original diploma. You must submit the copy of your diploma to ECFMG via the MyECFMG mobile app or via mail or courier service. The exact degree title of the final medical diploma you must have earned (and must provide) in order to be eligible for ECFMG Certification and the examinations required for Certification is listed in the *Reference Guide for Medical Education Credentials* on the ECFMG website. The *Reference Guide* lists these medical credential qualifications by country of medical school. Although this *Reference Guide* is based upon information that was current at the time of publication, this information is subject to change.

If you are mailing a copy of your medical diploma, the photocopy **must be 216 mm x 279 mm (8½ in x 11 in). If the document is larger than 216 mm x 279 mm (8½ in x 11 in), you must send a reduced photocopy that is 216 mm x 279 mm (8½ in x 11 in).**

You must submit the copy of the final medical diploma in the original language, containing the issue date and all of the appropriate signatures of the medical school and/or university officials. Documents that are not in English must be accompanied by an official English translation. ECFMG will not accept a copy of a medical diploma that is not in English without an official English translation. Likewise, ECFMG will not accept an English translation of a diploma without a copy of the original language document from which the English translation was prepared. See *English Translations* in *Medical Education Credentials*.

Do not submit professional evaluations of your final medical diploma. ECFMG does not accept such evaluations in lieu of your final medical diploma.

If you are submitting the copy of your medical diploma with an exam application, follow the instructions for additional documents in the exam application in ECFMG's IWA.

The name on your medical diploma should match **exactly** the name in your ECFMG record. If the name on your diploma does not match the name in your ECFMG record, you must submit documentation that **verifies** the name on your diploma is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials*.

### Final Medical School Transcript

When ECFMG requests verification of your medical diploma from your medical school, ECFMG will request the medical school to provide your final medical school transcript. If ECFMG is unable to obtain your final medical school transcript directly from your medical school, ECFMG will contact you and provide detailed instructions.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Transcript(s) to Document Transferred Credits

If you have transferred credits to the medical school that awarded or will award your medical degree, you must document these credits when you apply for examination, regardless of when the credits were earned. You must send to ECFMG a copy of an official transcript issued by the school or institution at which the course was taken. You must submit the copy of your transcript to ECFMG via the MyECFMG mobile app or via mail or courier service.

If you are mailing a copy of the transcript, the photocopy **must be 216 mm x 279 mm (8½ in x 11 in). If the document is larger than 216 mm x 279 mm (8½ in x 11 in), you must send a reduced photocopy that is 216 mm x 279 mm (8½ in x 11 in).**

You must submit the copy of the transcript in the original language. Documents that are not in English must be accompanied by an official English translation. ECFMG will not accept a copy of a transcript that is not in English without an official English translation. Likewise, ECFMG will not accept an English translation of a transcript without a copy of the original language document from which the English translation was prepared. See *English Translations* in *Medical Education Credentials*.

Do not submit professional evaluations of your transcript. ECFMG does not accept such evaluations in lieu of your transcript.

To submit the transcript to ECFMG, follow the instructions for additional documents in the exam application in ECFMG's IWA.

The name on your transcript(s) to document transferred credits should match **exactly** the name in your ECFMG record. If the name on your transcript does not match the name in your ECFMG record, you must submit documentation that **verifies** the name on your transcript is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials*.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Name on Medical Diploma and Transcript(s)

Your name as it appears on **all** credentials sent to ECFMG should be consistent and should match **exactly** the name in your ECFMG record. If the names do not match exactly, you must submit documentation that **verifies** the name on your medical diploma/transcript(s) is (or was) your name. The documentation must show your name exactly as it appears on your medical diploma/transcript(s). See *Your Name* in *Your ECFMG Record* and *Verifying Your Name*.

**If the name on your credentials does not match the name in your ECFMG record and you do not submit acceptable documentation that verifies the name on your credentials is (or was) your name, your exam application will be rejected. If your exam application is rejected due to a name discrepancy, ECFMG will contact you to request additional information.**

An example of a discrepancy that requires such verification would be if your ECFMG record lists your married name, but your medical diploma/transcript(s) lists your maiden name.

### Verifying Your Name

If the name in your ECFMG record does not match **exactly** your name as listed on your medical diploma, transcript, or other credential, you must **verify** that the name on these documents is (or was) your name. To verify your name, submit to ECFMG a copy of one of the documents listed below that verifies the name on your medical diploma, transcript, or other credential. The name in your ECFMG record will not be changed if you are verifying your name.

For the purpose of verifying your name, examples of the document(s) you may submit include:

- Expired Passport (including the pages with your photograph and the expiration date)
- Birth Certificate
- Marriage Certificate/License (if name discrepancy is due to name change after marriage)
- Official Court Order/Name Change Documentation
- Official Immigration Document, including
  - U.S. Resident Alien Card
  - U.S. Naturalization Certificate
  - Permanent Residence Card
- Driver's License

If additional documentation is required for the purposes of verifying your name, and you cannot provide one of the documents listed above, ECFMG will consider accepting a letter from an authorized official of your medical school that verifies that the name on your medical diploma, transcript, or other credential is (or was) your name. If you choose to submit a letter from your medical school to verify the name on your credential, the letter must be completed and signed by an authorized official of your medical school. Each medical school has been requested to provide ECFMG with a list of authorized officials. The letter you submit must be completed and signed by an official on this list. The official must provide his/her name, official title, and the institution name. The official must also affix the institution's seal to the letter. The letter must be on letterhead and must include the following statement:

> **This certifies that the names [name on document] and [name in ECFMG record] belong to one and the same person.**

See additional important information on documents below.

### Important Information on Documents for Changing or Verifying Your Name

- Attestations are **not** acceptable as documentation to change or verify your name.

- Please do not submit an original document; a copy of the document is sufficient.

- All documents submitted to change or verify your name that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *English Translations* in *Medical Education Credentials*.

- All documents submitted to change or verify your name, including translations, will become a part of your permanent ECFMG record and will not be returned to you.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## English Translations

Any document submitted to ECFMG that is not in English must be accompanied by an English translation that meets ECFMG's translation requirements.

**ECFMG strongly encourages you to obtain translations from its recommended translation service.** Translations from this service meet ECFMG's requirements and will not be rejected due to translation errors. See the Translation Service page in the Resources section of the ECFMG website.

Translations from other services may not meet ECFMG's requirements. If you obtain a translation from another service, the translation must:

- be a word-for-word translation of the original language document. An abstract or summary translation of the document is not acceptable.
- be prepared from the original document or a photocopy of the original document. ECFMG will not accept a translation prepared from a transcription (transcribed version) of the document.
- be prepared by a government official (for example, a Consular Officer), medical school official (for example, a Dean or Registrar), or a professional translation service.
- bear the signature and title of the government or medical school official or representative of the translation service and, if there is one, the seal of the government official, medical school, or translation service.
- appear on letterhead. If the translation service is a private company, the letterhead must identify the company as a translation service.
- **include a certification statement from the translator stating the following: I [insert name of translator] certify that the word-for-word translation is correct.**

An English language certificate issued by the medical school that is not a word-for-word English language version of the degree, transcript, or other document in the original language is not acceptable as a translation. English translations that do not meet the requirements above will not be accepted. Examples of unacceptable translations include, but are not limited to:

- translations prepared by a notary who is not a government or medical school official or representative of a professional translation service,
- a translation that was not signed by the translator or official or representative of the translation service,
- a translation that is not a word-for-word translation of the original language document, and
- a translation that does not contain the certification statement from the translator.

Additionally, applicants are not permitted to translate their own documents.

Documents submitted to ECFMG as part of the exam application and certification processes, including translations, will not be returned.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Verification of Credentials

ECFMG verifies every international medical graduate's final medical diploma with the appropriate officials of the medical school that issued the diploma. At the same time, ECFMG requests the medical school to provide the final medical school transcript. Transcripts to document transferred credits are also subject to verification by ECFMG with the issuing school. You will not fulfill the ECFMG medical education credential requirements until verification of your final medical diploma, final medical school transcript, and, if required, transfer credit transcript(s) is received directly from the issuing school(s) and accepted by ECFMG.

ECFMG will notify you when your diploma has been sent to your medical school for verification. As part of the verification process, ECFMG also may provide the medical school with other documents, including a copy of your *Certification of Identification Form* (Form 186), to aid in identification. ECFMG will follow up with your medical school if the requested verification is not received in a timely manner. ECFMG will notify you after receiving and evaluating the verification from your medical school. You can check the status of your medical education credentials on-line using OASIS.

ECFMG reserves the right to reverify with the medical school the eligibility of medical school graduates who apply for examination. This may include reverification of the graduate's medical education credentials with the issuing medical school. If such reverification is requested, the graduate will be registered for examination only after ECFMG has received reverification directly from the medical school. If reverification is requested after the graduate has been registered for examination, ECFMG may cancel the graduate's registration or withhold the graduate's score report until ECFMG has received reverification directly from the issuing school. If your registration is canceled, you may be required to reapply.

**Important Notes:** Applicants are responsible for any fees associated with the verification of the final medical diploma, final medical school transcript, and transcript(s) to document transferred credits. If your medical school charges a fee for the verification of your diploma and/or transcript, ECFMG will advise you to contact your medical school directly regarding the fee and the method of payment.

If the final medical school transcript provided by your medical school is not in English or if an acceptable English translation is not provided by the medical school, ECFMG will have the transcript translated into English by an independent translation service. ECFMG will charge your ECFMG financial account for the translation, and will subsequently notify you of the charge. ECFMG will not notify you before sending the document for translation. For information on the translation fee, see the Fees page in the Resources section of the ECFMG website. See *Methods of Payment* in *Your ECFMG Financial Account* for information on how to make a payment to your ECFMG financial account.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Related ECFMG Services**

Confirming ECFMG Certification to Third Parties | Electronic Residency Application Service (ERAS) Support Services | J-1 Visa Sponsorship | ECFMG Certificate Holders Office

## Confirming ECFMG Certification to Third Parties

ECFMG's Certification Verification Service (CVS) provides primary-source confirmation of the ECFMG certification status of international medical graduates. The Joint Commission, the organization that evaluates and accredits U.S. health care organizations and programs, has determined that direct verification with ECFMG of a physician's certification status satisfies The Joint Commission's requirement for primary-source verification of medical school completion for graduates of international medical schools.

ECFMG will confirm your certification status when a request is received from a U.S. medical licensing authority, residency program, hospital, or other organization that, in the judgment of ECFMG, has a legitimate interest in such information. For status reports sent to **medical licensing authorities**, the request can also be made by you. Requesting organizations must normally secure and retain your signed authorization to obtain certification information. Please note that there may be a fee for this service.

Requests for confirmation must contain your name, date of birth, USMLE/ECFMG Identification Number, and name and address of the organization to which the confirmation should be sent. To obtain the appropriate request form or to make an on-line request, visit the CVS section of the ECFMG website at www.ecfmg.org/cvs. Confirmations are sent to the requesting organization within approximately two weeks. Confirmations are not sent to applicants directly.

If the requesting organization requests to receive a paper report but does not receive the report, ECFMG will honor requests for duplicate reports at no additional cost up to 90 days after the date that the original report was processed.

If you apply to residency programs through the Electronic Residency Application Service (ERAS), ECFMG will transmit an electronic ECFMG Status Report automatically to the ERAS application, where it can be accessed by all of the programs to which you apply. If your ECFMG certification status changes during the ERAS application season, ECFMG will transmit an updated status report automatically to the ERAS application, where it can be accessed by all of the programs to which you apply.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Related ECFMG Services**

Confirming ECFMG Certification to Third Parties | Electronic Residency Application Service (ERAS) Support Services | J-1 Visa Sponsorship | ECFMG Certificate Holders Office

## Electronic Residency Application Service (ERAS®) Support Services

The Accreditation Council for Graduate Medical Education (ACGME) requires that international medical graduates who wish to enter ACGME-accredited graduate medical education programs in the United States be certified by ECFMG. ECFMG Certification does not, however, guarantee that an international medical graduate will be accepted into a graduate medical education program; the number of applicants for residency and fellowship programs each year exceeds the number of available positions.

The Association of American Medical Colleges (AAMC) established the Electronic Residency Application Service (ERAS) to allow medical students and graduates to apply electronically for residency positions in accredited U.S. programs of graduate medical education. Most U.S. graduate medical education programs participate in ERAS. If you apply to participating programs, you must submit your residency application using ERAS.

Since ERAS was established, ECFMG has served as the designated Dean's office for students and graduates of international medical schools, assisting these individuals with the ERAS application process for first- and second-year (PGY-1 and PGY-2) residency positions.

International medical students and graduates who apply to programs that participate in ERAS must request an ERAS Token, a unique identification number, from ECFMG. The Token allows applicants to access AAMC's MyERAS website, where they can complete their residency application, select the programs to which they will apply, and assign supporting documents to these programs.

As the designated Dean's office, ECFMG receives supporting documents for the ERAS application, such as medical student performance evaluations (MSPEs), medical school transcripts, and photographs from applicants and their medical schools. ECFMG then transmits these documents to the ERAS application. ECFMG also transmits to the ERAS application the applicant's ECFMG Status Report, which includes the applicant's ECFMG certification status and, if requested by the applicant, his/her USMLE transcript. Once supporting documents have been received by the ERAS application, they can be accessed by the programs to which the applicant has applied.

For detailed, up-to-date information on ERAS Support Services at ECFMG, visit the ERAS section of the ECFMG website at www.ecfmg.org/eras.

**Important Note About U.S. State Medical Licensure Requirements:** In the United States, medical licensure requirements vary by individual state medical licensing authorities. You should be aware that:

- A training or restricted license may be required to participate in programs of graduate medical education. Participants in graduate medical education programs may also be required to obtain an unrestricted medical license by a certain point in their training in order to progress in the program.

- Some states have established additional criteria with respect to international medical schools for the purpose of eligibility for licensure. When you plan to apply to residency programs, consult the state's medical licensing board to determine if graduates of your medical school are eligible for licensure in that state.

- If you are certified by ECFMG based on **former** medical science exams (such as the Visa Qualifying Examination [VQE] or the Foreign Medical Graduate Examination in the Medical Sciences [FMGEMS]), you should be aware that these exams may not be acceptable for the purpose of eligibility for a training license.

**ECFMG does not create or control the medical licensure requirements for any jurisdiction and does not create or control the eligibility requirements for any graduate medical education program. Additionally, ERAS does not preclude any students or graduates from participating in ERAS, based on their eligibility for licensure.** Before applying to residency programs in a given state, it is your responsibility to become familiar with that state's licensure requirements and to ensure that you

meet any licensure requirements to enter and complete residency training in that state. For a directory of U.S. state medical licensing authorities, visit the Federation of State Medical Boards website.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Related ECFMG Services**

Confirming ECFMG Certification to Third Parties | Electronic Residency Application Service (ERAS) Support Services | J-1 Visa Sponsorship | ECFMG Certificate Holders Office

## J-1 Visa Sponsorship

Foreign national physicians who seek entry into U.S. programs of graduate medical education or training must obtain an appropriate visa that permits clinical training activities. One visa commonly used by foreign national physicians is the J-1, a temporary nonimmigrant visa reserved for participants in the Exchange Visitor Program. As a public diplomacy initiative of the U.S. Department of State, the Exchange Visitor Program was established to enhance international educational and cultural exchange between the people of the United States and other nations. In keeping with the program's goals for international education, exchange visitor (J-1) physicians are required to return home for at least two years following their training before being eligible for certain U.S. visas.

The U.S. Department of State has designated ECFMG as the visa sponsor for all exchange visitor (J-1) physicians who participate in clinical training programs. ECFMG sponsorship is also available for physicians' eligible dependents. As the visa sponsor, ECFMG processes applications for J-1 visa sponsorship and, for eligible applicants, issues a document that the applicant can use to apply for the J-1 visa. ECFMG is responsible for ensuring that exchange visitor (J-1) physicians and host institutions meet the federal requirements for participation throughout the duration of sponsorship. ECFMG does not sponsor physicians for other U.S. visa types.

All initial applicants for ECFMG J-1 sponsorship are advised that sponsorship eligibility should not be presumed and cannot be determined until a complete review of an individual's U.S. visa history has been conducted.

For detailed, up-to-date information on J-1 visa sponsorship by ECFMG, visit the Exchange Visitor Sponsorship Program (EVSP) section of the ECFMG website at www.ecfmg.org/evsp.

> **Important Note:** Foreign national physicians who are international medical graduates and are seeking ECFMG J-1 visa sponsorship to enroll in graduate medical education programs must, among other requirements, have passed USMLE Step 1 and Step 2 CK; or the former Visa Qualifying Examination (VQE), National Board of Medical Examiners (NBME) Part 1 and Part 2, or Foreign Medical Graduate Examination in the Medical Sciences (FMGEMS) examinations; or an acceptable combination thereof. The former one-day ECFMG Examination and three-day Federation Licensing Examination (FLEX) do **not** meet the requirements for J-1 visa sponsorship.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Related ECFMG Services**

<u>Confirming ECFMG Certification to Third Parties</u> | <u>Electronic Residency Application Service (ERAS) Support Services</u> | <u>J-1 Visa Sponsorship</u> | ECFMG Certificate Holders Office

## ECFMG Certificate Holders Office

The ECFMG Certificate Holders Office (ECHO$^{SM}$) provides career planning resources for physicians pursuing ECFMG Certification and graduate medical education (GME) in the United States.

**Be connected.**

Use ECHO to stay connected with ECFMG and its expertise, programs, and services for international physicians. ECHO also provides connections to information from other organizations and experts. Through ECHO's IMG Advisors Network (IAN), you also can connect with ECFMG-certified physicians to ask questions about U.S. GME and about living and working in the United States. <u>Subscribe</u> to *ECHO News*, a free e-newsletter, to receive updates on resources, important deadlines, and more.

**Be heard.**

Your ideas are important to us. Let us know what you think about ECHO — what you like, what you don't like, what you want to see more of, what we can do to make ECHO a better resource for ECFMG-certified physicians. Contact ECHO using our <u>feedback</u> form.

**Be informed.**

Successfully navigating the application process for U.S. GME can be difficult. You need to interact with multiple organizations, each with its own roles, requirements, processes, and deadlines. ECHO provides resources that you can use when applying to U.S. GME programs as well as resources that address the practical challenges of relocating to the United States and adjusting to the U.S. GME and health care systems.

For more information, visit the ECHO section of the ECFMG website at <u>www.ecfmg.org/echo</u>.

Last updated August 27, 2019.

Copyright © 2019 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## About ECFMG

Overview | Statement of Values, Mission, and Purposes | Board of Trustees | ECFMG/FAIMER Leadership | Initiatives | History | Careers at ECFMG

## Statement of Values, Mission, and Purposes

**Values**

The values of ECFMG are expressed in its vision statement:

"Improving world health through excellence in medical education in the context of ECFMG's core values of collaboration, professionalism and accountability."

**Mission**

The charge of ECFMG is expressed in its mission statement:

"The ECFMG promotes quality health care for the public by certifying international medical graduates for entry into U.S. graduate medical education, and by part certification of other physicians and health care professionals nationally and internationally. In conjunction with its Foundation for Advancement of International Research (FAIMER), and other partners, it actively seeks opportunities to promote medical education through programmatic and research activities."

**Purposes**

The purposes (goals) that actuate and accomplish ECFMG's mission are to:

- Certify the readiness of international medical graduates for entry into graduate medical education and health care systems in the United States through an qualifications.
- Provide complete, timely, and accessible information to international medical graduates regarding entry into graduate medical education in the United Stat
- Assess the readiness of international medical graduates to recognize the diverse social, economic and cultural needs of U.S. patients upon entry into gradua
- Identify the needs of international medical graduates to become acculturated into U.S. health care.
- Verify credentials and provide other services to health care professionals worldwide.
- Provide international access to testing and evaluation programs.
- Expand knowledge about international medical education programs and their graduates by gathering data, conducting research, and disseminating the find
- Improve international medical education through consultation and cooperation with medical schools and other institutions relative to program developmen evaluation.
- Improve assessment through collaboration with other entities in the United States and abroad.
- Improve the quality of health care by providing research and consultation services to institutions that evaluate international medical graduates for entry int
- Enhance effectiveness by delegating appropriate activities in international medical education to FAIMER.

Back to top

Last updated December 16, 2011.

® Registered in the US Patent and Trademark Office.

Copyright © 1996-2022 by the Educational Commission for Foreign Medical Graduates. All rights reserved.



# Payment History for Lingling Chen (Student Account)

**Show**

10

**entries**

**Search:**

| Description | Date | Code | Amount($) |
|---|---|---|---|
| Payment - Thank You! | 8/4/23 | COLLE | 490.50 |
| Payment - Thank You! | 5/11/23 | COLLE | 498.50 |
| Payment - Thank You! | 5/5/23 | COLLE | 104.70 |
| Payment - Thank You! | 4/5/23 | COLLE | 104.70 |
| Payment - Thank You! | 3/5/23 | COLLE | 104.70 |
| Payment - Thank You! | 2/5/23 | COLLE | 104.70 |
| Payment - Thank You! | 1/11/23 | COLLE | 104.70 |
| Payment - Thank You! | 12/5/22 | COLLE | 99.05 |
| Payment - Thank You! | 11/5/22 | COLLE | 99.05 |
| Payment - Thank You! | 10/5/22 | COLLE | 99.05 |
| Payment - Thank You! | 9/5/22 | COLLE | 99.05 |
| Payment - Thank You! | 8/17/22 | COLLE | 102.30 |

Showing 1 to 12 of 12 entries

| Previous | 1 | Next |

---

©1997 - 2023 TouchNet Information Systems, Inc. All rights reserved.

Case 2:23-cv-04099-JS   Document 1-1   Filed 10/20/23   Page 114 of 206

# Transaction History

| ID | DATE | ACCOUNT | PAYER | TYPE | STATUS | METHOD | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7236351 | 08/09/2023 11:04 AM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $263.15 |
| 6998343 | 07/06/2023 3:01 PM EDT | Lingling Chen 4270708 | Lingling Chen | Electronic Credit | Success | Checking 6726 | $92.35 |
| 6588204 | 04/19/2023 11:10 AM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $523.35 |
| 5718450 | 12/29/2022 2:20 PM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $627.00 |
| 5057111 | 09/12/2022 3:01 PM EDT | Lingling Chen 4270708 | Lingling Chen | Electronic Credit | Success | Checking 6726 | $55.00 |
| 4663788 | 08/04/2022 10:46 AM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 5444 | $537.00 |
| 4244618 | 05/04/2022 6:27 AM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $447.04 |
| 3679746 | 01/18/2022 10:45 AM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $220.24 |
| 3636184 | 01/12/2022 1:52 PM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $297.89 |
| 2252043 | 01/20/2021 2:36 PM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $234.40 |
| 1448058 | 03/19/2020 2:00 PM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $20.00 |
| 1249534 | 01/01/2020 | Lingling Chen | Lingling | Regular | Success | Checking | $2,211.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1247004 | 8:20 PM EST | Chen 4270708 | Chen | Regular | Success | 6726 | $2,211.00 |
| 1090318 | 09/16/2019 2:52 PM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | International | $14,007.00 |
| 965560 | 07/31/2019 1:58 PM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $9,875.00 |
| 817098 | 04/05/2019 5:27 AM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $4,630.20 |
| 784519 | 03/05/2019 5:51 AM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $4,630.20 |
| 748601 | 02/05/2019 6:16 AM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $4,630.20 |
| 683212 | 01/05/2019 6:32 AM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $4,630.20 |
| 625637 | 12/05/2018 7:02 AM EST | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $4,630.20 |
| 604347 | 11/13/2018 12:09 PM EST | Lingling Chen 4270708 | Lingling Chen | Signup Fee | Success | Checking 6726 | $45.00 |
| 565085 | 10/05/2018 8:55 AM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $7,592.00 |
| 519450 | 09/05/2018 6:04 AM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Checking 6726 | $7,592.00 |
| 455378 455377 | 08/05/2018 11:26 AM EDT | Lingling Chen 4270708 | Lingling Chen | Service Fee | Success | Visa 5932 | $212.22 |
| 455377 | 08/05/2018 | Lingling Chen | Lingling | Regular | Success | Visa | $7,717.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 438577 | 11:26 AM EDT | Chen 4270708 | Chen | Regular | Success | 5932 | $7,717.00 |
| 438513 | 07/25/2018 10:44 PM EDT | Lingling Chen 4270708 | Lingling Chen | Signup Fee | Success | Visa 5932 | $45.00 |
| 373495 | 05/10/2018 12:08 PM EDT | Lingling Chen 4270708 | Lingling Chen | Regular | Success | Visa 5932 | $250.00 |



**ECFMG**®  EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES



ECFMG

CERTIFICATION

2021

## Visit www.ecfmg.org to:

- **Get updates** on ECFMG Certification and related policies and services.
- **Subscribe** to *The ECFMG® Reporter* for important updates on ECFMG Certification and entry into graduate medical education in the United States.

**Complete** the Application for ECFMG Certification using the Interactive Web Applications (IWA).

- **Apply** for Step 1 and Step 2 Clinical Knowledge (CK) of the United States Medical Licensing Examination® (USMLE®) using IWA.
- **Apply** to Pathways for ECFMG Certification for 2021 Match using the pathways application.

**Access your information:**
- Using the On-line Applicant Status and Information System (OASIS), or
- Download the mobile app.



**Follow us on social media!**

  

# INFORMATION BOOKLET

**Educational Commission for Foreign Medical Graduates**
3624 Market Street,
Philadelphia, PA 19104-2685 USA
www.ecfmg.org

Form 100s.
September 30, 2020

# TABLE OF CONTENTS

## About the ECFMG Information Booklet and Application Materials ........................1

## Important Notices ........................................3

## ECFMG Certification
About ECFMG Certification ............................4
Requirements for ECFMG Certification ..........5
Standard ECFMG Certificate.........................7

## Your ECFMG Record
USMLE/ECFMG Identification Number .........8
Your Name.........................................9
Changing Your Name ...................................10
Contact Information ......................................11

## Your ECFMG Financial Account................12

## Irregular Behavior.......................................13

## Application for ECFMG Certification ........16

## Examinations for ECFMG Certification
Examination Requirements ............................17
Time Limit for Completing
    Examination Requirements ......................18

## Eligibility for Examination
Medical School Students...............................20
Medical School Graduates ...........................21
Reverification of Eligibility.............................23

## The United States Medical Licensing Examination (USMLE)
About USMLE...............................................24
Registration and Test Delivery Entities.........25
Applying for Examination..............................26
Scheduling the Examination.........................28
Preparing for Examination ...........................30
Taking the Examination ................................31
USMLE Program and Irregular Behavior......33
Examination Results.....................................34
Reexamination and Reapplication................36

## Medical Education Credentials
Medical Education
    Credential Requirements ..........................38
ECFMG Policy on Transfer Credits ..............39
Credentials for ECFMG Certification ............40
Final Medical Diploma and Transcript ..........42
Transcript(s) to Document
    Transferred Credits....................................43
Name on Medical Diploma
    and Transcript(s)........................................44
English Translations .....................................46
Verification of Credentials.............................47

## Related ECFMG Services...........................48

® The terms ECFMG® and CSA® are registered in the U.S. Patent and Trademark Office.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved. Portions reprinted, with permission, from the USMLE 2021 *Bulletin of Information*, copyright © 2020 by the Federation of State Medical Boards (FSMB) of the United States, Inc., and the National Board of Medical Examiners® (NBME®).

## About the ECFMG Information Booklet and Application Materials

The ECFMG *Information Booklet* contains detailed information on ECFMG's program of certification. The information contained in this booklet pertains only to the ECFMG certification process and related applications and services.

Applicants for examination must use the applicable edition of the *Information Booklet*. The 2021 *Information Booklet* pertains to eligibility periods in 2021. If your eligibility period extends into 2022 and you test in 2022, you must become familiar with and will be subject to the policies and procedures detailed in the 2022 *Information Booklet*. The 2022 *Information Booklet* is expected to be available in September 2021. See the information on eligibility periods under *Applying for Examination* in *The United States Medical Licensing Examination (USMLE)* section of this booklet.

The USMLE *Bulletin of Information* provides information about the USMLE, a three-step examination for medical licensure in the United States. In the event that information about the USMLE in the ECFMG *Information Booklet* differs from the corresponding information in the USMLE *Bulletin of Information*, the information in the USMLE *Bulletin of Information* controls.

---

**IMPORTANT**

**Applicants for examination are required to read and become familiar with the information contained in and referenced in both the ECFMG *Information Booklet* and the USMLE *Bulletin of Information*.** The USMLE *Bulletin of Information* is available on the USMLE website. Exam applicants should also carefully read the exam application overview and instructions available in ECFMG's Interactive Web Applications (IWA). Applicants should also review and be familiar with the *Policies and Procedures Regarding Irregular Behavior*.

Although current at the time of publication, the information contained in the 2021 *Information Booklet* is subject to change. If changes occur, information will be posted on the ECFMG website. **You are responsible for checking the ECFMG website for updates and changes to the certification program.**

---

ECFMG provides important updates on ECFMG Certification and entry into graduate medical education in the United States via an e-mail newsletter called *The ECFMG® Reporter* and via Facebook and Twitter. ECFMG encourages applicants to subscribe to *The ECFMG® Reporter* and follow ECFMG on Facebook and Twitter.

The *Information Booklet* describes deadlines related to exam applications, scheduling, and other services. Unless otherwise indicated, deadlines are calculated using Eastern Time in the United States.

Consistent with ECFMG's Privacy Notice, ECFMG may share the information contained in your application, or that otherwise may become available to ECFMG, with any federal, state or local governmental department or agency, with any hospital, training program or any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. This may include reporting determinations of irregular behavior to the USMLE Committee for Individualized Review, Federation of State Medical Boards of the United States, U.S. state and international medical licensing authorities, graduate medical education programs, and to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's data collection and privacy practices, please refer to our Privacy Notice.

ECFMG strives to ensure proper processing of applications for ECFMG Certification and examination, other service requests related to ECFMG Certification and examination, and the information contained in such applications and requests. In the unlikely event that an error occurs in the processing of applications, requests, or associated materials, ECFMG will make reasonable efforts to correct the error, if possible, or permit you either to reapply at no additional fee or to receive a refund. These are the exclusive remedies available to applicants for errors in processing applications and other service requests related to ECFMG Certification, examination, and the other programs described in this booklet.

**Please note that ECFMG will not provide services of any kind if doing so would be considered violative of any applicable international, federal, state, or local laws or regulations. Additionally,**

**ECFMG may delay or suspend provision of services while investigating whether the services or surrounding circumstances violate such laws, regulations, or ECFMG's policies and procedures.**

---

® The terms ECFMG® and CSA® are registered in the U.S. Patent and Trademark Office.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

Portions reprinted, with permission, from the USMLE 2021 Bulletin of Information, copyright © 2020 by the Federation of State Medical Boards (FSMB) of the United States, Inc., and the National Board of Medical Examiners® (NBME®).

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Important Notices**

### Requirements for ECFMG Certification for 2021 Match

To be certified by ECFMG, applicants have been required to pass USMLE Step 1, Step 2 Clinical Knowledge (CK), and Step 2 Clinical Skills (CS). The USMLE program has suspended the Step 2 CS examination until at least June 2021. In response to the suspension of Step 2 CS by the USMLE program, ECFMG has identified pathways that will allow qualified applicants who have not passed Step 2 CS to meet the requirements for ECFMG Certification. These pathways are directed toward individuals who intend to enter the 2021 Match. Applicants who apply to a pathway will be required to attain a satisfactory score on an English language proficiency assessment. Pathway applicants also must meet all other requirements for ECFMG Certification. For detailed information, visit the Requirements for ECFMG Certification for 2021 Match section of the ECFMG website.

> **Important Note:** Applicants who have a passing performance on USMLE Step 2 CS that is valid for ECFMG Certification and/or are certified by ECFMG are ineligible for the pathways. These individuals do not need to pursue the pathways to meet the requirements for ECFMG Certification or to participate in the 2021 Match.

### Special Notes for 2021 in USMLE *Bulletin of Information*

Applicants for examination should read the Special Notes for 2021 in the USMLE *Bulletin of Information* on upcoming policy changes, COVID-19 information, and USMLE Step 2 CS. The USMLE program recommends that applicants routinely monitor the USMLE Announcements page and the COVID-19 Resource Center available on the USMLE website.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**ECFMG Certification**

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate

**About ECFMG Certification**

The Educational Commission for Foreign Medical Graduates (ECFMG), through its program of certification, assesses whether international medical graduates are ready to enter residency or fellowship programs in the United States that are accredited by the Accreditation Council for Graduate Medical Education (ACGME). ACGME requires international medical graduates who enter ACGME-accredited programs to be certified by ECFMG.

ECFMG Certification assures directors of ACGME-accredited residency and fellowship programs, and the people of the United States, that international medical graduates have met minimum standards of eligibility to enter such programs. ECFMG Certification does not, however, guarantee that these graduates will be accepted into programs; the number of applicants each year exceeds the number of available positions.

ECFMG Certification is also one of the eligibility requirements for international medical graduates to take Step 3 of the three-step USMLE. Medical licensing authorities in the United States require that international medical graduates be certified by ECFMG, among other requirements, to obtain an unrestricted license to practice medicine.

ECFMG defines an international medical graduate as a physician who received his/her basic medical degree from a medical school located outside the United States and Canada*. Citizens of the United States who have completed their medical education in schools outside the United States and Canada are considered international medical graduates; non-U.S. citizens who have graduated from medical schools in the United States and Canada are not considered international medical graduates.


* The United States and Canada refer to the geographic locations where citizens are issued passports by the governments of either the United States or Canada.


Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**ECFMG Certification**

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate

## Requirements for ECFMG Certification

To be eligible for certification by ECFMG, international medical graduates must meet the following requirements.

## Medical School Requirements

The physician's medical school must meet requirements established by ECFMG. Schools that meet all requirements will be listed in the *World Directory of Medical Schools (World Directory)* as meeting eligibility requirements for their students and graduates to apply to ECFMG for ECFMG Certification and examination. To confirm that your medical school meets ECFMG's requirements, access the *World Directory* at www.wdoms.org. Medical schools that meet ECFMG's requirements will have an ECFMG note stating this in the schools' *World Directory* listing. The ECFMG note also will include the graduation years for which the school meets these requirements. Since ECFMG is a sponsor of the *World Directory*, the ECFMG note is located on the "Sponsor Notes" tab of the medical school listing. If there is no ECFMG note on the Sponsor Notes tab of your medical school's listing, you are not eligible to apply to ECFMG for ECFMG Certification and examination. For tips, see the quick guide on how to confirm that a medical school meets eligibility requirements.

> **Important Note:** Beginning in 2024 (previously 2023), individuals will be eligible to apply for ECFMG Certification—the first step in the certification process—and take the required examinations if, at the time of application, their medical school is accredited by an accrediting agency recognized by the World Federation for Medical Education (WFME). Further details regarding the 2024 Medical School Accreditation Requirement, including eligibility guidelines, are available on the ECFMG website at www.ecfmg.org/accreditation. International medical students and graduates interested in ECFMG Certification should monitor this website section for the latest information.

## Application for ECFMG Certification

International medical students/graduates who wish to pursue ECFMG Certification must submit an Application for ECFMG Certification. The Application for ECFMG Certification consists of an on-line application and the Certification of Identification Form (Form 186) available through ECFMG's Interactive Web Applications (IWA). The Application for ECFMG Certification requires applicants to confirm their identity, contact information, and graduation from or enrollment in a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. See *Medical School Requirements*. See *Application for ECFMG Certification*.

## Examination Requirements

> **Important Note:** The USMLE program has suspended the Step 2 Clinical Skills (CS) examination until at least June 2021. Please see the *Important Notices* in this booklet for information on the Requirements for ECFMG Certification for 2021 Match.

The examination requirements for ECFMG Certification include passing Step 1 and Step 2 of the USMLE.

To meet the examination requirements for ECFMG Certification, applicants must:

> **1. Satisfy the medical science examination requirement.**
> Step 1 and Step 2 Clinical Knowledge (CK) of the USMLE are the exams currently administered that satisfy this requirement.
>
> **2. Satisfy the clinical skills requirement.**
> A passing performance on Step 2 CS of the USMLE satisfies this requirement. For qualified applicants who have not passed Step 2 CS and intend to enter the 2021 Match, ECFMG has developed pathways to satisfy this requirement. See Requirements for ECFMG Certification for 2021 Match on the ECFMG

website. Longer-term plans are in process for applicants pursuing Certification who plan to participate in future Matches.

ECFMG has established time limits for completing the examinations required for ECFMG Certification. For detailed information, including information on time limits and using a passing performance on former exams to satisfy these requirements, see *Examinations for ECFMG Certification*.

**Medical Education Credential Requirements**

The physician's graduation year must be included in the ECFMG note in the medical school's *World Directory* listing. See *Medical School Requirements*. International medical graduates must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. There are restrictions on credits transferred to the medical school that awards an applicant's medical degree that can be used to meet this requirement. See *ECFMG Policy on Transfer Credits* in *Medical Education Credentials*.

Applicants must document the completion of all requirements for, and receipt of, the **final medical diploma**. See the *Reference Guide for Medical Education Credentials* on the ECFMG website for the exact title of the final medical diploma you must have earned (and must provide). ECFMG verifies every applicant's medical school diploma with the appropriate officials of the medical school that issued the diploma and requests that the medical school provide the **final medical school transcript**. Verification by ECFMG with the issuing school may also be required for transcripts that are submitted to document transferred credits. See *Medical Education Credentials*.

> **Important Note:** Submitting falsified or altered documents may result in a finding of irregular behavior and permanent annotation of your ECFMG record. For more information and potential consequences, see *Policies and Procedures Regarding Irregular Behavior*.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**ECFMG Certification**

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate

**Standard ECFMG Certificate**

The Accreditation Council for Graduate Medical Education (ACGME) requires international medical graduates who enter ACGME-accredited programs of graduate medical education in the United States to be certified by ECFMG.

ECFMG issues the Standard ECFMG Certificate to applicants who meet all of the requirements for certification. International medical graduates must also pay any outstanding charges on their ECFMG financial accounts before their certificates are issued. Standard ECFMG Certificates are issued to applicants approximately two weeks after all of these requirements have been met. The date that the Standard ECFMG Certificate is issued is the date an international medical graduate is considered certified by ECFMG. Currently, ECFMG sends the Standard ECFMG Certificate to the applicant's address of record by Federal Express. For tips, see the quick guide on how to ensure you receive your ECFMG Certificate as soon as possible.

The Standard ECFMG Certificate includes:

- The name of the applicant;
- The certificate number;
- The dates that the examination requirements were met; and
- The date that the certificate was issued.

**Confirming ECFMG Certification to Third Parties**

ECFMG offers the Certification Verification Service (CVS) to provide primary-source confirmation of the ECFMG certification status of international medical graduates. ECFMG will confirm your certification status when a request is received from a U.S. medical licensing authority, residency program director, hospital, or other organization that, in the judgment of ECFMG, has a legitimate interest in such information. For status reports sent to medical licensing authorities, the request can also be made by you. For more information, see *Confirming ECFMG Certification to Third Parties* in *Related ECFMG Services*.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Record**

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

**USMLE/ECFMG Identification Number**

Before you can submit an Application for ECFMG Certification or apply to ECFMG for an exam, you must obtain a USMLE/ECFMG Identification Number. You can obtain a USMLE/ECFMG Identification Number by accessing Interactive Web Applications (IWA). Please allow approximately five business days to receive your Identification Number.

**The information you provide during the process of obtaining a USMLE/ECFMG Identification Number will become a part of your permanent ECFMG record.** If you fail to provide your name exactly as it appears on your current, unexpired passport, you will be required to submit acceptable documentation, as described in *Changing Your Name* in *Your ECFMG Record*, to change the name in your ECFMG record. If ECFMG determines that the biographic information you submit is inaccurate, not complete, or insufficient to assign a USMLE/ECFMG Identification Number to you, your request for the USMLE/ECFMG Identification Number will not be processed.

Once ECFMG informs you of your number, you must include it on all communications, applications, medical education credentials, request forms, and payments that you send to ECFMG. You will also need your USMLE/ECFMG Identification Number to access ECFMG's on-line services.

You will only be assigned one USMLE/ECFMG Identification Number. Your USMLE/ECFMG Identification Number cannot be changed. Obtaining or attempting to obtain a USMLE/ECFMG Identification Number after one has been assigned to you may result in a finding of irregular behavior. If you forget or lose your USMLE/ECFMG Identification Number, you can obtain it by accessing IWA or by contacting ECFMG. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. To protect the privacy of applicants, ECFMG will not provide USMLE/ECFMG Identification Numbers by telephone.

**Important Note:** As part of the process of obtaining an Identification Number, you will be asked if you previously submitted an Application for ECFMG Certification and/or an application for examination to ECFMG. You also will be asked if you were previously assigned a USMLE Identification Number. If you were previously assigned a USMLE Identification Number or have submitted a prior application to ECFMG, you must answer "Yes" to the applicable question(s), even if you submitted the prior application under a different name or did not take the exam for which you applied. You must answer "Yes" regardless of whether you submitted an on-line application or a paper application. If you were previously assigned a USMLE Identification Number or have submitted an application to ECFMG but indicate that you were not previously assigned a number or have not applied previously, this may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Record**

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

**Your Name**

You must ensure that the name in your ECFMG record matches your name exactly as it appears on your current, unexpired passport. This name will appear on your Standard ECFMG Certificate once you have met all requirements for certification. You must use this name consistently in all communications you send to ECFMG, including applications and requests for other services. Failure to use the name in your ECFMG record consistently in all communications with ECFMG may delay exam registration. It may also prevent you from taking an exam for which you are registered and scheduled.

You can check the name in your ECFMG record on-line using OASIS or the MyECFMG mobile app. If the name in your ECFMG record does not match your name exactly as it appears on your passport, you must submit acceptable documentation to ECFMG to change the name in your ECFMG record. See *Changing Your Name* in *Your ECFMG Record*.

- The name you submit on your exam **application** will appear on your exam **scheduling permit**. Your name, as it appears on your scheduling permit, must exactly match the name on the form(s) of **identification** you present at the test center. Please review your scheduling permit for details and limited exceptions. See information on required identification under *Taking the Examination* in *The United States Medical Licensing Examination (USMLE)*.

- If the name on your **scheduling permit** has been misspelled, contact ECFMG immediately by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

- If you change the name in your ECFMG record while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send your revised scheduling permit via e-mail. You must present the revised scheduling permit at the test center on your exam date. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test.

- If you have a valid *Certification of Identification Form* (Form 186) on file with ECFMG, it will be invalidated when the name in your ECFMG record is changed, and you will be required to complete a new *Certification of Identification Form* (Form 186) before you may apply for examination.

- If the name on your **medical diploma, transcript, or other credential** does not match **exactly** the name in your **ECFMG record**, you must submit documentation, as described in *Verifying Your Name* in *Medical Education Credentials* that **verifies** the name on your medical diploma, transcript, or other credential is (or was) your name.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

**Changing Your Name**

If the name in your ECFMG record does not match your name exactly as it appears on your current, unexpired passport and you want to request a **change** of name in your ECFMG record, send a completed *Request to Change Applicant Biographic Information* (Form 182) to ECFMG. Form 182 is available in the Resources section of the ECFMG website and from ECFMG, upon request. Form 182 requires you to provide a reason for the name change and must be accompanied by a copy of the appropriate document(s), as defined on Form 182. ECFMG must be able to determine from the document(s) you submit that your name has legally changed from the name currently in your ECFMG record to the name you are requesting to appear in your record and that you are using this new name consistently. This means that it may be necessary for you to submit more than one document to support your name change request. **For the purpose of changing your name, you must submit your current, unexpired passport (including the pages with your photograph and the expiration date).** If additional supporting documentation is required, examples of acceptable documentation include:

- Birth Certificate
- Marriage Certificate/License (if your name change is due to marriage)
- Official Court Order/Name Change Documentation
- Official Immigration Document, including
  - U.S. Resident Alien Card
  - U.S. Naturalization Certificate
  - Permanent Residence Card
- Driver's License

See additional information on documents in Important Notes below.

**Important Notes:** If you change the name in your ECFMG record while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send your revised scheduling permit via e-mail. You must present the revised scheduling permit at the test center on your exam date. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test.

If you have a valid *Certification of Identification Form* (Form 186) on file with ECFMG, it will be invalidated when the name in your ECFMG record is changed, and you will be required to complete a new *Certification of Identification Form* (Form 186) before you may apply for examination.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Your ECFMG Record**

USMLE/ECFMG Identification Number | Your Name | Changing Your Name | Contact Information

## Contact Information

The contact information in your ECFMG record consists of your e-mail address, your address of residence, your telephone number, and your fax number (if applicable). ECFMG will send information on the status of your applications by e-mail. You will also need an e-mail address to use ECFMG's on-line services. Be sure to include a full and complete address for your residence. ECFMG will use your address of residence as your mailing address. Certain ECFMG correspondence, including your Standard ECFMG Certificate, requires a full mailing address.

You should ensure that the contact information in your ECFMG record is current. You can check and update your contact information on-line using OASIS or the MyECFMG mobile app. You cannot submit changes to your contact information to ECFMG by e-mail. ECFMG will not process changes to contact information received from any person other than the applicant.

Changing your e-mail address using OASIS or MyECFMG does not update your e-mail address in your e-newsletter subscription(s). If you are subscribed to one or more of ECFMG's e-mail newsletters, such as *The ECFMG® Reporter* or *ECHO News*, and your e-mail address changes, you must update your e-mail address for **each** e-newsletter. To update your e-mail address in your e-newsletter subscription(s), visit the E-Newsletters page in the Resources section of the ECFMG website, click on the newsletter(s) you receive, unsubscribe your old e-mail address, and subscribe your new e-mail address.

To protect the privacy of applicants, ECFMG will e-mail applicant-specific information only to the e-mail address in the applicant's ECFMG record. If your e-mail inquiry requires a specific response, you must send your inquiry from the e-mail address in your ECFMG record.

All correspondence with ECFMG, including e-mails, will become a part of your permanent ECFMG record.

For further information regarding ECFMG's data collection and privacy practices, please refer to our Privacy Notice.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## Your ECFMG Financial Account

You can access your ECFMG financial account on-line using OASIS or the MyECFMG mobile app.

For a list of fees for ECFMG services that applicants encounter most frequently while pursuing ECFMG Certification and entry into U.S. programs of graduate medical education, see the <u>Fees and Payment</u> section of the ECFMG website. You should also read and become familiar with the information on payment, acceptable methods of payment, refunds, and forfeiture of funds in that section.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Policies and Procedures Regarding Irregular Behavior**

**A. Policies Regarding Irregular Behavior**

1. *Irregular behavior* includes all actions or attempted actions on the part of applicants, examinees, potential applicants, others when solicited by an applicant and/or examinee, or any other person that would or could subvert the examination, certification or other processes, programs, or services of ECFMG, including, but not limited to, the ECFMG Exchange Visitor Sponsorship Program, ECFMG International Credentials Services (EICS), the Electronic Portfolio of International Credentials (EPIC), and Electronic Residency Application Service (ERAS) Support Services at ECFMG. Such actions or attempted actions are considered irregular behavior, regardless of when the irregular behavior occurs, and regardless of whether the individual is certified by ECFMG. Examples of irregular behavior include, but are not limited to, submission of any falsified or altered document to ECFMG, whether submitted by the individual or by a third party, such as a medical school, on behalf of the individual; failing to comply with United States Medical Licensing Examination$^{®}$ (USMLE$^{®}$) or ECFMG policies, procedures, and/or rules; falsification of information on applications, submissions, or other materials to ECFMG; taking an examination when not eligible to do so, or submission of any falsified or altered ECFMG document to other entities or individuals.

2. The Medical Education Credentials Committee's determination of irregular behavior is sufficient cause for ECFMG to bar an individual from future examinations, to bar an individual from other ECFMG programs and services, to withhold and/or invalidate the results of an examination, to withhold an ECFMG Certificate, to revoke an ECFMG Certificate, or to take other appropriate actions for a specified period of time or permanently. ECFMG may report the Medical Education Credentials Committee's determination of irregular behavior to the USMLE Committee for Individualized Review, Federation of State Medical Boards of the United States, U.S. state and international medical licensing authorities, graduate medical education programs, and to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

3. If the Medical Education Credentials Committee determines that an individual engaged in irregular behavior, a permanent annotation to that effect will be included in the individual's ECFMG record. This annotation will appear on the ECFMG Certification Verification Service (CVS) and ECFMG Status Reports for the individual. If the individual has an EPIC Portfolio, a permanent annotation will be included on all EPIC Reports with respect to that individual. Additional information explaining the basis for the determination of irregular behavior and the resulting action(s) will accompany every ECFMG Status Report, CVS Report, and EPIC Report, and may also be provided to legitimately-interested entities; this additional information may be provided, regardless of the date of the conduct or activity that comprises the irregular behavior. Notice of the Medical Education Credentials Committee's determination of irregular behavior is periodically reported to the ECFMG Board of Trustees.

**B. Procedures Regarding Irregular Behavior**

1. After receipt of a report or other information suggesting irregular behavior on the part of an individual, ECFMG staff will review the information and will assess whether there is sufficient evidence of irregular behavior. When indicated and feasible, staff will conduct a follow-up investigation to gather additional information.

2. If the individual is an examinee and the review referenced above will not be concluded until after the typical period for the reporting of exam scores, the examinee will be notified that the reporting of the exam scores in question is being delayed.

3. If ECFMG staff finds that there exists a reasonable basis to conclude that an individual may have engaged in irregular behavior, the matter will be referred to the Medical Education Credentials Committee. ECFMG may withhold services from the individual pending a determination from the Medical Education Credentials Committee. If the individual is an examinee, the examinee's exam scores will be withheld, if not already released, and the examinee may not be permitted to sit for subsequent examinations, nor will applications for examination be processed.

4. Using the individual's last known address, the individual will be advised in writing of the nature of the alleged irregular behavior and will be provided with a copy of the *Policies and Procedures Regarding Irregular Behavior*. If the alleged irregular behavior is related to a shared ECFMG and USMLE policy, the USMLE Program will also be advised of the allegation. The individual will be given an opportunity to provide written explanation and to present other relevant information. Any such written explanation or other relevant information must be received by ECFMG by the deadline set forth in ECFMG's writing to the individual. Submissions received after the deadline will be considered by the Medical Education Credentials Committee at its discretion. The individual may also request the opportunity to appear personally before the Medical Education Credentials Committee, and may be represented by legal counsel, if the individual so wishes. In instances in which the individual appears personally before the Medical Education Credentials Committee, a stenographic or audio recording will be made of that portion of the proceedings during which the individual is in attendance. Any statements made by the individual during a personal appearance before the Medical Education Credentials Committee will be under oath.

5. Individuals who have been charged with irregular behavior who wish to request a deferral of the ECFMG Committee's review of the allegation must (1) submit the request in writing and (2) provide the reason for the request. If ECFMG staff determine that the granting of the request could have a material impact on the individual's opportunity to refute the allegation then staff, at its discretion, can grant the request and defer an ECFMG action for up to six (6) months. Unless the individual can demonstrate compelling circumstances, ECFMG staff should not grant more than two deferral requests. Notwithstanding the foregoing, if the individual charged with irregular behavior is ECFMG Certified, a candidate for residency, or practicing medicine, ECFMG staff will only grant the request for deferral if, in its sole discretion, ECFMG believes that public health and safety is not at risk. If the deferral request is granted, ECFMG will notify appropriate institutions and authorities of the individual's pending irregular behavior charge.

6. All pertinent information regarding the irregular behavior, including any explanation or other information that the individual may provide, will be provided to the Medical Education Credentials Committee. The Medical Education Credentials Committee, based on the information available to it, will determine whether the preponderance of the evidence indicates that the individual engaged in irregular behavior. If the Medical Education Credentials Committee determines that the individual engaged in irregular behavior, the Medical Education Credentials Committee will determine what action(s) will be taken as a result of the irregular behavior. ECFMG will notify the individual whether the Medical Education Credentials Committee determined the individual engaged in irregular behavior and of any action(s) taken pursuant thereto.

7. The Medical Education Credentials Committee's determination of irregular behavior and any action(s) taken pursuant thereto (a "decision" of the Medical Education Credentials Committee) may be appealed to the Review Committee for Appeals if the individual has a reasonable basis to believe the Medical Education Credentials Committee did not act in compliance with the Medical Education Credentials Committee Policies and Procedures or that the Medical Education Credentials Committee's decision was clearly contrary to the weight of the evidence before it. The notice of appeal must be received by ECFMG within thirty (30) days of the date on which the notification advising the individual of the Medical Education Credentials Committee's decision was mailed to the individual. The appeal of a decision of the Medical Education Credentials Committee is governed by the Rules of Appellate Procedure.

8. Petitions for reconsideration of a decision of the Medical Education Credentials Committee will be reviewed by the Medical Education Credentials Committee only in extraordinary cases. Any such petition must first be considered by ECFMG staff, who, after discussion with the Medical Education Credentials Committee Chair, may deny the request or place it on the agenda for consideration by the full Medical Education Credentials Committee at a regularly scheduled meeting. Absent the submission of newly discovered material evidence not previously available to the petitioner and, therefore, not available to the Medical Education Credentials Committee, petitions for reconsideration typically will be denied.

**C. Representative Examples of Irregular Behavior**

Representative examples of allegations of irregular behavior and actions taken by the ECFMG Medical Education Credentials Committee include, but are not limited to, the following:

- **Providing false information on an application submitted to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who provided false information on an application submitted to ECFMG as part of the certification process. In that application, the individual certified he was a student enrolled in medical school when, in fact, he previously had been dismissed from medical school and, therefore, was no longer a student.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from ECFMG Certification, thereby rendering the individual ineligible to apply for USMLE examinations leading to ECFMG Certification. A permanent annotation was added to the individual's ECFMG record.**

- **Providing false information to ECFMG as part of the ECFMG On-line Authentication Process, which is a prerequisite to submitting an application for examination**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who provided false information to ECFMG as part of the ECFMG On-line Authentication Process, which is used to obtain a USMLE/ECFMG Identification Number and is a prerequisite to submitting an application for examination. During the on-line authentication process, the individual certified he had not previously submitted an application for examination to ECFMG when he had not only previously applied for, but had taken examinations.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from ECFMG Certification, thereby rendering the individual ineligible to apply for USMLE examinations leading to ECFMG Certification. A permanent annotation was added to the individual's ECFMG record.**

- **Submitting a fraudulent medical diploma and providing false information on an application submitted to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who submitted a fraudulent medical diploma and provided false information on an application submitted to ECFMG.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from ECFMG Certification, thereby rendering the individual ineligible to apply for USMLE examinations leading to ECFMG Certification. A permanent annotation was added to the individual's ECFMG record.**

- **Submitting a falsified medical school transcript and providing false information to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an authorized medical school official who submitted a fraudulent medical school transcript and provided false information to ECFMG.

Following review, the ECFMG Medical Education Credentials Committee determined the authorized medical school official had engaged in irregular behavior and **determined that ECFMG will not accept any documents signed and/or certified by the medical school official for ECFMG on behalf of the medical school, or any other medical school, for a minimum of five years. A permanent annotation was added to the medical school official's ECFMG record.**

- **Submitting a falsified passport and providing false information on an application submitted to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who submitted a falsified passport and provided false information on an application submitted to ECFMG.

Following review, the ECFMG Medical Education Credentials Committee determined that the individual had engaged in irregular behavior. **A permanent annotation was added to the individual's ECFMG record.**

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Application for ECFMG Certification**

To be eligible for ECFMG Certification, you must complete an Application for ECFMG Certification. The Application for ECFMG Certification consists of an on-line application available through ECFMG's Interactive Web Applications (IWA) and the Certification of Identification Form (Form 186) that must be completed and notarized via NotaryCam. Instructions on how to complete Form 186 using NotaryCam are included with the form. You must have your *USMLE/ECFMG Identification Number* before you can begin the Application for ECFMG Certification. For the current fee for submitting an Application for ECFMG Certification, see the Fees page of the ECFMG website.

As part of the Application for ECFMG Certification, you will be asked to confirm the name, date of birth, and gender in your ECFMG record. If this information does not match exactly the information on your current, unexpired passport, you must have the information in your ECFMG record changed to reflect the information as it appears on your passport before you can complete the Application for ECFMG Certification. Instructions for how to correct this information will be provided at the time of application.

If you are a medical school **student**, you will be asked to confirm that you are officially enrolled in a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements, and that the "Graduation Years" in the ECFMG note in your medical school's *World Directory* listing are listed as "Current." If you are a medical school **graduate**, you will be asked to confirm that you are a graduate of a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements, and that your graduation year is included in the ECFMG note in your school's *World Directory* listing. See *Medical School Requirements*.

**The information submitted in your Application for ECFMG Certification will become a part of your permanent ECFMG record.**

An Application for ECFMG Certification will not be considered complete until ECFMG receives and processes both the on-line part of the application and the notarized Form 186 from NotaryCam. A notification will be sent to the e-mail address in your ECFMG record confirming receipt of the on-line part of your Application for ECFMG Certification. Once your Application for ECFMG Certification, including Form 186, has been accepted by ECFMG, it typically remains valid throughout the certification process. If you are a student when you submit your Application for ECFMG Certification, you do not need to submit another one when you graduate. You can use OASIS or the MyECFMG mobile app to confirm that you have submitted an Application for ECFMG Certification and have a valid Form 186 on file.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Examinations for ECFMG Certification**

Examination Requirements | Time Limit for Completing Examination Requirements

## Examination Requirements

**Important Note:** The USMLE program has suspended the Step 2 Clinical Skills (CS) examination until at least June 2021. Please see the *Important Notices* in this booklet for information on the Requirements for ECFMG Certification for 2021 Match.

To be eligible for ECFMG Certification, you must satisfy both the medical science examination and clinical skills requirements. To satisfy these requirements, you must pass Step 1 and Step 2 of the United States Medical Licensing Examination (USMLE). Refer to the USMLE *Bulletin of Information* for more information. ECFMG has established time limits for completing the examination requirements for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

Passing performance on certain formerly administered examinations can be used to meet these requirements as described below.

### Medical Science Examination Requirement

Step 1 and Step 2 Clinical Knowledge (CK) of the USMLE are the exams currently administered that satisfy the medical science examination requirement. There are time limits for completing these examinations for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

ECFMG also accepts a passing performance on the following **former** examinations to satisfy the medical science examination requirement for ECFMG Certification: ECFMG Examination, Visa Qualifying Examination (VQE), Foreign Medical Graduate Examination in the Medical Sciences (FMGEMS), and the Part I and Part II Examinations of the National Board of Medical Examiners (NBME).

Combinations of exams are also acceptable. Specifically, if you have passed only part of the former VQE, FMGEMS, or the NBME Part I or Part II, you may combine a passing performance on the basic medical science component of one of these exams or USMLE Step 1 with a passing performance on the clinical science component of one of the other exams or USMLE Step 2 CK, provided that the components are passed within the period specified for the exam program.

Additionally, ECFMG accepts a score of 75 or higher on each of the three days of a single administration of the former Federation Licensing Examination (FLEX), if taken prior to June 1985, to satisfy this requirement.

### Clinical Skills Requirement

A passing performance on Step 2 CS of the USMLE satisfies this requirement. For qualified applicants who have not passed Step 2 CS and intend to enter the 2021 Match, ECFMG has developed pathways to satisfy this requirement. See Requirements for ECFMG Certification for 2021 Match on the ECFMG website. Longer-term plans are in process for applicants pursuing Certification who plan to participate in future Matches.

International medical students/graduates who have **both** passed the former ECFMG Clinical Skills Assessment (CSA®) **and** achieved a score acceptable to ECFMG on an English language proficiency test (such as the TOEFL exam or the former ECFMG English Test) can use these passing performances to satisfy the clinical skills requirement for ECFMG Certification.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

---

**Time Limit for Completing Examination Requirements**

ECFMG requires that international medical students/graduates pass the USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. This means that once you pass a Step or Step Component, you will have seven years to pass all of the other Step(s) or Step Component(s) required for ECFMG Certification. This seven-year period begins on the exam date of the first Step or Step Component passed and ends **exactly seven years from that exam date**.

If you do not pass all required Steps and Step Components within a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. **It is your responsibility to track your progress toward meeting the exam requirements for ECFMG Certification. ECFMG will not notify you of upcoming deadlines to meet the seven-year requirement and will not notify you if one (or more) of your passing performances becomes invalid for ECFMG Certification because you failed to meet the seven-year requirement.**

> **Example:** An international medical graduate passed Step 1 on January 20, 2014 and Step 2 CS on February 20, 2020. He has through January 20, 2021 to take and pass Step 2 CK to satisfy the remaining exam requirements for ECFMG Certification. If he does not take and pass Step 2 CK on or before January 20, 2021, his passing performance on Step 1 would no longer be valid for ECFMG Certification.

Under this ECFMG requirement, more than one USMLE passing performance can become invalid for ECFMG Certification.

> **Example:** An international medical graduate passed Step 1 on April 1, 2013, and passed Step 2 CS on May 1, 2014. She had through April 1, 2020 (seven years from her Step 1 passing performance) to pass Step 2 CK, satisfying the remaining exam requirements for ECFMG Certification. She did not pass Step 2 CK by April 1, 2020, so her passing performance on Step 1 is no longer valid for ECFMG Certification. Her earliest USMLE passing performance that is valid for ECFMG Certification is now the Step 2 CS passing performance on May 1, 2014. She now has through May 1, 2021 (seven years from her Step 2 CS passing performance) to pass Step 1 and Step 2 CK, satisfying the remaining exam requirements for ECFMG Certification. If she does not pass Step 1 and Step 2 CK by May 1, 2021, her passing performance on Step 2 CS will no longer be valid for ECFMG Certification.

There are exceptions to this ECFMG requirement:

- This seven-year limit does **not** apply to the former ECFMG CSA because the CSA was not a USMLE Step or Step Component. International medical students/graduates who satisfied the clinical skills requirement for ECFMG Certification by passing the CSA are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification. For these individuals, the seven-year period begins on the exam date of the first USMLE Step or Step Component passed, regardless of when the CSA was passed.

- If your earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, you are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification; if required for ECFMG Certification, Step 2 CS can be passed outside the seven-year period.

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid. The USMLE program limits to six the total number of times an examinee can take the same Step or Step Component. See *Reexamination and Reapplication* in *The United States Medical Licensing Examination (USMLE)*.

> **Important Notes:** Time limits to complete the USMLE for the purpose of U.S. medical licensure are established by state medical licensing authorities and may require completion of all Steps or Step Components (including Step 3, which is not required for ECFMG Certification) within a certain number of

years. Information regarding specific state requirements can be obtained on the <u>Federation of State Medical Boards website</u>.

Applicants who retake a previously passed Step or Step Component to comply with a time limit should understand the implications of a failing retake performance on their Step 3 eligibility. See *Retaking Previously Passed Steps* in the <u>USMLE *Bulletin of Information*</u>.

A passing performance that is no longer valid for ECFMG Certification will still appear on a USMLE transcript.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## Eligibility for Examination

Medical School Students | Medical School Graduates | Reverification of Eligibility

The eligibility requirements for examination differ depending on whether you are a medical school **student** or a medical school **graduate**.

### Medical School Students

**To be eligible for Step 1 and Step 2 Clinical Knowledge (CK)**, you must be officially enrolled in a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements, both at the time that you apply for examination and on your test day. In addition, the "Graduation Years" in the ECFMG note in your medical school's *World Directory* listing must be "Current" at the time you apply and on your test day. See Medical School Requirements. An authorized official of your medical school must certify your current enrollment status; instructions will be provided at the time of application for examination.

As soon as you graduate and receive your medical diploma, you must submit a copy of your medical diploma to ECFMG. See *Final Medical Diploma and Transcript* in *Medical Education Credentials*.

**In addition to being currently enrolled as described above, to be eligible for Step 1 and Step 2 CK**, you must have completed at least two years of medical school. This eligibility requirement means that you must have completed the basic medical science component of the medical school curriculum by the beginning of your eligibility period. Although you may apply for and take the examinations after completing the basic medical science component of your medical school curriculum, it is recommended that you complete your core clinical clerkships, including actual patient contact, before taking Step 2 CK.

**Important Notes:** If your eligibility for an exam changes after you apply but before you take the exam, you are required to inform ECFMG immediately in writing of this change in your status. Such notification must be sent to ECFMG's Applicant Information Services. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. Such changes in your eligibility status include, but are not limited to, the following:

- Medical school students who transfer to another medical school after submitting an application for examination must inform ECFMG immediately in writing of this transfer.
- Medical school students who have been dismissed or withdraw(n) from medical school are not eligible for USMLE, even if they are appealing the school's decision to dismiss them or are otherwise contesting their status. Medical school students who have been dismissed or withdraw(n) from medical school must inform ECFMG immediately in writing of their dismissal or withdrawal.
- Medical school students who take a leave of absence should consult with their medical schools about whether they will be considered officially enrolled in medical school during leave. Your medical school may consider a student on leave of absence to be withdrawn from medical school. Medical school students who are not officially enrolled in medical school are not eligible to apply for or take USMLE. Applicants who take a leave of absence after submitting an application for examination to ECFMG must inform ECFMG immediately in writing of this leave.

**Failure to inform ECFMG that you may no longer be eligible to take the examination may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.**

If you take a Step or Step Component for which you are not eligible, results for that exam may not be reported or, if previously reported, may be canceled.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Eligibility for Examination**

Medical School Students | Medical School Graduates | Reverification of Eligibility

The eligibility requirements for examination differ depending on whether you are a medical school **student** or a medical school **graduate**.

**Medical School Graduates**

**To be eligible for Step 1 and Step 2 CK,** you must be a graduate of a medical school located outside the United States and Canada that is listed in the *World Directory* as meeting ECFMG eligibility requirements. Your graduation year must be included in the "Graduation Years" listed in the ECFMG note in your medical school's *World Directory* listing. See *Medical School Requirements*. You must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. An authorized official of your medical school must certify your status as a graduate of the school; instructions will be provided at the time of application for examination.

You must submit a copy of your medical diploma at the time of exam application if your diploma has not been sent to ECFMG previously. The exact degree title of the final medical diploma you must have earned (and must provide) in order to be eligible for ECFMG Certification and the examinations required for Certification is listed in the *Reference Guide for Medical Education Credentials* on the ECFMG website. If you have graduated and met all requirements for your medical diploma but your medical diploma has not yet been issued, a letter signed by an authorized official of your medical school must be submitted with your exam application. The letter you submit must be the original document and must be written on your medical school's letterhead. The letter must include the following statement:

> **This is to confirm that [applicant name] has graduated and completed all requirements to receive the [degree title] degree from [medical school/university name]. The degree will be issued [month and year].**

You must then submit a copy of your medical diploma to ECFMG as soon as your diploma is issued. See *Medical Education Credentials*.

All documents that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *English Translations* in *Medical Education Credentials*.

> **Important Notes:** If your eligibility for an exam changes after you apply but before you take the exam, you are required to inform ECFMG immediately in writing of this change in your status. Such notification must be sent to ECFMG's Applicant Information Services. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. **Failure to inform ECFMG that you may no longer be eligible to take the examination may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.**
>
> If you take a Step or Step Component for which you are not eligible, results for that exam may not be reported or, if previously reported, may be canceled.
>
> If you have already been granted a physician license by a U.S. medical licensing authority based on other licensure examinations, such as the Federation Licensing Examination (FLEX), the NBME certifying examinations, or the National Board of Osteopathic Medical Examiners COMLEX-USA, you may not be eligible to take the USMLE. Please contact ECFMG if you have questions about your eligibility.

The American Medical Association's Council on Medical Education no longer supports the Fifth Pathway as a mechanism for eligibility to enter ACGME-accredited graduate medical education programs. Additionally, the USMLE Program no longer accepts Fifth Pathway Certificates to meet eligibility requirements to take Step 3. Individuals who hold Fifth Pathway Certificates and wish to apply to

ECFMG for examination must apply for ECFMG Certification and meet the requirements for ECFMG Certification established for all medical school graduates.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Eligibility for Examination**

Medical School Students | Medical School Graduates | Reverification of Eligibility

**Reverification of Eligibility**

ECFMG reserves the right to reverify your eligibility for examination at any time during the application and registration process. If your medical school informs ECFMG that your status has changed, and ECFMG determines you are no longer eligible for examination, your registration will be canceled. **If you have failed to inform ECFMG of this change in your status, it may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See** _**Policies and Procedures Regarding Irregular Behavior**_.

For medical school students, ECFMG may reverify your status as a student officially enrolled in medical school. When a medical school does not participate in ECFMG Medical School Web Portal (EMSWP) Status Verification, ECFMG's reverification of the status of the school's students may include ECFMG sending a written request for reverification by postal mail to the medical school. If reverification is requested by ECFMG, ECFMG may cancel your registration or withhold your score report until ECFMG has received reverification of your status directly from the medical school. If your registration is canceled, you may be required to reapply.

For medical school graduates, ECFMG may reverify your medical education credentials with the issuing medical school. If such reverification is requested by ECFMG, you will be registered for examination only after ECFMG has received reverification of your credentials directly from the medical school. If reverification is requested by ECFMG after you have been registered for examination, ECFMG may cancel your registration or withhold your score report until ECFMG has received reverification of your medical education credentials directly from the issuing school. If your registration is canceled, you may be required to reapply.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## About USMLE

The USMLE is a three-step examination for medical licensure in the United States. The USMLE provides a common system to evaluate applicants for medical licensure. The USMLE is sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners (NBME). The USMLE is governed by a committee consisting of representatives of FSMB, NBME, ECFMG, and the American public. If you apply for examination, you are **required** to read the USMLE *Bulletin of Information* for detailed information on the USMLE.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Registration and Test Delivery Entities

### Step 1 and Step 2

ECFMG is the organization that registers international medical students/graduates for Step 1 and Step 2. This means that ECFMG processes your exam application and payment, verifies your eligibility, and notifies you of the outcome of your application. The NBME serves as the registration entity for students/graduates of U.S. and Canadian medical school programs accredited by the Liaison Committee on Medical Education (LCME) and U.S. medical schools accredited by the Commission on Osteopathic College Accreditation (COCA).

For eligible international medical students/graduates applying for Step 1/Step 2 Clinical Knowledge (CK), ECFMG forwards registration information to NBME, and NBME issues the exam scheduling permits. ECFMG sends these applicants their scheduling permits via e-mail. Scheduling and test centers for USMLE Step 1 and Step 2 CK are provided by Prometric. Prometric serves as the test delivery entity for all examinees taking Step 1/Step 2 CK. Step 1 and Step 2 CK are delivered at Prometric test centers worldwide.

For all applicants, NBME is responsible for determining the results of USMLE exams and for issuing the score reports. ECFMG sends an e-mail notification to international medical students/graduates when their Step 1 and Step 2 CK score reports are available.

### Step 3

The FSMB is the organization that registers all Step 3 applicants. To be eligible for Step 3, international medical graduates must be certified by ECFMG, among other requirements. See *Eligibility for the USMLE* in the USMLE *Bulletin of Information*. If you have not met all eligibility requirements, your application for Step 3 will not be accepted. For detailed information and application procedures for Step 3, contact the FSMB. Scheduling and test centers for Step 3 are provided by Prometric, which serves as the test delivery entity for all Step 3 examinees. USMLE Step 3 is delivered at Prometric test centers in the United States.

For all applicants, NBME is responsible for determining the results of USMLE exams and for issuing the score reports. FSMB notifies examinees when their Step 3 score reports are available.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Applying for Examination

Before applying to ECFMG for examination:

- International medical students/graduates must complete an Application for ECFMG Certification, including the notarized Certification of Identification Form (Form 186). See *Application for ECFMG Certification*.
- ECFMG must accept the Application for ECFMG Certification, including the notarized Form 186.
- International medical students/graduates must read the applicable editions of the ECFMG *Information Booklet* and the USMLE *Bulletin of Information*.

To apply for USMLE Step 1 and/or Step 2 CK, use ECFMG's Interactive Web Applications (IWA). A complete application consists of the on-line part, which you complete using IWA; verification of your student or graduate status by your medical school; and any other required documents. You should read the detailed overview and instructions that accompany the application for examination in IWA before you begin working on the application; these resources will help you plan the timing of your application and outline any necessary items (such as official signatures) that require advance planning.

> **Important Note:** You should also consider deadlines imposed by the National Resident Matching Program (NRMP) and graduate medical education (GME) programs. It is solely the responsibility of the applicant to complete the required exams in time to meet deadlines imposed by the NRMP and/or GME programs. Since the number of applicants seeking to complete these exams may exceed the spaces available in time to meet those deadlines, there is no guarantee that sufficient spaces will be available for all applicants to meet deadlines imposed by the NRMP and/or GME programs. ECFMG assumes no liability of any kind if an applicant does not complete the exams in time to have results available to meet NRMP and/or GME program deadlines. See *Examination Results* for information on scoring turnaround times.

### Exam Fees

For all exams, there is an examination fee. For Step 1 or Step 2 CK, there is an additional international test delivery surcharge, if you choose a testing region other than the United States/Canada. You must pay all applicable fees at the time you apply for examination. For the current exam fees and international test delivery surcharges, see the Fees page on the ECFMG website.

### Eligibility Periods

When you apply for Step 1 or Step 2 CK, you must select an eligibility period during which you would prefer to take the exam. The eligibility period you are assigned will be listed on your scheduling permit. You must take the exam during the eligibility period assigned to you.

If you are unable to take Step 1/Step 2 CK during the eligibility period assigned to you, you may request a one-time, contiguous eligibility period extension (EPEx) using ECFMG's IWA. Refer to the EPEx Overview in IWA for more information and instructions.

**If you do not take Step 1/Step 2 CK during your original or extended eligibility period or if you are unable to extend your eligibility period, you must reapply by submitting a new application and fee(s), if you wish to take the exam**.

### Testing Locations

Step 1 and Step 2 CK are delivered at Prometric test centers worldwide. Prometric's test centers are grouped into defined testing regions. When you apply for Step 1 or Step 2 CK, you must choose the

testing region where you want to take the exam. A list of Prometric testing regions is available on the ECFMG website.

You can take the exam at any test center in your testing region that offers USMLE, provided there is space available on the date you choose. **The test centers available for USMLE Step 1 and Step 2 CK are subject to change.** To obtain current information on specific test centers, visit the Prometric website or follow instructions on the scheduling permit for contacting Prometric.

If you are unable to keep your Step 1 or Step 2 CK testing appointment at the test center you select, you can reschedule for a different test center within your testing region, subject to availability. To avoid a rescheduling fee, you must reschedule more than 30 calendar days before your scheduled testing appointment. Refer to your scheduling permit for details.

If you are unable to take Step 1 or Step 2 CK in the testing region you selected, you may request a change to your testing region. For more information, see the *Request to Change USMLE® Step 1/Step 2 CK Testing Region* (Form 312), available in the Resources section of the ECFMG website and from ECFMG, upon request.

### Examinees with Disabilities Requesting Test Accommodations

The USMLE program provides reasonable accommodations for examinees with disabilities under the Americans with Disabilities Act (ADA). If you are an individual with such a disability and require test accommodations, visit the USMLE website before you apply for each Step or Step Component for information regarding test accommodations, including procedures and documentation requirements.

### Examinees Who Require Additional Break Time

Examinees with physical or health conditions, such as lactation (to express breast milk) and diabetes (to monitor/treat blood glucose), may apply for additional break time. See the USMLE *Bulletin of Information* for more information.

### Personal Item Exceptions (PIE)

Unauthorized possession of personal items while you are in the secure areas of the test center is prohibited. Exceptions to this policy may be made in certain limited circumstances. See the USMLE *Bulletin of Information* for more information.

> **Important Note:** Please note that ECFMG will not provide services of any kind if doing so would be considered violative of any applicable international, federal, state, or local laws or regulations. Additionally, ECFMG may delay or suspend provision of services while investigating whether the services or surrounding circumstances violate such laws, regulations, or ECFMG's policies and procedures.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Scheduling the Examination

Once ECFMG verifies that you are eligible and your registration is complete, your scheduling permit will be issued. If you apply for more than one exam at the same time, you will be issued separate scheduling permits for each exam. ECFMG will send your scheduling permit to the e-mail address in your ECFMG record. **You will not receive the scheduling permit or notification by postal mail**.

> **Important Note:** For Step 1 and Step 2 CK, if the beginning of your assigned eligibility period is more than six months in the future, your scheduling permit will not be available or sent via e-mail until approximately six months before the beginning of the assigned eligibility period.

**The scheduling permit is a very important document**; it includes your assigned eligibility period, a description of the form(s) of identification you must bring to the test center on your exam date, and instructions for scheduling your testing appointment. You must bring your scheduling permit to the test center on your exam date. Your name, as it appears on your scheduling permit, must exactly match the name on your form(s) of identification. Please review your scheduling permit for details and limited exceptions. **If you do not bring a copy of your scheduling permit (electronic or paper) and required identification on each day of your exam, you will not be allowed to take the exam**. If you are not allowed to take the exam, you must pay a fee to reschedule your exam. Your rescheduled testing appointment must fall within your assigned eligibility period.

If the name listed on your scheduling permit is not correct, contact ECFMG immediately by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

If the name in your ECFMG record is changed while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send your revised scheduling permit via e-mail. You must bring the revised scheduling permit to the test center. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test. For Step 1 or Step 2 CK, if your eligibility period is extended or your testing region is changed while you are registered, a revised scheduling permit reflecting this change will be issued. You must bring the revised scheduling permit to the test center.

If you lose your scheduling permit, you can access it through IWA.

## Scheduling

You can schedule your testing appointment as soon as you obtain your exam scheduling permit. Please refer to your scheduling permit for instructions on reviewing available test dates and centers and scheduling a testing appointment. If you do not schedule and take the exam within your eligibility period, you must reapply by submitting a new application and exam fee(s), if you wish to take the exam.

## Rescheduling

If you are unable to keep your Step 1 or Step 2 CK testing appointment, you are permitted to reschedule your appointment within your eligibility period. A fee is charged if a change is made during the 30 calendar days before your scheduled testing appointment. A fee schedule is posted on the USMLE website. Refer to your scheduling permit for details on contacting Prometric to change your appointment.

If you cannot take the Step 1 or Step 2 CK exam during your assigned eligibility period, you may request a one-time, contiguous eligibility period extension (EPEx) using ECFMG's IWA. Refer to the EPEx Overview in IWA for more information and instructions.

If you cannot take the Step 1 or Step 2 CK exam in the testing region you selected, you may request to change your testing region. Refer to the *Request to Change USMLE® Step 1/Step 2 CK Testing Region*

(Form 312) for details. This form is available in the Resources section of the ECFMG website and from ECFMG, upon request.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Preparing for Examination

For detailed information on test lengths and formats see *The USMLE: Purpose, Test Format, and Test Lengths* in the USMLE *Bulletin of Information*. See also *What Do I Need To Do: USMLE Checklist* in the USMLE *Bulletin of Information*.

Practice materials for all Steps and Step Components are available in the Practice Materials section of the USMLE website.

The NBME offers web-based self-assessments to help medical students and graduates evaluate their readiness for computer-based Steps and Step Components (Step 1, Step 2 CK, and Step 3). For complete information, see Taking an NBME Self-Assessment on the NBME website.

Practice Sessions for USMLE Step 1, Step 2 CK, and Step 3 are available at Prometric test centers to registered applicants for a fee. These sessions are provided primarily to give examinees the opportunity to become familiar with the Prometric test center environment. For more information, see USMLE Computer-based Testing Practice Session on the USMLE website.

> **Important Note:** Test preparation courses and materials are available from individuals and companies not associated with the USMLE. It is unlawful for any test preparation service or program to use, disclose, distribute, or solicit content from recent test takers, or to otherwise provide access to questions or answers from actual USMLE exams. If there is evidence that you enrolled in, participated in, or used any test preparation program or service that distributes, provides access to, or uses USMLE content (questions or answers), or provides a forum for others to share such information, your registration and/or testing may be canceled, your scores on the USMLE may be withheld or canceled, and you may be subject to further sanctions. See *Irregular Behavior* in the USMLE *Bulletin of Information*. ECFMG also regularly reviews allegations of irregular behavior in conjunction with its programs and services. See *Policies and Procedures Regarding Irregular Behavior*, which may apply.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Taking the Examination

For detailed information on arrival times, and procedures upon arrival and throughout the testing day, see *Examination Day and Testing* in the USMLE *Bulletin of Information*. You should also refer to your scheduling permit for important information.

> **Important Note:** After you start taking an examination, you cannot cancel or reschedule that examination. If you start the examination but do not complete it, the attempt may appear as "incomplete" on your USMLE transcript.

When you arrive at the test center, you must present your **scheduling permit** and the **required identification** as described on your scheduling permit. **If you do not bring a copy of your scheduling permit (electronic or paper) and required identification on each day of your exam, you will not be admitted to the test** and will be required to pay a fee to reschedule your test.

Your name, as it appears on your scheduling permit, must match the name on your form(s) of identification exactly. Please review your scheduling permit for details and limited exceptions. If the name listed on your scheduling permit is not correct, contact ECFMG immediately by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

If the name in your ECFMG record is changed while you are registered for an exam, a revised scheduling permit reflecting this change will be issued. ECFMG will send your revised scheduling permit via e-mail. You must bring this revised scheduling permit to the test center. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test. For Step 1 or Step 2 CK, if your eligibility period is extended or your testing region is changed while you are registered, a revised scheduling permit reflecting this change will be issued. You must bring the revised scheduling permit to the test center.

### Required Identification

Your name, as it appears on your scheduling permit, must exactly match the name on your form(s) of identification. Please review your scheduling permit for details and limited exceptions. Since your name on the scheduling permit appears in the Latin alphabet (in "English language letters"), the name on your identification must also appear in the Latin alphabet. The spelling of the name on your scheduling permit must match **exactly** the spelling of the name on the form(s) of identification you present at the test center. If the names do not match as described above, you will not be allowed to take the exam. See *Your Name* in *Your ECFMG Record*.

The form of identification you present must be one of the forms of **unexpired**, government-issued identification listed below that contains your **name in the Latin alphabet**, your **signature**, and your recent **photograph**. The following forms of identification are acceptable, only if they meet all of these requirements:

- Passport
- Driver's license with photograph
- National identity card
- Other form of unexpired, government-issued identification

### Travel Status

Applicants traveling to the United States to take an exam are responsible for making the necessary travel and accommodation arrangements. If you are neither a U.S. citizen nor a U.S. lawful permanent resident, you are responsible for obtaining required travel documents. These documents may include a

visa to enter the United States. The requirements of the U.S. Department of Homeland Security (DHS) and U.S. embassies and consulates regarding issuance of visas and travel to and from the United States are subject to change. You should review current requirements before applying for a visa. For additional information, visit the DHS website and the U.S. Department of State website.

If you are traveling from a distant location, you should consider arriving a day or two before the examination in order to be rested.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## USMLE Program and Irregular Behavior

The USMLE program defines irregular behavior as including, "any action by applicants, examinees, potential applicants, or others that could compromise the validity, integrity, or security of the USMLE process." Test center staff monitor, in person and via video/audio recording, administration of the USMLE Steps and are required to report any violations of the USMLE or test center rules. You must follow instructions from test center staff throughout the examinations; failure to do so may result in a finding that you have engaged in irregular behavior and permanent annotation of your USMLE transcript. See *Testing Regulations and Rules of Conduct* and *Irregular Behavior* in the USMLE *Bulletin of Information*. See ECFMG's *Policies and Procedures Regarding Irregular Behavior*, which also may apply.

> **Important Notes:** Seeking, providing, and/or obtaining information relating to examination content that may give or attempt to give unfair advantage to anyone who may be taking the examination, which includes postings regarding examination content and/or answers on the Internet, is a violation of the USMLE Rules of Conduct.
>
> Evidence of violation of any test administration rule, including the USMLE Rules of Conduct, will result in actions being taken under *USMLE Policies and Procedures Regarding Irregular Behavior*. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, you may be barred from taking the USMLE in the future, and your score may be canceled.
>
> Anomalous performance and/or unusual testing history may impact your access to the USMLE. If your performance raises concerns about your readiness to test or your motivation to pass, the USMLE program reserves the right to restrict your future access to its examinations and/or to impose conditions upon future access. Do not test if you are not able or not ready on your scheduled test date. Taking a Step examination to familiarize yourself with the examination format, or for any reason other than to pass, is prohibited and may result in restrictions on your future access to the USMLE.

The above-described conduct may also be considered irregular behavior under ECFMG's *Policies and Procedures Regarding Irregular Behavior*.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Examination Results

The USMLE program provides a recommended pass or fail outcome on all Step examinations. For ECFMG Certification, you must obtain at least the USMLE-recommended pass outcome for each required Step or Step Component. See *Examination Requirements* in *Examinations for ECFMG Certification*.

### Score Reporting

Results for Step 1 and 2 CK are typically available three to four weeks after your test date. However, a number of factors may delay score reporting. When selecting your test date and inquiring about results, you should allow at least eight weeks to receive notification that your score report is available. For more specific information about potential scoring delays, visit the Announcements section on the home page of the USMLE website.

ECFMG reserves the right to reverify with the medical school the eligibility of medical school students and graduates who are registered for examination. If ECFMG requests reverification of your student/graduate status with your medical school, your score report will be issued only after reverification of your status has been received by ECFMG.

Score reports are issued in electronic format only and can be accessed using ECFMG's OASIS; **you will not receive a paper score report by postal mail**. Once your score report has been issued, ECFMG will send a notification to the e-mail address in your ECFMG record.

Score reports are available for approximately 365 days from the date of e-mail notification. Once the score report is removed from OASIS, your results will be provided to you only in the form of an official USMLE transcript. To obtain a transcript, you will be required to submit a request and pay a fee through the organization that registered you for the examination. Therefore, it is strongly recommended that you print and/or save your score report while it is available.

> **Important Note:** ECFMG may provide your medical school with data on your performance on administrations of USMLE Step 1 and Step 2. Data provided include whether you passed or failed the exam administration, and, for Step 1 and Step 2 CK, your numerical score. You have the option to withhold your exam results from your medical school. See ECFMG's Provision of Performance Data to Medical Schools in IWA for more information.

See *Score Reporting* in the *USMLE Bulletin of Information* for additional information. For up-to-date information on minimum passing scores, examination performance data, and general scoring methodology, please visit the USMLE website.

### Score Validity

The USMLE program reserves the right to cancel scores that are at or above the passing level if the USMLE program has a good faith basis for questioning whether they represent a valid measure of knowledge or competence as sampled by the examination. If there are questions related to the validity of your score, your score report may be delayed or withheld pending completion of further review and/or investigation. See *Score Validity* in the *USMLE Bulletin of Information*.

### USMLE Transcripts

To request an official USMLE transcript, you must contact the organization that registered you for the examination. You must contact the Federation of State Medical Boards (FSMB) if you are registered for or have taken Step 3 and/or you want to send your transcript to a U.S. medical licensing authority. In all other cases, submit your transcript fee using OASIS and send a completed *Request for Official USMLE*[®]

*Transcript* (Form 172) to ECFMG to process your transcript request. Form 172 and additional information are available in the Resources section of the ECFMG website and from ECFMG, upon request. You can use OASIS to check whether your USMLE transcript has been sent.

If you apply to residency programs through the Electronic Residency Application Service (ERAS), you may request electronic transmittal of your USMLE transcript to these programs. For additional information, refer to the ERAS applicant information available in the ERAS Support Services section of the ECFMG website. Information on the status of requests for electronic transmittal of USMLE transcripts via ERAS is not available through OASIS. If the program does not participate in ERAS, you must submit a transcript request using Form 172 and pay the required fee.

> **Important Note:** If you took the former ECFMG CSA, your USMLE transcript will indicate only that you have CSA examination history. It will not provide any additional information on your attempt(s) on the CSA. To request official copies of your CSA performance history, you must complete a *Request for an Official ECFMG® CSA® History Chart* (Form 297) and submit it to ECFMG with the appropriate fee. Form 297 is available in the Resources section of the ECFMG website and from ECFMG, upon request. For each attempt on the ECFMG CSA, the Official ECFMG CSA History Chart includes the month and year of the administration and the result of your performance. For additional information, refer to the instructions that accompany Form 297.

## Score Rechecks

For all Steps and Step Components, a rigorous process is used to ensure the accuracy of scores, including a double scoring method involving independent scoring systems. Therefore, a change in your score or in your pass/fail outcome based on a recheck is an extremely remote possibility. To date, the score recheck process has not resulted in a score change. However, a recheck will be performed if you submit a *Request for Recheck of USMLE® Step 1 or Step 2 CK Score* (Form 265) and the fee for this service to ECFMG. Form 265 is available in the Resources section of the ECFMG website and from ECFMG, upon request. Your request must be received by ECFMG no later than 90 days after your result was released to you. See *Score Rechecks* in the USMLE *Bulletin of Information* for more information.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**The United States Medical Licensing Examination (USMLE)**

About USMLE | Registration and Test Delivery Entities | Applying for Examination | Scheduling the Examination | Preparing for Examination | Taking the Examination | USMLE Program and Irregular Behavior | Examination Results | Reexamination and Reapplication

## Reexamination and Reapplication

USMLE policy generally does not allow applicants to retake a Step or Step Component if they have already passed that Step or Step Component. However, there are exceptions for the purpose of complying with a time limit imposed by a U.S. physician licensing authority or another authority recognized by the USMLE program. See 'Time Limit for Completing Examination Requirements' below.

If you fail a Step or Step Component, you must reapply, including payment of the appropriate fee(s), to retake the exam. If you do not take an exam during your assigned eligibility period, you must reapply, including payment of the appropriate fee(s), if you wish to take the exam; **in this event, you may reapply at any time, however, ECFMG cannot begin to process a subsequent application for this exam until at least four weeks after the end of the eligibility period for the exam you did not take**.

### Number of Attempts Allowed

The USMLE program limits to six the total number of times an examinee can take the same Step or Step Component. An examinee is ineligible to take a Step or Step Component after **six or more prior attempts** to pass that Step or Step Component, including incomplete attempts. All attempts at a Step or Step Component are counted toward the limit, regardless of when the exams were taken.

For the purpose of U.S. medical licensure, state medical licensing authorities may limit the number of attempts allowed to pass each Step or Step Component. Information regarding specific state requirements can be obtained on the Federation of State Medical Boards (FSMB) website.

### Time Between Examination Attempts

The USMLE program has established rules on how quickly you can retake the same Step or Step Component. You may not take the same examination more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that exam **and** at least six months after your most recent attempt at that exam. This includes incomplete attempts.

> **Example:** An examinee took and failed her first attempt at Step 1 on January 15, 2019, her second attempt at Step 1 on April 15, 2019, and her third attempt at Step 1 on September 15, 2019. In January 2020, the examinee applied for a fourth attempt at Step 1 and wanted the March-April-May eligibility period. The earliest date that was both 12 months after her first attempt on January 15, 2019 and six months after her most recent attempt on September 15, 2019 was March 15, 2020. Since the March-April-May eligibility period began before this date, the earliest eligibility period that the applicant could request was April-May-June.

When you reapply, your eligibility period will be adjusted, if necessary, to comply with these rules. You must read the editions of the ECFMG *Information Booklet* and the USMLE *Bulletin of Information* that pertain to the eligibility period in which you take the exam.

### Time Limit for Completing Examination Requirements

For the purpose of ECFMG Certification, you must pass the USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. If you do not pass all Steps and Step Components required for ECFMG Certification within a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid.

For the purpose of U.S. medical licensure, time limits to complete the USMLE are established by state medical licensing authorities and may require completion of all Steps or Step Components (including Step 3, which is not required for ECFMG Certification) within a certain number of years from the date the first Step is passed. Information regarding specific state requirements can be obtained on the FSMB website. You may request an exception to retake a previously passed exam to comply with the time limit of a U.S. physician licensing authority. Visit the USMLE website for more information.

**Important Notes:** You may only request an exception at the time that you apply for the previously passed exam. Complete requirements and instructions will be provided at the time of exam application. Exceptions to the reexamination requirements are not approved prior to your submitting the exam application.

Applicants who retake a previously passed Step or Step Component to comply with a time limit should understand the implications of a failing retake performance on their Step 3 eligibility. See *Retaking Previously Passed Steps* in the USMLE *Bulletin of Information*.

If an applicant's earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, the applicant is required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification; if required for ECFMG Certification, Step 2 Clinical Skills (CS) can be passed outside the seven-year period. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*. If this applicant passes Step 1 and Step 2 CK within a seven-year period, these passing performances will remain valid for ECFMG Certification, regardless of when Step 2 CS is taken and passed. **This applicant will not be eligible to retake Step 1 or Step 2 CK for the purpose of meeting a time limit imposed by a U.S. physician licensing authority until after he or she is certified by ECFMG**.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## Medical Education Credentials

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Medical Education Credential Requirements

To be eligible for ECFMG Certification, you must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in the *World Directory* as meeting ECFMG eligibility requirements. Your graduation year must be included in the ECFMG note in your medical school's *World Directory* listing. See *Medical School Requirements*. There are restrictions on credits transferred to the medical school that awards your medical degree that can be used to meet ECFMG's medical education credential requirements.

> **Important Notes:** Graduates not eligible for admission to the exams or for ECFMG Certification include, but are not limited to: Graduates with degrees only in stomatology, ayurvedic or homeopathic medicine; graduates awarded only the diploma of Physician-Epidemiologist-Hygienist, Physician-Biochemist, Physician-Cyberneticist, Physician-Biophysicist, Licensed Medical Practitioner, or Assistant Medical Practitioner; and graduates awarded degrees in specialties other than Clinical Medicine (such as in Traditional Chinese Medicine).

Beginning in 2024 (previously 2023), individuals will be eligible to apply for ECFMG Certification—the first step in the certification process—and take the required examinations if, at the time of application, their medical school is accredited by an accrediting agency recognized by the World Federation for Medical Education (WFME). Further details regarding the 2024 Medical School Accreditation Requirement, including eligibility guidelines, are available on the ECFMG website at www.ecfmg.org/accreditation. International medical students and graduates interested in ECFMG Certification should monitor this website section for the latest information.

International medical graduates must document the completion of all requirements for, and receipt of, the **final medical diploma**. ECFMG verifies every international medical graduate's final medical diploma with the appropriate officials of the medical school that issued the diploma. When ECFMG requests verification of your medical diploma from your medical school, ECFMG will request the medical school to provide your **final medical school transcript**. Verification by ECFMG with the issuing school may also be required for transcripts that are submitted to document transferred credits. An international medical graduate's credentials are not considered complete until ECFMG receives and accepts verification of the final medical diploma, final medical school transcript, and, if required, transfer credit transcript(s) directly from the issuing school(s).

Please do not send original documents; copies of documents are sufficient. All documents submitted to ECFMG as part of the certification process, including translations, will become part of your permanent ECFMG record and will not be returned to you. Please do not send any credentials not required by ECFMG (such as licenses, certificates of full registration, high school diplomas, academic awards, etc.). Submission of unnecessary documents can delay the processing of your exam application.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## Medical Education Credentials

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### ECFMG Policy on Transfer Credits

Transfer credits are credits earned for a course taken at one institution (such as a medical school) that are accepted by a medical school toward meeting its degree requirements. For example, a student attends a medical school for one year and earns credits for 12 courses. The student transfers to another medical school, which accepts the credits for those 12 courses toward meeting its degree requirements. The credits for those 12 courses are then referred to as transfer credits.

If you transferred credits to the medical school that awarded or will award your medical degree, you must disclose and document these credits when you apply to ECFMG for examination, **regardless of when the credits are earned**. See *Credentials for ECFMG Certification* in *Medical Education Credentials*. Failure to disclose and document these credits may have a number of negative consequences, including delaying exam registration and certification by ECFMG, and may result in a finding of irregular behavior and permanent annotation of your ECFMG record. See *Policies and Procedures Regarding Irregular Behavior*.

Additionally, for the purpose of ECFMG Certification, credits that are transferred to the medical school that awarded or will award your medical degree must meet **all** of the following criteria:

- All credits must have been transferred from a medical school that is either:

  - located in the United States or Canada and listed in the *World Directory*, or
  - listed in the *World Directory* as meeting ECFMG eligibility requirements.

- Credits must be for courses that were passed at the medical school at which the course was taken.
- Credits may only be transferred from **one** medical school to the medical school which awards the final degree.

If your transferred credits do not comply with all the criteria listed above, you will not meet the requirements to be registered by ECFMG for examination or the requirements to be certified by ECFMG. If your transferred credits do not meet **all** the criteria listed above, you may request an exception from the ECFMG Medical Education Credentials Committee.

**Important Note:** The requirement that credits must be transferred from a medical school that meets the criteria above does not apply to credits transferred **only to the pre-medical portion of the curriculum** of the medical school that awarded or will award the medical degree. If you transferred credits to the pre-medical portion of the curriculum at the medical school that awarded or will award your medical degree from an institution that does not meet the criteria listed above, you must provide ECFMG with a letter from the medical school that awarded or will award your medical degree confirming that the credits were transferred to the pre-medical portion of the curriculum only. This letter must be on the letterhead of the medical school and be signed by an authorized official of your medical school. This letter must be submitted in conjunction with the application for examination. Applications received without this letter may be rejected. **This letter is in addition to disclosing and documenting all transferred credits as described above.**

The intent of this policy on transfer credits is to preserve the appropriate education of medical school graduates applying to ECFMG for Certification. The provisions of this policy will be applied by ECFMG in its sole discretion in order to effectuate the intent of this policy.

**Important Note:** Transfer credits that ECFMG reviewed and deemed to have met requirements for ECFMG Certification prior to August 27, 2019, will remain acceptable, and these applicants will be allowed to proceed with Certification and the examinations leading to Certification. All future transfer activity will be subject to the policy as stated here.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Credentials for ECFMG Certification

The credentials required for ECFMG Certification are:

- *Final Medical Diploma and Transcript*
- *Transcript(s) to Document Transferred Credits*, if applicable

All documents that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *Final Medical Diploma and Transcript*, *Transcript(s) to Document Transferred Credits*, and *English Translations* for complete information on required items.

**Important Note:** You must include your full name and USMLE/ECFMG Identification Number on the **front** of all credentials before sending them to ECFMG.

**If you are a medical school graduate** when you submit your first exam application, your diploma and transcript(s) to document transferred credits (if applicable) must be submitted with this initial exam application. If you have graduated and met all requirements for your medical diploma but your medical diploma has not yet been issued, a letter completed and signed by an authorized official of your medical school must be submitted with your exam application. Each medical school has been requested to provide ECFMG with a list of authorized officials. The letter you submit must be completed and signed by an official on this list. The official must provide his/her name, official title, and the institution name. The official must affix the institution's seal to the letter. The letter also must include the following statement:

**This is to confirm that [applicant name] has graduated and completed all requirements to receive the [degree title] degree from [medical school/university name]. The degree will be issued [month and year].**

You must then submit a copy of your diploma to ECFMG as soon as the diploma is issued.

**If you graduated from medical school and do not submit a copy of your medical diploma or a letter from your medical school, as described above, and these documents have not been received previously by ECFMG, your exam application will be rejected.**

**If you are a medical school student** when you submit your first exam application, submit copies of your medical education credentials as soon as you graduate and receive them.

You may not submit the credentials required for ECFMG Certification to ECFMG until you apply for an exam. If you send credentials to ECFMG before you apply for an exam, they will not be processed. To submit your credentials at the time of application, follow the instructions for additional documents in the exam application in ECFMG's IWA.

After you have applied for an exam, if you need to send credentials to ECFMG separately from an exam application, you must submit the credentials to ECFMG via the MyECFMG mobile app or via mail at the address below.

Educational Commission for Foreign Medical Graduates (ECFMG)
Attn: Certification Credentials Services
3624 Market St., 4th Floor
Philadelphia, PA 19104-2685
USA

If your credentials are complete, you are generally not required to resend these documents when you apply for subsequent exams.

ECFMG will not accept letters or other deliveries that arrive with postage or other fees due.

When your credentials have been processed, ECFMG will notify you. You can also check the status of your credentials by accessing OASIS or the MyECFMG mobile app. If you have questions or concerns about your credentials, you can contact ECFMG using the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

Documents submitted to ECFMG as part of the exam application and certification processes, including translations, will not be returned.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Final Medical Diploma and Transcript

### Final Medical Diploma

ECFMG requires all medical school graduates to submit a copy of their final medical diploma to ECFMG. Do not send an original diploma. You must submit the copy of your diploma to ECFMG via the MyECFMG mobile app or via mail or courier service. The exact degree title of the final medical diploma you must have earned (and must provide) in order to be eligible for ECFMG Certification and the examinations required for Certification is listed in the *Reference Guide for Medical Education Credentials* on the ECFMG website. The *Reference Guide* lists these medical credential qualifications by country of medical school. Although this *Reference Guide* is based upon information that was current at the time of publication, this information is subject to change.

If you are mailing a copy of your medical diploma, the photocopy **must be 216 mm x 279 mm (8½ in x 11 in). If the document is larger than 216 mm x 279 mm (8½ in x 11 in), you must send a reduced photocopy that is 216 mm x 279 mm (8½ in x 11 in).**

You must submit the copy of the final medical diploma in the original language, containing the issue date and all of the appropriate signatures of the medical school and/or university officials. Documents that are not in English must be accompanied by an official English translation. ECFMG will not accept a copy of a medical diploma that is not in English without an official English translation. Likewise, ECFMG will not accept an English translation of a diploma without a copy of the original language document from which the English translation was prepared. See *English Translations* in *Medical Education Credentials*.

Do not submit professional evaluations of your final medical diploma. ECFMG does not accept such evaluations in lieu of your final medical diploma.

If you are submitting the copy of your medical diploma with an exam application, follow the instructions for additional documents in the exam application in ECFMG's IWA.

The name on your medical diploma should match **exactly** the name in your ECFMG record. If the name on your diploma does not match the name in your ECFMG record, you must submit documentation that **verifies** the name on your diploma is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials*.

### Final Medical School Transcript

When ECFMG requests verification of your medical diploma from your medical school, ECFMG will request the medical school to provide your final medical school transcript. If ECFMG is unable to obtain your final medical school transcript directly from your medical school, ECFMG will contact you and provide detailed instructions.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Transcript(s) to Document Transferred Credits

If you have transferred credits to the medical school that awarded or will award your medical degree, you must document these credits when you apply for examination, regardless of when the credits were earned. You must send to ECFMG a copy of an official transcript issued by the school or institution at which the course was taken. You must submit the copy of your transcript to ECFMG via the MyECFMG mobile app or via mail or courier service.

If you are mailing a copy of the transcript, the photocopy **must be 216 mm x 279 mm (8½ in x 11 in). If the document is larger than 216 mm x 279 mm (8½ in x 11 in), you must send a reduced photocopy that is 216 mm x 279 mm (8½ in x 11 in).**

You must submit the copy of the transcript in the original language. Documents that are not in English must be accompanied by an official English translation. ECFMG will not accept a copy of a transcript that is not in English without an official English translation. Likewise, ECFMG will not accept an English translation of a transcript without a copy of the original language document from which the English translation was prepared. See *English Translations* in *Medical Education Credentials*.

Do not submit professional evaluations of your transcript. ECFMG does not accept such evaluations in lieu of your transcript.

To submit the transcript to ECFMG, follow the instructions for additional documents in the exam application in ECFMG's IWA.

The name on your transcript(s) to document transferred credits should match **exactly** the name in your ECFMG record. If the name on your transcript does not match the name in your ECFMG record, you must submit documentation that **verifies** the name on your transcript is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials*.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## Name on Medical Diploma and Transcript(s)

Your name as it appears on **all** credentials sent to ECFMG should be consistent and should match **exactly** the name in your ECFMG record. If the names do not match exactly, you must submit documentation that **verifies** the name on your medical diploma/transcript(s) is (or was) your name. The documentation must show your name exactly as it appears on your medical diploma/transcript(s). See *Your Name* in *Your ECFMG Record* and *Verifying Your Name*.

**If the name on your credentials does not match the name in your ECFMG record and you do not submit acceptable documentation that verifies the name on your credentials is (or was) your name, your exam application will be rejected. If your exam application is rejected due to a name discrepancy, ECFMG will contact you to request additional information.**

An example of a discrepancy that requires such verification would be if your ECFMG record lists your married name, but your medical diploma/transcript(s) lists your maiden name.

## Verifying Your Name

If the name in your ECFMG record does not match **exactly** your name as listed on your medical diploma, transcript, or other credential, you must **verify** that the name on these documents is (or was) your name. To verify your name, submit to ECFMG a copy of one of the documents listed below that verifies the name on your medical diploma, transcript, or other credential. The name in your ECFMG record will not be changed if you are verifying your name.

For the purpose of verifying your name, examples of the document(s) you may submit include:

- Expired Passport (including the pages with your photograph and the expiration date)
- Birth Certificate
- Marriage Certificate/License (if name discrepancy is due to name change after marriage)
- Official Court Order/Name Change Documentation
- Official Immigration Document, including
  - U.S. Resident Alien Card
  - U.S. Naturalization Certificate
  - Permanent Residence Card
- Driver's License

If additional documentation is required for the purposes of verifying your name, and you cannot provide one of the documents listed above, ECFMG will consider accepting a letter from an authorized official of your medical school that verifies that the name on your medical diploma, transcript, or other credential is (or was) your name. If you choose to submit a letter from your medical school to verify the name on your credential, the letter must be completed and signed by an authorized official of your medical school. Each medical school has been requested to provide ECFMG with a list of authorized officials. The letter you submit must be completed and signed by an official on this list. The official must provide his/her name, official title, and the institution name. The official must also affix the institution's seal to the letter. The letter must be on letterhead and must include the following statement:

**This certifies that the names [name on document] and [name in ECFMG record] belong to one and the same person.**

See additional important information on documents below.

## Important Information on Documents for Changing or Verifying Your Name

- Attestations are **not** acceptable as documentation to change or verify your name.

- Please do not submit an original document; a copy of the document is sufficient.

- All documents submitted to change or verify your name that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *English Translations* in *Medical Education Credentials*.

- All documents submitted to change or verify your name, including translations, will become a part of your permanent ECFMG record and will not be returned to you.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Medical Education Credentials**

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

## English Translations

Any document submitted to ECFMG that is not in English must be accompanied by an English translation that meets ECFMG's translation requirements.

**ECFMG strongly encourages you to obtain translations from its recommended translation service.** Translations from this service meet ECFMG's requirements and will not be rejected due to translation errors. See the Translation Service page in the Resources section of the ECFMG website.

Translations from other services may not meet ECFMG's requirements. If you obtain a translation from another service, the translation must:

- be a word-for-word translation of the original language document. An abstract or summary translation of the document is not acceptable.
- be prepared from the original document or a photocopy of the original document. ECFMG will not accept a translation prepared from a transcription (transcribed version) of the document.
- be prepared by a government official (for example, a Consular Officer), medical school official (for example, a Dean or Registrar), or a professional translation service.
- bear the signature and title of the government or medical school official or representative of the translation service and, if there is one, the seal of the government official, medical school, or translation service.
- appear on letterhead. If the translation service is a private company, the letterhead must identify the company as a translation service.
- **include a certification statement from the translator stating the following: I [insert name of translator] certify that the word-for-word translation is correct.**

An English language certificate issued by the medical school that is not a word-for-word English language version of the degree, transcript, or other document in the original language is not acceptable as a translation. English translations that do not meet the requirements above will not be accepted. Examples of unacceptable translations include, but are not limited to:

- translations prepared by a notary who is not a government or medical school official or representative of a professional translation service,
- a translation that was not signed by the translator or official or representative of the translation service,
- a translation that is not a word-for-word translation of the original language document, and
- a translation that does not contain the certification statement from the translator.

Additionally, applicants are not permitted to translate their own documents.

Documents submitted to ECFMG as part of the exam application and certification processes, including translations, will not be returned.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

## Medical Education Credentials

Medical Education Credential Requirements | ECFMG Policy on Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma and Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Verification of Credentials

ECFMG verifies every international medical graduate's final medical diploma with the appropriate officials of the medical school that issued the diploma. At the same time, ECFMG requests the medical school to provide the final medical school transcript. Transcripts to document transferred credits are also subject to verification by ECFMG with the issuing school. You will not fulfill the ECFMG medical education credential requirements until verification of your final medical diploma, final medical school transcript, and, if required, transfer credit transcript(s) is received directly from the issuing school(s) and accepted by ECFMG.

ECFMG will notify you when your diploma has been sent to your medical school for verification. As part of the verification process, ECFMG also may provide the medical school with other documents, including a copy of your *Certification of Identification Form* (Form 186), to aid in identification. ECFMG will follow up with your medical school if the requested verification is not received in a timely manner. ECFMG will notify you after receiving and evaluating the verification from your medical school. You can check the status of your medical education credentials on-line using OASIS.

ECFMG reserves the right to reverify with the medical school the eligibility of medical school graduates who apply for examination. This may include reverification of the graduate's medical education credentials with the issuing medical school. If such reverification is requested, the graduate will be registered for examination only after ECFMG has received reverification directly from the medical school. If reverification is requested after the graduate has been registered for examination, ECFMG may cancel the graduate's registration or withhold the graduate's score report until ECFMG has received reverification directly from the issuing school. If your registration is canceled, you may be required to reapply.

> **Important Notes:** Applicants are responsible for any fees associated with the verification of the final medical diploma, final medical school transcript, and transcript(s) to document transferred credits. If your medical school charges a fee for the verification of your diploma and/or transcript, ECFMG will advise you to contact your medical school directly regarding the fee and the method of payment.
>
> If the final medical school transcript provided by your medical school is not in English or if an acceptable English translation is not provided by the medical school, ECFMG will have the transcript translated into English by an independent translation service. ECFMG will charge your ECFMG financial account for the translation, and will subsequently notify you of the charge. ECFMG will not notify you before sending the document for translation. For information on the translation fee and how to make a payment to your ECFMG financial account, see Fees and Payment in the Resources section of the ECFMG website.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

**Confirming ECFMG Certification to Third Parties**

ECFMG's Certification Verification Service (CVS) provides primary-source confirmation of the ECFMG certification status of international medical graduates. The Joint Commission, the organization that evaluates and accredits U.S. health care organizations and programs, has determined that direct verification with ECFMG of a physician's certification status satisfies The Joint Commission's requirement for primary-source verification of medical school completion for graduates of international medical schools. ECFMG will confirm your certification status when a request is received from a U.S. medical licensing authority, residency program, hospital, or other organization that, in the judgment of ECFMG, has a legitimate interest in such information. For status reports sent to medical licensing authorities, the request can also be made by you. Requesting organizations must normally secure and retain your signed authorization to obtain certification information.

For more information, visit www.ecfmg.org/cvs.

**Electronic Residency Application Service (ERAS®) Support Services**

The Accreditation Council for Graduate Medical Education (ACGME) requires that international medical graduates who wish to enter ACGME-accredited graduate medical education programs in the United States be certified by ECFMG. ECFMG Certification does not, however, guarantee that an international medical graduate will be accepted into a graduate medical education program. The Association of American Medical Colleges (AAMC) established the Electronic Residency Application Service (ERAS) to allow medical students and graduates to apply electronically for residency positions in accredited U.S. programs of graduate medical education. Most U.S. graduate medical education programs participate in ERAS. If you apply to participating programs, you must submit your residency application using ERAS.

Since ERAS was established, ECFMG has served as the designated Dean's office for students and graduates of international medical schools, assisting these individuals with the ERAS application process for first- and second-year (PGY-1 and PGY-2) residency positions.

For detailed, up-to-date information on ERAS Support Services at ECFMG, visit www.ecfmg.org/eras.

**J-1 Visa Sponsorship**

Foreign national physicians who seek entry into U.S. programs of graduate medical education or training must obtain an appropriate visa that permits clinical training activities. One visa commonly used by foreign national physicians is the J-1, a temporary nonimmigrant visa reserved for participants in the Exchange Visitor Program. As a public diplomacy initiative of the U.S. Department of State, the Exchange Visitor Program was established to enhance international educational and cultural exchange between the people of the United States and other nations.

The U.S. Department of State has designated ECFMG as the visa sponsor for all exchange visitor (J-1) physicians who participate in clinical training programs. ECFMG sponsorship is also available for physicians' eligible dependents. ECFMG does not sponsor physicians for other U.S. visa types.

For detailed, up-to-date information on J-1 visa sponsorship by ECFMG, visit www.ecfmg.org/evsp.

**ECFMG Certificate Holders Office**

The ECFMG Certificate Holders Office (ECHO<sup>SM</sup>) provides career planning resources for physicians pursuing ECFMG Certification and graduate medical education (GME) in the United States.

For more information, visit www.ecfmg.org/echo.

Last updated September 30, 2020.

Copyright © 2020 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved.

811178103 Lingling Chen
Oct 08, 2023 08:36 pm

# Account Summary by Term

 Please contact the One Stop for Student Services via the Contact Us link at www.kent.edu/onestop or by phone at 330-672-6000, for more information related to your student account balance. You may also visit your Kent State University Regional Campus for questions regarding your student account

Anticipated third party contract payments, financial aid, and memos are NOT included in this summary.

For the best result in printing your Account Summary by term is using Internet Explorer 5.0 or higher with a screen resolution setting of 1024 by 768 pixels.

**To make an online payment Click Here**

### *Summary*

**Account Balance:**                    $5,888.01

### Fall 2023

| Detail Code | Description | Charge | Payment |
|---|---|---|---|
| DHCA | Int Student Health Insurance | $1,174.00 | |
| DISF | Intern'l Student Activity Fee | $20.00 | |
| DLSF | Legal Services Fee | $10.00 | |
| FDLK | Distance Learning Course Fee | $105.00 | |
| FLCS | Career Service Fee - KC NR | $70.40 | |
| FUPN | Nursing Program Fee | $75.00 | |
| TKUW | Instructional Fee-KC UG NR | $4,365.09 | |
| TKUX | General Fee-KC UG NR | $811.92 | |
| TKUY | Non-Resident Surcharge-KC UG | $4,342.60 | |
| KXAC | Int Student Health Ins Waiver | | $1,174.00 |
| PCSP | Payment - Credit Card | | $20.00 |
| PTRP | Student Payment Plan - Payment | | $3,912.00 |
| **Term Charges:** | | $10,974.01 | |
| **Term Credits and Payments:** | | | $5,106.00 |
| **Term Balance:** | | | $5,868.01 |

### Summer 2023

| Detail Code | Description | Charge | Payment |
|---|---|---|---|
| DISF | Intern'l Student Activity Fee | $20.00 | |
| DLSF | Legal Services Fee | $10.00 | |
| FLCS | Career Service Fee - KC NR | $51.20 | |
| FUPN | Nursing Program Fee | $75.00 | |
| TKUW | Instructional Fee-KC UG NR | $3,193.04 | |
| TKUX | General Fee-KC UG NR | $601.36 | |
| TKUY | Non-Resident Surcharge-KC UG | $3,036.80 | |
| PCSP | Payment - Credit Card | | $6,967.40 |
| **Term Charges:** | | $6,987.40 | |
| **Term Credits and Payments:** | | | $6,967.40 |
| **Term Balance:** | | | $20.00 |

### Spring 2023

| Detail Code | Description | Charge | Payment |
|---|---|---|---|
| DHCA | Int Student Health Insurance | $1,742.00 | |
| DISF | Intern'l Student Activity Fee | $20.00 | |
| DLSF | Legal Services Fee | $10.00 | |
| FLCS | Career Service Fee - KC NR | $57.60 | |
| FUPN | Nursing Program Fee | $75.00 | |
| TKUW | Instructional Fee-KC UG NR | $3,592.17 | |

| Detail Code | Description | Charge | Payment |
|---|---|---|---|
| TKUX | General Fee-KC UG NR | $676.53 | |
| TKUY | Non-Resident Surcharge-KC UG | $3,416.40 | |
| KXAC | Int Student Health Ins Waiver | | $1,742.00 |
| PFLY | Flywire Payment Plan | | $7,847.70 |
| **Term Charges:** | | $9,589.70 | |
| **Term Credits and Payments:** | | | $9,589.70 |
| **Term Balance:** | | | $0.00 |

### Summer 2022

| Detail Code | Description | Charge | Payment |
|---|---|---|---|
| PCEC | Payment - eCheck/ACH | | $1,948.97 |
| **Term Charges:** | | $0.00 | |
| **Term Credits and Payments:** | | | $1,948.97 |
| **Term Balance:** | | | -$1,948.97 |

### Spring 2022

| Detail Code | Description | Charge | Payment |
|---|---|---|---|
| DHCA | Int Student Health Insurance | $1,213.00 | |
| DISF | Intern'l Student Activity Fee | $20.00 | |
| DLSF | Legal Services Fee | $10.00 | |
| FDLK | Distance Learning Course Fee | $72.00 | |
| FLCS | Career Service Fee - KC NR | $74.88 | |
| FUPN | Nursing Program Fee | $75.00 | |
| TKUW | Instructional Fee-KC UG NR | $4,296.30 | |
| TKUX | General Fee-KC UG NR | $809.70 | |
| TKUY | Non-Resident Surcharge-KC UG | $4,438.00 | |
| KXAC | Int Student Health Ins Waiver | | $1,213.00 |
| PFLY | Flywire Payment Plan | | $7,346.91 |
| SCAJ | Ext Rsc Unrestricted | | $500.00 |
| **Term Charges:** | | $11,008.88 | |
| **Term Credits and Payments:** | | | $9,059.91 |
| **Term Balance:** | | | $1,948.97 |

### Fall 2021

| Detail Code | Description | Charge | Payment |
|---|---|---|---|
| DHCA | Int Student Health Insurance | $1,234.00 | |
| DISF | Intern'l Student Activity Fee | $20.00 | |
| DLSF | Legal Services Fee | $10.00 | |
| DNAF | Nursing Admission Fee | $660.00 | |
| FDLK | Distance Learning Course Fee | $24.00 | |
| FLCS | Career Service Fee - KC NR | $74.88 | |
| FNUK | Nursing SCF-KC | $88.50 | |
| FUPN | Nursing Program Fee | $75.00 | |
| TKUW | Instructional Fee-KC UG NR | $4,296.30 | |
| TKUX | General Fee-KC UG NR | $809.70 | |
| TKUY | Non-Resident Surcharge-KC UG | $4,438.00 | |
| KXAC | Int Student Health Ins Waiver | | $1,234.00 |
| PCEC | Payment - eCheck/ACH | | $10,496.38 |
| **Term Charges:** | | $11,730.38 | |
| **Term Credits and Payments:** | | | $11,730.38 |
| **Term Balance:** | | | $0.00 |
| **Account Balance:** | | | $5,888.01 |

# RELEASE: 8.7.2.12

Name: _Lingling Chen_     Date: _12/14/2021_

**Compared to the last visit, how would describe the way you feel?**

- [ ] Very much improved
- [ ] Much Improved
- [✓] Minimally improved
- [ ] No Change
- [ ] Minimally worse
- [ ] Much Worse
- [ ] Very Much Worse

**If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past week?**

1     2     3     4     5     6     7     8     9     10

(4 circled)

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|---|---|---|---|
| Zolpizam | 1 pill / day | | |
| Brto | 1 pill / day | | |
| | | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit:**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | Better |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insomnia | | ✓ | | Fatigue | | ✓ | | Anger | | | ✓ |
| Concentration | | | ✓ | Sedation | | ✓ | | Anxiety | | | |
| Mood | | ✓ | | Obsessing | | | | Suicidality | | | |
| Mood swings | | ✓ | | Memory | | | ✓ | Sex | | | |
| Motivation | | | ✓ | Appetite | | ✓ | | Weight | | ✓ | |

**List any new side effects or symptoms you have experienced since your last visit:**

- Headache
- nausea
- ~~~~~~~

**List any medications (including over-the-counter) you have started taking since your last visit:** Hawthorn - Hibiscus

- Blood pressure support supplement
- 
- 

**Additional questions or comments:**

BP fluctant. High: 136 Low: 102   High for a couple of days

low for another couple of days.

Ⓕ = HTN

**Doctor's Notes:**

Pt seen

Ⓧ Anxiety                                          EMA 2x/day

Easier to sleep, sometime still ⊂ EMA ℞ Xanax + RTS - N Up > 7am

thing ok  H/A like a dizziness - ↑ muscle tension in neck + shoulder

BP ↑ high.  Also ↑ HR. w/ of muscle tension in neck + shoulder

Taking nursing classes - not very stressful.  Hair falling out.

After ↑ kind exam this week - online fundamentals of nursing.  Taking 20mg of Lexapro  ↑ lexapro 10 > 20mg/d

Plan: Ativan 1mg - 1/2 - 1 tab if prn

Return to Brad Twesley on th... for I.

Flu 3 wth   [signature]

Barry L. Levine, MD
393 Vanadium Rd.
Suite 309
The Davis Professional Building
Pittsburgh, PA. 15243

Office: (412) 854-1340        Fax: (412) 854-1366

**Name:** _Ling Ling Chen_                    **Date:** _10/26/21_

**SS #:** _____                     **Date of Birth:** _10/2/59_

**History of Present Illness:** _____

_[handwritten illegible notes]_

**Past Psychiatric/Drug and Alcohol Treatment:** _____

_[handwritten illegible notes]_

**Past Medical History:** _____

_[handwritten illegible notes]_

**Medications:** _5 HTP_

**Allergies:** _PCN_

**Developmental and Educational History:** _____

_David_
_[handwritten illegible notes]_

Name: _____
**Page 2**

**Family History:** _____

_____

**Social History:** _____

**Mental Status Exam:** _____

**Laboratory Values:** _____

_____

_____

**Assessment:**

**Diagnosis: AXIS I:** _____

**AXIS II:** _____

**AXIS III:** _____

**AXIS IV:** _____

**AXIS V:  Current GAF:** _____

**Past year GAF:** _____

**Treatment Plan:** _____

_____

_____

_____  _____
**Signature**

Name: Jingjing Chen                                        Date: 1/4/2021 22

**Compared to the last visit, how would describe the way you feel?**

- [ ] Very much improved
- [x] Much improved
- [ ] Minimally improved
- [ ] No Change
- [ ] Minimally worse
- [ ] Much Worse
- [ ] Very Much Worse

**If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past week?**

1 ___ 2 ___ 3 ___ 4 ___ 5 ___ (6) ___ (7) ___ 8 ___ 9 ___ 10 ___

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit.**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | Better |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insomnia | | ✓ | | Fatigue | | ✓ | | Anger | | | ✓ |
| Concentration | | ✓ | | Sedation | | ✓ | | Anxiety | | | ✓ |
| Mood | | | ✓ | Obsessing | | | | Suicidality | | | |
| Mood swings | | | ✓ | Memory | | ✓ | | Sex | | | |
| Motivation | | | ✓ | Appetite | | ✓ | | Weight | | ✓ | |

**List any new side effects or symptoms you have experienced since your last visit:** 2 to 3 / night

- More wakeups in the early morning between 1:00am to 4:00am
-
-

**List any medications (including over-the-counter) you have started taking since your last visit:**

-
-
-

**Additional questions or comments:**

**Doctor's Notes:**

F. see
Think I'm getting better ... but ... 2-3 ... hard
still ... wake up often ... 11p-7 (6-7) ... New one starts soon.
Christmas good. Finishing last semester.
Tried ... yet — ...
BP a little lower ...
Now getting frontal H/A ... some dizziness ... a little more fatigue.
... improved ... Still ... SCD.
... F/U 2 ...
[illegible]

Name: Lingling Chen    Date: 3/1/2022

**Compared to the last visit, how would describe the way you feel?**

- ☐ Very much improved
- ☐ Much improved
- ☐ Minimally improved
- ☐ No Change
- ☐ Minimally worse
- ☑ Much Worse since last Friday
- ☐ Very Much Worse

**If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past week?**

1____ 2____ 3 ✓ 4____ 5____ 6____ 7____ 8____ 9____ 10____

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit.**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | Better |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insomnia | ✓ | | | Fatigue | | ✓ | | Anger | | ✓ | |
| Concentration | ✓ | | | Sedation | | ✓ | | Anxiety | ✓ | | |
| Mood | ✓ | | | Obsessing | | | | Suicidality | ✓ | | |
| Mood swings | ✓ | | | Memory | | ✓ | | Sex | | ✓ | |
| Motivation | | ✓ | | Appetite | ✓ | | | Weight | | ✓ | |

**List any new side effects or symptoms you have experienced since your last visit:**

- Isolation
- Short of breath
- wake up frequently

**List any medications (including over-the-counter) you have started taking since your last visit:**

-
-
-

**Additional questions or comments:**

**Doctor's Notes:**

wt ? ↓ appetite

Pt seen
Not doing well
still [illegible] x [illegible]
[illegible] stress: Biggest stress is being disorganized, no time [illegible] breathe
[illegible] in chaos, [illegible] at 4 pm [illegible] clothes, chemicals, [illegible] to have of
[illegible] [illegible] This Friday [illegible] felt [illegible] testing [illegible]
disorganized too. Exams coming [illegible] not feeling well.
meeting @ morning, [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] clinic
[illegible] a lot of fears. No [illegible] to [illegible] [illegible]
[illegible] MDD - [illegible], [illegible] non-psychotic
[illegible] will start Cymbalta, [illegible] 60mg [illegible] [illegible] Lexapro 20 [illegible]
[illegible] [illegible] [illegible] This Fri [illegible]. [illegible] 2-3 weeks
[illegible]

Barry L Levine, MD

**OFFICE VISITS**

Page # ____

Name _____ L. Chen _____

Date of birth __ 10/2/19?19? __

PCN

Drug allergies _____

| DATE | NOTES |
|------|-------|
| 3/1/22 | ① Start Cymbalta 30mg in AM for 4 days, then 40mg each morning for 4 days. Then 50mg daily. |
| | ② In 1 week decrease Lexapro 20 → 10mg daily. Then continue on 10mg. |

Notes : _____

Med Changes: _____

Name: _Linping Chen_                        Date: _3/22/2022_ _BL_

## Compared to the last visit, how would describe the way you feel?

- [ ] Very much improved
- [x] Much improved
- [ ] Minimally improved
- [ ] No Change
- [ ] Minimally worse
- [ ] Much Worse
- [ ] Very Much Worse

## If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past week?

1     2     3     4     5  ✓  6     7     8     9     10

## List the medication(s) you are taking – the name, dose and frequency:

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|---|---|---|---|
| Deluxetine | | | |
| lexapro  15mg | | | |
| | | | |
| | | | |
| | | | |

## Indicate if any symptoms have changed since your last visit.

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | Better |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insomnia | | ✓ | | Fatigue | | | ✓ | Anger | | ✓ | |
| Concentration | | | ✓ | Sedation | | ✓ | | Anxiety | | ✓ | |
| Mood | | | ✓ | Obsessing | | ✓ | | Suicidality | | ✓ | |
| Mood swings | | ✓ | | Memory | | ✓ | | Sex | | ✓ | |
| Motivation | | ✓ | | Appetite | | | ✓ | Weight | | ✓ | |

## List any new side effects or symptoms you have experienced since your last visit:

- Heart feel empty at about 5pm - 10 pm
- ~~fast heart last night~~

## List any medications (including over-the-counter) you have started taking since your last visit:

- 
- 
- 

## Additional questions or comments:

## Doctor's Notes:

Pt seen

Combetta "feel it's settling better p 10d-2week"

"stable" but very sensitive to weight in clinic, she'd taken iphone/flight
saw dorse cash happening last night in clinic; she'd taken iphone/flight
monytimes before. A/D it think med is causing nervousness
Ativan tax is HS, can't drive if taken during day
still feel depressed but better. Want to try it programs, but not there
lexapro's med, gets ⇩ early

Imp - MDD recurrent                                             P/w Sweell
Plan - D/C lexapo  Cont Combetta + lorazepam,

Name: _Lingling Chen_          Date: _2/11/20_

**Compared to the last visit, how would describe the way you feel?**

- [ ] Very much improved
- [x] Much improved
- [ ] Minimally improved
- [ ] No Change
- [ ] Minimally worse
- [ ] Much Worse
- [ ] Very Much Worse

If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past we

1        2        3        4        5        6        7        8        9        10

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|------|--------------------|------|--------------------|
| Doluxetine | 1 pill 1 day | | |
| Lorazepam | 1 pill 1 day | | |
| | | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit:**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same |
|---------|-------|------|--------|---------|-------|------|--------|---------|-------|------|
| Insomnia | | | ✓ | Fatigue | | ✓ | | Anger | | |
| Concentration | ✓ | | | Sedation | | ✓ | | Anxiety | | |
| Mood | | | ✓ | Obsessing | | ✓ | | Suicidality | | |
| Mood swings | | ✓ | | Memory | | ✓ | | Sex | | ✓ |
| Motivation | | | ✓ | Appetite | | ✓ | ✓ | Weight | | ✓ |

**List any new side effects or symptoms you have experienced since your last visit:**
- I feel more depressed in the morning, better after dinner
- A little Headache set in the second day / in morning after taking Lo
- Concentration: sometimes good, sometimes very bad

**List any medications (including over-the-counter) you have started taking since your last visit:**
- 
- 
- 

**Additional questions or comments:**
short Memory loss   Yesterday I walked up for my book   when I was in the room I forgot why I was there and came down to memorize that I was going to pickup book   This makes me very frustrated

**Doctor's Notes:**

w/ no Δ.

At sign
I feel better really.
Memory a little shaky at times. Still — a little difficulties = E.S.
Still — anxiety, a little better, exp. in am, improve by late afternoon
Sleep still a problem - This am woke 5am, w for 1   am feeling
Apetite better

Date: 4/25/2022

Name: Lingling Chen

**Compared to the last visit, how would describe the way you feel?**

- ☐ Very much improved
- ☑ Much improved
- ☐ Minimally improved
- ☐ No Change
- ☐ Minimally worse
- ☐ Much Worse
- ☐ Very Much Worse

**If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past week?**

1___ 2___ 3 ✓ 4 ✓ 5___ 6___ 7___ 8___ 9___ 10___

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|---|---|---|---|
| Lorazapem | 1 / day, +1 / day | | |
| Doloxetine | 1 / day | | |
| | | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit.**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | Better |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insomnia | | ✓ | | Fatigue | | ✓ | ✓ | Anger | ✓ | | ✓ |
| Concentration | ✓ | | | Sedation | | ✓ | | Anxiety | | | ✓ |
| Mood | | ✓ | | Obsessing | | ✓ | | Suicidality | | ✓ | |
| Mood swings | | | | Memory | | | ✓ | Sex | | ✓ | |
| Motivation | | ✓ | | Appetite | | | | Weight | | | |

**List any new side effects or symptoms you have experienced since your last visit:**

I had two anxiety attacks last week. I normally don't take Lorazapem during day time due to blurred vision but I took 1 pill / day on Thursday, Friday and Monday (this)

**List any medications (including over-the-counter) you have started taking since your last visit:**

- 
- 
- 

**Additional questions or comments:**

**Doctor's Notes:**

Pt seen
1 [illegible]. I've improved a lot. Told she has to go back in person to
2 P.A. Insured lost coach. Told she has to go back in person to [illegible] who causes her anxiety. Wants the exam ō instructor who causes her anxiety to the exam
Today I feels better. Next step is to take the test in person to tell s/2 next monday. Reach note to [illegible]
last week slept well; but didn't sleep day [illegible]
Still takes [illegible] nightly; + 1 Ativan / day
Drug: MD Document      F/V 4/week
Plan: Cont [illegible], Ativan [illegible]      [signature]

Name: Ling Ling Chen

Date: 5/24/2022

**Compared to the last visit, how would describe the way you feel?**

- [x] Very much improved
- [ ] Much improved
- [ ] Minimally improved
- [ ] No Change
- [ ] Minimally worse
- [ ] Much Worse
- [ ] Very Much Worse

If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past week?

1___ 2___ 3___ 4___ 5___ 6___ 7_✓_ 8___ 9___ 10___

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|---|---|---|---|
| Escitalopram | 1 pill / day | | |
| Lorazepam | 1 pill of day | | |
| Duloxetine | 1 pill / day | | |
| | | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit:**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | Better |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insomnia | | | ✓ | Fatigue | | ✓ | | Anger | | | ✓ |
| Concentration | | | ✓ | Sedation | | | ✓ | Anxiety | | | ✓ |
| Mood | | | ✓ | Obsessing | | | | Suicidality | | | ✓ |
| Mood swings | | | ✓ | Memory | | ✓ | | Sex | | ✓ | |
| Motivation | | | ✓ | Appetite | | ✓ | | Weight | | ✓ | |

**List any new side effects or symptoms you have experienced since your last visit:**

- 
- 
- 

**List any medications (including over-the-counter) you have started taking since your last visit:**

- 
- 
- 

**Additional questions or comments:**

**Doctor's Notes:**

Pt seen
Can't sleep [illegible] lorazepam – no Δ
B/C she didn't contact school [illegible] talking to [illegible] ... [illegible] her not [illegible]
feels pretty well [illegible] ... back to her
[illegible] early on anxiety but [illegible]
This summer [illegible] classes – physics
Took Civics & Biology [illegible] OS/T
[illegible] stressed [illegible] not [illegible] frustrated [illegible] [illegible]
mood has been stable.
MDD recurrent [illegible] anxiety [illegible] D/C [illegible] Duloxetine [illegible]
Plan – ↓ lorazepam to [illegible] ... [illegible] [illegible]

Name: Ling Ling Chen                    Date: 6/21/2022

**Compared to the last visit, how would describe the way you feel?**

- [x] Very much Improved
- [ ] Much Improved
- [ ] Minimally improved
- [ ] No Change
- [ ] Minimally worse
- [ ] Much Worse
- [ ] Very Much Worse

**If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past week?**

1        2        3        4        5        6        7        8    ✓   9        10

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|------|--------------------|------|--------------------|
| Escitalopram | 20mg morning | | |
| Lorazepam | 1mg bedtime | | |
| Duloxetine | 60mg morning | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit.**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | Better |
|---------|-------|------|--------|---------|-------|------|--------|---------|-------|------|--------|
| Insomnia | | ✓ | ✓ | Fatigue | | | | Anger | | | ✓ |
| Concentration | | | | Sedation | | ✓ | | Anxiety | | ✓ | ✓ |
| Mood | | | ✓ | Obsessing | | | | Suicidality | | ✓ | ✓ |
| Mood swings | | | ✓ | Memory | | ✓ | | Sex | | | |
| Motivation | | ✓ | | Appetite | | ✓ | | Weight | | | |

**List any new side effects or symptoms you have experienced since your last visit:**

- No new side effects
- 
- 

**List any medications (including over-the-counter) you have started taking since your last visit:**

- 
- 
- 

**Additional questions or comments:**




**Doctor's Notes:**                    No wt Δ

Definitely getting better
Taking classes. Had physics, did well.  mellow  next time ½
Hard to sleep. 3 medication sleepy goes well   115-10-11pm   dec 6MA
fall asleep.  wakes up early still  5am   Travel- don't know
Feels good overall   still takes am lexapro    Not having any problem
Hx- MSTH eve classes. 10' bec bad.  Can't meds seroq
amb/Phen- MDD, recurrent i anxiety.

Name: _Lingling Chen_      Date: _9/13/2022_

**Compared to the last visit, how would describe the way you feel?**

- [x] Very much Improved
- [ ] Much Improved
- [ ] Minimally improved
- [ ] No Change
- [ ] Minimally worse
- [ ] Much Worse
- [ ] Very Much Worse

**If '1' is the worst you have ever felt & '10' is the best, how would you rate yourself over the past we**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 ✓ | 9 | 10 |

**List the medication(s) you are taking – the name, dose and frequency:**

| Name | Dosage & Frequency | Name | Dosage & Frequency |
|---|---|---|---|
| Duloxetine | 60mg / day | | |
| Escitalopram | 10mg one in the morning / one in evening | | |
| | | | |
| | | | |
| | | | |

**Indicate if any symptoms have changed since your last visit:**

| Symptom | Worse | Same | Better | Symptom | Worse | Same | Better | Symptom | Worse | Same | B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insomnia | | | ✓ | Fatigue | | ✓ | | Anger | | | ✓ |
| Concentration | | ✓ | | Sedation | | | | Anxiety | | | ✓ |
| Mood | | | ✓ | Obsessing | | | | Suicidality | | | |
| Mood swings | | | ✓ | Memory | | ✓ | | Sex | | ✓ | |
| Motivation | | ✓ | | Appetite | | ✓ | | Weight | | ✓ | |

**List any _new_ side effects or symptoms you have experienced since your last visit:**

- _____
- _____
- _____

**List any medications (including over-the-counter) you have started taking since your last visit:**

- _____
- _____
- _____

**Additional questions or comments:**

Children are good. Get into gifted program _____

**Doctor's Notes:**

Pt. seen      No wt Δ

Family sick ē COVID, Pt have sick - (R) 7/20, not on sedation

Family here is cool.

Today 2mg lexapro, would sometime take a 2nd 2mg

Helped then taking / took 2nd lexapro + EMA

Appetite OK

Sometime taken bupropion HS, now sometime ē more deep difficulty

Work - MDD recovered, still some anxiety

Plan - can't to take lexapro 2x/d ē Tpm

**Rx THERAPEUTIC RECORD** | **Formedic**

NAME: Ling ling chen   M ☑F D.O.B. 10/02/1979  WEIGHT

PHARMACY   PHONE 412-518-977  DRUG PLAN ☑Y ☐N

ALLERGIES - ( ) Penicillin

| MEDICATION LIST | | Date | Name |
|---|---|---|---|
| | 5-HTP supplement | 10/13/20?1 | M |
| Lexapro 10mg | ½ tab po × 4d, then 1 tab po q am #10 R1 | ✓ | ✓ |
| Ambien 05mg | ½ tab po q HS #30 R-1 | | |
| | | | |
| Ativan 1mg | ½-½ tab po tid prn #90 R-1 | 12/14/21 | RV |
| Lexapro 20 | ½ tab po q am | ✓ | ✓ |
| Ambien 5mg | ½ tab po q HS | ✓ | |
| | | | |
| ↑Ambien 10mg | ½ HS #30 R-1 | 1/4/22 | RC |
| Lexapro 20mg | ½ q am #20 R-5 | | |
| Ativan 1mg | ½-½ tab po tid prn | | |
| | | | |
| Cymbalta 20 | ½ q am ( 4d) then ½ q am × ? thereafter daily | 3/1/22 | RC |
| Lexapro 20mg | For 1 week ↓ 20 → 10mg/d #90 | | ✓ |
| Ambien 10mg | ½ HS | | ✓ |
| Ativan 1mg | ½-½ tab po tid prn | | |
| | | | |
| DC Lexapro | | 7/22/22 | RC |
| Cymbalta 60mg | ½ cap po q am #30 R-5 | ✓ | ✓ |
| Ambien 10mg DC | ½ HS | ✓ | ✓ |
| Ativan 1mg | ½ tab po daily prn #60 R-1(?) | | |
| | | | |
| Cymbalta 60mg | ½ q am | 9/25/22 | RC |
| Ativan 1mg | DC'd dose, can take ½-½ tab daily prn | | |
| Ambien 10mg | ½ HS | | |

**Other Medications:**

**Notes:**

APPROVED BY FORMEDIC'S PHYSICIAN ADVISORY BOARD

**Rx THERAPEUTIC RECORD**

NAME _Fengbing Chen_

PHARMACY

ALLERGIES - (PRINT IN RED INK)

[M] [F]  D.O.B. 10/02/79  WEIGHT

PHONE                 DRUG PLAN [Y] [N]

**Formedic**

| MEDiCAtion List | | Date | Name |
|---|---|---|---|
| Cymbalta 60m | i g am  # 30 R-5 | 6/21/22 | PT |
| Ativan 1mg | i HS prn  #30 R-5 | ✓ |  |
| Lexapro 20mg | i g a  # 30 R S |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Other Medications:**

**Notes:**

APPROVED BY FORMEDIC'S PHYSICIAN ADVISORY BOARD

BARRY L. LEVINE, M.D.
DEA # BL1099995   PA Lic # MD040012E   NPI # 1134114366
THE DAVIS PROFESSIONAL BUILDING
393 VANADIUM ROAD
SUITE 309
PITTSBURGH, PA 15243
412-854-1340   FAX: 412-854-1366

NAME _Lingling Chen_ DOB _____ DATE _4/26/22_

ADDRESS _____

℞ (PLEASE PRINT)

Please allow
Lingling to take
her exam in person
on 5/2/22 in private
room

REFILL _____ TIMES   PRN   NR   _Barry L Levine_ M.D.

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE 'BRAND NECESSARY' OR
'BRAND MEDICALLY NECESSARY' IN THE SPACE BELOW.

09-21-21                         TRI210921_178278_1_169212



info@strakertranslations.com | www.strakertranslations.com

**Date:**                          13 May 2020

**Job Number:**               TJ680583

**Source Language:**        Chinese Simplified
**Target Language:**         English US


Straker Translations, hereby certify that the document(s) related to the job number above have been translated by our experienced and qualified professional translators, and that, in our best judgment, the translated text truly reflects the content, and meaning of the original text and constitutes a correct and true translation of the original document.

Please contact Straker Translations if further information is required, please quote the job reference number TJ680583 in any correspondence.


Kind Regards



Miwako Takagi

Project Manager
Straker Translations


This is to certify the correctness of the translation only. We do not guarantee that the original supplied to Straker Translations is a genuine document. Straker Translations assumes no liability for the way in which the translation(s) is used by the customer or any third party, including end users of the translation.

Denver          London            Sydney            Singapore          Spain
+1 720 316 5967   +44 845 591 1640   +61 2 8015 2744   +65 3158 6741     +34 9 3220 2215

Germany         Dublin            New Zealand       Mississauga        Email: info@strakertranslations.com
+49 431 99042 0   +353 1 691 7864   +64 9 801 0648    +1 647 503 2353   (Please include your Job ID Number in the subject line)



info@strakertranslations.com | www.strakertranslations.com

**Certification by Translator**

I hereby certify that I am fluent in the English and Mandarin Chinese languages, and that the above/attached document is an accurate translation of the document/s for job reference number: TJ680583

Name: _____ Alice Lara-Deasy _____

Address: _____ Brampton, Ontario, Canada _____

Date: _____ May 10, 2020 _____

Signed: _____







info@strakertranslations.com | www.strakertranslations.com | +1 720 316 5967

**Job ID No. TJ680583**

1630 Welton Street,
Suite 729,
Denver, CO 80202

[Seal]

Photo

**Lingling Chen,** female, was born in October 1979. From September 1997 to July 2002, she has completed and graduated from a **five-year** undergraduate program in **Laboratory Medicine.** Our assessment has found her to be in compliance with the relevant laws outlined in the *Regulations of the People's Republic of China on Academic Degrees* we therefore confer upon her a **Bachelor of Medicine** degree.

Chairperson of the Degree Conferral Committee-

**Yan Zhu** (stamp)

[Stamp: Bengbu Medical College, Degree Conferral Committee]
July 10, 2002

Degree Certificate No.: 1036120020500387
[Embossed Seal: Bengbu Medical College]

## Bachelor's Degree Certificate

(General Higher Education Undergraduate Program Graduate)



Job ID No. TJ745861

1630 Welton Street,
Suite 729,
Denver, CO 80202
+1 720 316 5967

info@strakertranslations.com | www.strakertranslations.com



# Joint Declaration

## From

## The National Health Commission

## The Ministry of Education

## The National Administration of Traditional Chinese Medicine

Guoweiyi [2014] 11

### Notice for the Distribution of the Regulations on the Registration Qualification of National Medical Licensing Examination (2014)

The health and education administration or authority of each province, autonomous region and municipalities directly under the central government, and Xinjiang Production & Construction Corps:

The Regulations on the Registration Qualification of National Medical Licensing Examination (2014) is distributed for your compliance per the applicable rules in the Medical Practitioners Act, as a guideline for the qualification review of the registration of national medical licensing examination, for higher barriers to entry to medical practitioners, and a high-level fleet of medical talents.

Seal: The National Health Commission of P.R.C.
Seal: The Ministry of Education of P.R.C.




Job ID No. TJ745861

1630 Welton Street,
Suite 729,
Denver, CO 80202
+1 720 316 5967
info@strakertranslations.com | www.strakertranslations.com

2. Five or above years of college with a bachelor's degree

1) Five or above years of college with a bachelor's degree in such specialties as clinical medicine, anesthesiology, psychiatry, medical imaging, radiology, ophthalmology (for admissions before December 31, 2012 at Wenzhou Medical University), laboratory medicine (for admissions before December 31, 2012), and maternal and child health care medicine (for admissions before December 31, 2014), as the academic barrier to entry to clinical medicine license.

2) Five years of college with a bachelor's degree in such specialty as stomatology, as the academic barrier to entry to stomatology license.

3) Five years of college with a bachelor's degree in such specialties as preventive medicine, and maternal and child health care medicine, as the academic barrier to entry to public health license.

4) Five or above years of college with a bachelor's degree in such specialties as traditional Chinese medicine, acupuncture and massage, clinical medicine of Chinese and western medicine, Tibetan medicine, Mongolian medicine, Uygur medicine, Dai medicine, Zhuang medicine and Kazakh medicine, as the academic barrier to entry to traditional Chinese medicine license.

5) For admissions before December 31, 2009, and five or above years of medical college with a bachelor's degree meeting this Article (falling under the medicine category), the academic medicine as the barrier to entry to licensing examination; for admissions after January 1, 2010, and five or above years of medical college with a bachelor's degree (falling under the medicine category), the academic medicine not as the barrier to entry to licensing examination unless otherwise specified by the education authorities.

6) Three years of medical college with a bachelor's degree (admissions to five-year colleges after September 1, 2015), with the academic medicine same as or identical to the medicine at the three-year college, the academic medicine at the five-year college as the barrier to entry to licensing examination.



info@strakertranslations.com | www.strakertranslations.com

**Certification by Translator**

I certify that I am fluent (conversant) in the English and <u>Simplified Chinese</u> languages, and

that the above/attached document is an accurate translation of the document/s for job

reference number: <u>TJ745861</u>

| | |
|---|---|
| Name: | DU SHI KANG (Simon Du) |
| Address: | Room C-202, Jiang Nan Ming Yuan, Fuqiang Road, Futian, Shenzhen, China 518038 |
| Date: | January 5, 2021 |

Signed:



info@strakertranslations.com | www.strakertranslations.com

**Date:**                         12 Jan 2021

**Job Number:**              TJ745861

**Source Language:**       Chinese Simplified
**Target Language:**        English US

Straker Translations, hereby certify that the document(s) related to the job number above have been translated by our experienced and qualified professional translators, and that, in our best judgment, the translated text truly reflects the content, and meaning of the original text and constitutes a correct and true translation of the original document.

Please contact Straker Translations if further information is required, please quote the job reference number TJ745861 in any correspondence.

Kind Regards

Miwako Takagi

Project Manager
Straker Translations



This is to certify the correctness of the translation only. We do not guarantee that the original supplied to Straker Translations is a genuine document. Straker Translations assumes no liability for the way in which the translation(s) is used by the customer or any third party, including end users of the translation.

**Denver**
+1 720 316 5967

**Germany**
+49 431 99042 0

**London**
+44 845 591 1640

**Dublin**
+353 1 691 7864

**Sydney**
+61 2 8015 2744

**New Zealand**
+64 9 801 0648

**Singapore**
+65 3158 6741

**Mississauga**
+1 647 503 2353

**Spain**
+34 9 3220 2215

**Email:** info@strakertranslations.com
*(Please include your Job ID Number in the subject line)*

# 国家卫生计生委
# 教　　育　　部 文件
# 国家中医药局

国卫医发〔2014〕11 号

## 关于印发《医师资格考试报名
## 资格规定(2014 版)》的通知

各省、自治区、直辖市卫生计生委(卫生厅局)、教育厅(教委)、中医
药管理局,新疆生产建设兵团卫生局、教育局:

　　为指导各地做好医师资格考试报名资格审核工作,严格医师资格
准入,加强医师队伍建设,根据《执业医师法》等有关规定,现将《医师
资格考试报名资格规定(2014 版)》印发给你们,请遵照执行。




国家卫生计生委　　　　教育部

— 1 —



国 家 中 医 药 局

2014 年 3 月 18 日

（信息公开形式：主动公开）

# 医师资格考试报名资格规定(2014版)

为做好医师资格考试报名工作,依据《中华人民共和国执业医师法》(以下简称《执业医师法》)及有关规定,现对医师资格考试考生报名资格规定如下:

**第一条** 符合《执业医师法》、《医师资格考试暂行办法》(原卫生部令第4号)和《传统医学师承和确有专长人员医师资格考核考试办法》(原卫生部令第52号)有关规定。

**第二条** 试用机构是指符合《执业医师法》、《医疗机构管理条例》和《医疗机构管理条例实施细则》所规定的医疗、预防、保健机构。

**第三条** 试用期考核证明

(一)报名时考生应当提交与报考类别相一致的试用期满1年并考核合格的证明。

应届毕业生报名时应当提交试用机构出具的试用证明,并于当年8月31日前提交试用期满1年并考核合格的证明。

考生报考时应当在与报考类别相一致的医疗、预防、保健机构试用时间或累计(含多个机构)试用时间满1年。

(二)现役军人必须持所在军队医疗、预防、保健机构出具的试用期考核合格证明,方可报考。

(三)试用期考核合格证明当年有效。

**第四条**　报名有效身份证件

（一）中国大陆公民报考医师资格人员的有效身份证件为第二代居民身份证、临时身份证、军官证、警官证、文职干部证、士兵证、军队学员证；台港澳地区居民报考医师资格人员的有效身份证件为台港澳居民往来大陆通行证。

（二）外籍人员的有效身份证件为护照。

**第五条**　报考类别

（一）执业助理医师达到报考执业医师规定的，可以报考执业医师资格，报考类别应当与执业助理医师资格类别一致。

（二）报考相应类别的医师资格，应当具备与其相一致的医学学历。

具有临床医学专业本科学历，并在公共卫生岗位试用的，可以该学历报考公共卫生类别医师资格。中医、中西医结合和民族医学专业毕业的报考人员，按照取得学历的医学专业报考中医类别相应的医师资格。

（三）符合报考执业医师资格条件的人员可以报考同类别的执业助理医师资格。

（四）在乡级以上计划生育技术服务机构中工作，符合《执业医师法》第九条、第十条规定条件的，可以报考相应类别医师资格。

**第六条**　学历审核

学历的有效证明是指国家承认的毕业证书。基础医学类、法医学类、护理（学）类、医学技术类、药学类、中药学类等医学相关专

业,其学历不作为报考医师资格的学历依据。

(一)研究生学历。

1.临床医学(含中医、中西医结合)、口腔医学、公共卫生专业学位研究生,在符合条件的医疗、预防、保健机构进行临床或公共卫生实践,至当次医学综合笔试时累计实践时间满1年的,以符合条件的本科学历和专业,于在学期间报考相应类别医师资格。

临床医学、口腔医学、中医学、中医学(中西医结合方向)、眼视光医学、预防医学长学制学生在学期间已完成1年临床或公共卫生毕业实习和1年以上临床或公共卫生实践的,以本科学历报考相应类别医师资格。

2.临床医学(含中医、中西医结合)、口腔医学、公共卫生专业学位研究生学历,作为报考相应类别医师资格的学历依据。

在研究生毕业当年以研究生学历报考者,须在当年8月31日前提交研究生毕业证书,并提供学位证书等材料证明是专业学位研究生学历,方可参加医学综合笔试。

3.2014年12月31日以前入学的临床医学、口腔医学、中医学、中西医结合、民族医学、公共卫生与预防医学专业的学术学位(原"科学学位")研究生,具有相当于大学本科1年的临床或公共卫生毕业实习和1年以上的临床或公共卫生实践的,该研究生学历和学科作为报考相应类别医师资格的依据。在研究生毕业当年报考者,须在当年8月31日前提交研究生毕业证书,方可参加医学综合笔试。

— 5 —

2015 年 1 月 1 日以后入学的学术学位研究生,其研究生学历不作为报考各类别医师资格的学历依据。

4.临床医学(护理学)学术学位研究生学历,或临床医学(护理领域)专业学位研究生学历,不作为报考各类别医师资格的学历依据。

(二)本科学历。

1.五年及以上学制临床医学、麻醉学、精神医学、医学影像学、放射医学、眼视光医学("眼视光学"仅限温州医科大学 2012 年 12 月 31 日以前入学)、医学检验(仅限 2012 年 12 月 31 日以前入学)、妇幼保健医学(仅限 2014 年 12 月 31 日以前入学)专业本科学历,作为报考临床类别执业医师资格考试的学历依据。

2.五年制的口腔医学专业本科学历,作为报考口腔类别执业医师资格考试的学历依据。

3.五年制预防医学、妇幼保健医学专业本科学历,作为报考公共卫生类别执业医师资格考试的学历依据。

4.五年及以上学制中医学、针灸推拿学、中西医临床医学、藏医学、蒙医学、维医学、傣医学、壮医学、哈萨克医学专业本科学历,作为报考中医类别相应执业医师资格考试的学历依据。

5.2009 年 12 月 31 日以前入学、符合本款规定的医学专业本科学历加注医学专业方向的,应以学历专业报考;2010 年 1 月 1 日以后入学的,医学专业本科学历加注医学专业方向的,该学历不作为报考医师资格的学历依据,经国家教育行政部门批准的除外。

6.专升本医学本科毕业生,2015 年 9 月 1 日以后升入本科的,其专业必须与专科专业相同或相近,其本科学历方可作为报考医师资格的学历依据。

(三)高职(专科)学历。

1.2005 年 1 月 1 日以后入学的经教育部同意设置的临床医学类专业(含临床医学、口腔医学、中医学、中医骨伤、针灸推拿、蒙医学、藏医学、维医学等)毕业生,其专科学历作为报考医师资格的学历依据。

2004 年 12 月 31 日以前入学的经省级教育、卫生行政部门(中医药管理部门)批准设置的医学类专业(参照同期本科专业名称)毕业生,其专科学历作为报考医师资格的学历依据。

2.经省级以上教育、卫生行政部门同意举办的初中起点 5 年制医学专业 2013 年 12 月 31 日以前入学的毕业生,其专科学历作为报考医师资格的学历依据。取得资格后限定在乡村两级医疗机构执业满 5 年后,方可申请将执业地点变更至县级医疗机构。2014 年 1 月 1 日以后入学的初中起点 5 年制医学专业毕业生,其专科学历不能作为报考医师资格的学历依据。

3.2008 年 12 月 31 日以前入学的中西医结合专业(含教育部、原卫生部批准试办的初中起点 5 年制专科层次中西医临床医学专业)毕业生,其专科学历作为报考医师资格的学历依据。

2009 年 1 月 1 日以后入学的中西医结合专业毕业生(含初中起点 5 年制专科层次中西医临床医学专业),其专科学历不作为报

考医师资格的学历依据。

4.2009 年 12 月 31 日前入学的,符合本款规定的医学专业专科学历加注医学专业方向的,应以学历专业报考;2010 年 1 月 1 日以后入学的,医学专业专科学历加注医学专业方向的,该学历不作为报考医师资格的学历依据,经国家教育行政部门批准的除外。

(四)中职(中专)学历。

1.2010 年 9 月 1 日以后入学经省级教育行政部门、卫生计生行政部门(中医药管理部门)同意设置并报教育部备案的农村医学专业毕业生,其中职(中专)学历作为报考临床类别执业助理医师资格的学历依据。农村医学专业毕业生考取执业助理医师资格后,限定到村卫生室执业,确有需要的可到乡镇卫生院执业。

2.2000 年 9 月 25 日至 2010 年 12 月 31 日期间入学的中等职业学校(中等专业学校)卫生保健专业毕业生,其中职(中专)学历作为报考临床类别执业助理医师资格的学历依据。卫生保健专业毕业生取得资格后,限定到村卫生室执业,确有需要的可到乡镇卫生院执业。

2011 年 1 月 1 日以后入学的中等职业学校毕业生,除农村医学专业外,其他专业的中职(中专)学历不作为报考临床类别执业助理医师资格的学历依据。

3.2001 年 8 月 31 日以前入学的中等职业学校(中等专业学校)社区医学、预防医学、妇幼卫生、医学影像诊断、口腔医学专业毕业生,其中职(中专)学历作为报考相应类别执业助理医师资格

的学历依据。

2001年9月1日以后入学的上述专业毕业生,其中职(中专)学历不作为报考医师资格的学历依据。

4.2006年12月31日以前入学的中等职业学校中西医结合专业毕业生,其中职(中专)学历作为报考中医类别中西医结合医师资格的学历依据。

2007年1月1日以后入学的中西医结合专业毕业生,其中职(中专)学历不作为报考医师资格的学历依据。

5.2006年12月31日以前入学的中等职业学校(中等专业学校)中医、民族医类专业毕业生,其中职(中专)学历作为报考中医类别相应医师资格的学历依据。

2007年1月1日以后入学经教育部、国家中医药管理局备案的中等职业学校(中等专业学校)中医、民族医类专业毕业生,其中职(中专)学历作为报考中医类别相应医师资格的学历依据。2011年1月1日以后入学的中等中医类专业毕业生,取得资格后限定到基层医疗机构执业。

6.卫生职业高中学历不作为报考医师资格的学历依据。

7.1999年1月1日以后入学的卫生职工中等专业学校学历不作为报考医师资格的学历依据。

(五)成人教育学历。

1.2002年10月31日以前入学的成人高等教育、自学考试、各类高等学校远程教育的医学类专业毕业生,该学历作为报考相应

类别的医师资格的学历依据。

2002 年 11 月 1 日以后入学的上述毕业生,如其入学前已通过医师资格考试取得执业助理医师资格,且所学专业与取得医师资格类别一致的,可以以成人教育学历报考执业医师资格。除上述情形外,2002 年 11 月 1 日以后入学的成人高等教育、自学考试、各类高等学校远程教育的医学类专业毕业生,其成人高等教育学历不作为报考医师资格的学历依据。

2.2001 年 8 月 31 日以前入学的成人中专医学类专业毕业生,其成人中专学历作为报考医师资格的学历依据。

2001 年 9 月 1 日以后入学的成人中专医学类专业毕业生,其成人中专学历不作为报考医师资格的学历依据。

(六)西医学习中医人员。

已获得临床执业医师或执业助理医师资格的人员,取得省级以上教育行政部门认可的中医专业学历或者脱产两年以上系统学习中医药专业知识并获得省级中医药管理部门认可,或者参加省级中医药行政部门批准举办的西医学习中医培训班,并完成了规定课程学习,取得相应证书的,或者按照《传统医学师承和确有专长人员医师资格考核考试办法》有关规定跟师学习满 3 年并取得《传统医学师承出师证书》的,可以申请参加相同级别的中西医结合执业医师或执业助理医师资格考试。

(七)传统医学师承和确有专长人员。

1.传统医学师承和确有专长人员申请参加医师资格考试应符

合《传统医学师承和确有专长人员医师资格考核考试办法》第二十七条、二十八条有关规定。

2.传统医学师承和确有专长人员取得执业助理医师执业证书后,取得国务院教育行政部门认可的成人高等教育中医类医学专业专科以上学历,其执业时间和取得成人高等教育学历时间符合规定的,可以报考具有规定学历的中医类别相应的执业医师资格。

(八)其他。

取得国外医学学历学位的中国大陆居民,其学历学位证书须经教育部留学服务中心认证,同时符合《执业医师法》及其有关文件规定的,可以按照本规定报考。

**第七条** 台湾、香港、澳门永久性居民以及外籍人员报考的,按照有关文件规定执行。

**第八条** 盲人医疗按摩人员按照《盲人医疗按摩管理办法》(卫医政发〔2009〕37号)规定,参加盲人医疗按摩人员考试。

**第九条** 本规定自公布之日起施行。《医师资格考试报名资格规定(2006版)》和《关于修订〈医师资格考试报名资格规定(2006版)〉有关条款的通知》(卫办医发〔2008〕64号)同时废止。

附表 1

# 医师资格考试试用期考核证明

报名编号：

| 姓　　名 | | 性　别 | | 出生年月 | |
|---|---|---|---|---|---|
| 民　　族 | | 所学专业 | | 医学学历 | |
| 取得学历<br>年　月 | | 有效身份<br>证件号码 | | | |
| 报考类别 | | | | | |

| 试用机构 | 名　称 | | | | |
|---|---|---|---|---|---|
| | 地　址 | | | 邮　编 | |
| | 登记号 | | | 法定代表人 | |

| 试用起止<br>时　间 | （　　　）年（　）月 **至**（　　　）年（　）月 | | | |
|---|---|---|---|---|

| | 岗位（科室）<br>名　　称 | 带教老师评价 | | 带　教　老　师<br>医师执业证书号码 | 带教老师签字 |
|---|---|---|---|---|---|
| 主要试用<br>岗位(科室) | | 合　格 | 不合格 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 试用机构<br>考核意见 | 合格（　　　　） 　　不合格（　　　　　） <br><br>　　　　　单位法人代表/法定代表人签字：单位公章 <br><br>　　　　　　年　月　日 |
|---|---|

注：1. 本表黑线上方由考生自己填写，**黑线以下**由工作机构填写，本表缺项、涂改无效。
　　2.带教老师对考生从**临床岗位胜任力、基本技能、医患关系、国际关系及职业道德操守**等方面作综合评价是否合格，并在相应栏目划"√"。
　　3.军队考生须提交团级以上卫生部门的审核证明。
　　4.本表栏目空间若不够填写，可另附页。

附表 2

## 执业助理医师报考执业医师执业期考核证明

执业助理医师资格证书编号：（                                    ）
执业助理医师执业证书编号：（                                    ）

| 姓　　名 | | 性　　别 | | 民　　族 | |
|---|---|---|---|---|---|
| 医学学历 | | 所学专业 | | 取得学历<br>年　　月 | |
| 报考类别 | | 有效身份<br>证件号码 | | | |

| 工作机构 | 名　　称 | | | | |
|---|---|---|---|---|---|
| | 地　　址 | | | 邮　　编 | |
| | 登记号 | | | 法定代表人 | |

| 工作起止<br>时　间 | （　　　　　）年（　　）月 至（　　　　　）年（　　）月 | | | | |
|---|---|---|---|---|---|

| | 岗位（科室）<br>名　　称 | 带教老师评价 | | 带　教　执　业<br>医师执业证书号码 | 带教老师签字 |
|---|---|---|---|---|---|
| | | 合　格 | 不合格 | | |
| 主 要 工 作<br>岗位(科室) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 工 作 机 构<br>考 核 意 见 | 合格　（　　　　　）　　不合格（　　　　　） |
|---|---|
| | 单位法人代表/法定代表人签字：　　　单位公章<br>年　　月　　日 |

注：　1.本表**黑线**上方由考生自己填写，**黑线**以下由工作机构填写，本表缺项、涂改无效。
　　　2.带教老师对考生从**临床岗位胜任力、基本技能、医患关系、医际关系及职业道德操守**等方面作综合评价是否合格，并在相应栏目划" √ "。
　　　3.军队考生须提交团级以上卫生部门的审核证明。
　　　4.本表栏目空间若不够填写，可另附页。

附表 3

# 应届医学专业毕业生医师资格考试报考承诺书

　　本人于_____年____月____日毕业于_____学校_____专业。自_____年_____月起，在_____单位试用，至_____年_____月试用期将满一年。

　　本人承诺将于今年 8 月 31 日前，将后续试用累计满一年的《医师资格考试试用期考核证明》及时交考点办公室。

　　如违诺，本人愿承担由此引起的责任，并按规定接受**取消当年医师资格考试资格**的处罚。

考生签字：

有效身份证明号码：

手机号码：

　　　　　　　　　　　　年　　　　月　　　　日

国家卫生计生委办公厅　　　　　　　　2014 年 3 月 18 日印发

校对：贾丹丹