# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINGLING CHEN, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4099 |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL | : | |
| GRADUATES, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 30TH day of October 2023, Plaintiff Lingling Chen having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Chen seeks to proceed with this case, she must, within thirty (30) days of the date of this Order, either (1) pay $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis*.

2. Chen will be provided with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. Chen may use this form to seek leave to proceed *in forma pauperis* if she cannot afford to pay the fees to commence this case.[1]

3. If Chen fails to comply with this Order, her case may be dismissed without further notice for failure to prosecute.

                                        **GEORGE WYLESOL**
                                        **CLERK OF COURT**

                                        **By:**   *s/ Stephen Gill*

                                        **Deputy Clerk**

---

[1] This form is available on the Court's website at http://www.paed.uscourts.gov/documents/forms/ifpl.pdf.