Generated: Nov 2, 2023 9:11AM                                                                                                                      Page 1/1

# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Nov 2, 2023 9:11AM

LINGLING CHEN

| Rcpt. No: 20014378 | | Trans. Date: Nov 2, 2023 9:11AM | | | Cashier ID: #RF |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| **CD** | **Tender** | | | **Amt** |
|---|---|---|---|---|
| PC | OTCnet Check | #132 | 10/31/2023 | $402.00 |
| | | | Total Due Prior to Payment: | $402.00 |
| | | | Total Tendered: | $402.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: FILING FEE 23-CV-4099

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.